DOCKET No. 16 Mag 2978    DEFENDANT John Galanis

AUSA Brian Blais    DEF.'S COUNSEL David Touger

☐ RETAINED    ☐ FEDERAL DEFENDERS    ☒ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5    ☐ Rule 9    ☐ Rule 5(c)(3)    ☐ Detention Hrg.    DATE OF ARREST 5/11/16    ☐ VOL. SURR.

P/W issued 5/9/2016    TIME OF ARREST 11am    ☐ ON WRIT

☐ Other: _____    TIME OF PRESENTMENT 3:5pm

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☒ AGREED CONDITIONS OF RELEASE
☒ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB
☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY:_____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ and Northern, Central + Southern District of California + points in between for travel
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☒ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____
_____
_____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

U.S. DISTRICT COURT
FILED
MAY 23 2016
D.S.
S.D. OF N.Y.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING June 13, 2016    ☐ ON DEFENDANT'S CONSENT

DATE: May 23, 2016    _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2