UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                          ECF CASE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) JASON GALANIS, et al., ) ) Defendants ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** 16 Cr. 371 (RA) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney for the
                                              Southern District of New York

                           by:   /s/ Brian R. Blais
                                BRIAN R. BLAIS
                                Assistant United States Attorney
                                (212) 637-2521

TO:   Counsel of Record (via ECF)