UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                **ECF CASE**

)
UNITED STATES OF AMERICA    )
)  **NOTICE OF APPEARANCE AND REQUEST**
            v.                           )  **FOR ELECTRONIC NOTIFICATION**
)  16 Cr. 371 (RA)
JASON GALANIS, et al.,         )
)
                Defendants       )
)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

by:  /s/ Rebecca Mermelstein
        REBECCA MERMELSTEIN
        Assistant United States Attorney
        (212) 637-2360

TO:   Counsel of Record (via ECF)