UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            **ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
|  | ) 16 Cr. 371 (RA) |
| JASON GALANIS, et al., | ) ) |
| Defendants | ) ) |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                             Respectfully submitted,

                                             PREET BHARARA
                                             United States Attorney for the
                                             Southern District of New York

                              by:    /s/ Aimee Hector
                                             AIMEE HECTOR
                                             Assistant United States Attorney
                                             (212) 637-2203

TO:     Counsel of Record (via ECF)