UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| JASON GALANIS,   et al. | ) ) | 16 Cr. 371 (ALC) |
| Defendants. | ) |  |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
  Southern District of New York

by:     /s/
Andrea M. Griswold
Assistant United States Attorney
(212) 637-1205

CC: Defense Counsel (By ECF)