USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/03/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, *et al.*,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Government recently made a production to the defendants in this case of materials that the Government obtained pursuant to a search warrant for (1) two e-mail accounts used by Defendant Devon Archer, (2) two e-mail accounts used by Archer's assistant, and (3) one e-mail account used by Defendant Bevan Cooney. As discussed during today's conference, all defendants are ordered to return or destroy this production. Consistent with its obligations under Federal Rule of Criminal Procedure 16, the Government is ordered to replace the production with a new production consisting solely of materials responsive to the warrant, and to do so on a rolling basis. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 191, 195, and 197.

SO ORDERED.

Dated:    August 3, 2017
          New York, New York

Ronnie Abrams
United States District Judge