

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Jason Galanis, et al.,**
              **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

    Attached please find a victim impact statement from the Wakpamni Lake Community.

              Respectfully submitted,

              JOON H. KIM
              Acting United States Attorney

        By:  /s/ Rebecca Mermelstein
              Brian R. Blais
              Rebecca Mermelstein
              Andrea M. Griswold
              Assistant United States Attorneys
              (212) 637-2521/2360/1205

cc:    Lisa Scolari, Esq. (by ECF)