

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   **United States v. Jason Galanis, et al.,**
               **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

    Pursuant to the Court's order of today, attached please find a corrected proposed protective order.

                                      Respectfully submitted,

                                      JOON H. KIM
                                      Acting United States Attorney

                            By:  /s/ Rebecca Mermelstein
                                      Brian R. Blais
                                      Rebecca Mermelstein
                                      Andrea M. Griswold
                                      Assistant United States Attorneys
                                      (212) 637-2521/2360/1205

cc:    All defense counsel (by ECF)