USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, *et al.*,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' letter motions submitted on September 21 and 26 and the Government's opposition submitted on September 25. The Government is to notify the Court, no later than September 28, 2017, as to when it anticipates completing production of the material obtained pursuant to the search warrants executed upon the email accounts of Defendants Archer and Cooney and Archer's assistant.

SO ORDERED.

Dated:     September 26, 2017
           New York, New York

Ronnie Abrams
United States District Judge