

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:**    <u>**United States v. Jason Galanis, et al.,**</u>
                    **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

       The Government writes in response to the Court's September 26, 2017 Order to notify the Court that it expects to complete its review of non-privileged materials obtained pursuant to the search warrants executed upon the email accounts of Defendants Archer and Cooney and of Archer's assistant by October 13, 2017.

                               Respectfully submitted,

                               JOON H. KIM
                               Acting United States Attorney

              By:  _/s/ Rebecca Mermelstein_____
                  Rebecca Mermelstein
                  Andrea M. Griswold
                  Assistant United States Attorneys
                  (212) 637-2360/1205

cc:     All defense counsel (by ECF)