```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/27/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, *et al.*,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the additional letters submitted by Defendants and the Government on September 26 and 27. The Government expects to complete its review of the non-privileged materials obtained pursuant to the search warrants by October 13, 2017. Dkt. 245. The motions schedule is thus hereby amended as follows:

- Motions are due November 6, 2017;
- Responses are due November 27, 2017;
- Replies are due December 4, 2017.

The parties are further notified that the hearing scheduled for November 20, 2017 will instead be held on December 8, 2017 at 2:00 p.m. Finally, the schedule for pretrial submissions is modified as follows: submissions are due January 10, 2018, with opposition due January 17, 2018. The date and time of the final pretrial conference shall remain January 31, 2018 at 2:00 p.m.

SO ORDERED.

Dated:   September 27, 2017
         New York, New York

Ronnie Abrams
United States District Judge