```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

         - v. -                     :    NOTICE OF APPERANCE AND
                                         REQUEST FOR ELECTRONIC
JASON GALANIS, et al.,              :    NOTIFICATION

         Defendants.                :    16 Cr. 371 (RA)

                                    :
- - - - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       October 9, 2017

                                              Respectfully submitted,

                                              JOON H. KIM
                                              Acting United States Attorney
                                              Southern District of New York

                                     By: _____
                                        Brendan F. Quigley
                                        Assistant United States Attorney
                                        (212) 637-2190