UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    **ECF CASE**

_____

|                                  |     |
|----------------------------------|-----|
|                                  | )   |
| UNITED STATES OF AMERICA         | )   |
|                                  | )   |
|                            v.    | )   |
|                                  | )   |
|                                  | )   |
| JASON GALANIS, et al.,           | )   |
|                                  | )   |
|                     Defendants.  | )   |
_____

**NOTICE OF APPEARANCE AND REQUEST**
**FOR ELECTRONIC NOTIFICATION**
**S1 16 Cr. 371 (RA)**

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        JOON H. KIM
                                        Acting United States Attorney for the
                                        Southern District of New York

                                        by:_____
                                           Negar Tekeei
                                           Assistant United States Attorney
                                           (212) 637-2482

TO:     Counsel of Record (via ECF)