USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/27/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the matters discussed at yesterday's conference, it is hereby ORDERED:

- The trial is adjourned until April 30, 2018.

- The motion schedule is altered as follows: motions are due by January 15, 2018; responses by February 5, 2018; and any replies by February 12, 2018.

- The conference currently scheduled for December 8, 2017 is adjourned until March 2, 2018 at 11:00 a.m.

- Final Pretrial submissions, including any in limine motions, are due by April 2, 2018 and any responses by April 9, 2018. The parties shall file the proposed jury instructions and verdict form jointly. These joint submissions shall consist of single documents, jointly composed, noting any areas of disagreement between the parties and should also be submitted by email to Chambers in Word format.

- The Final Pretrial Conference is adjourned until April 25, 2018 at 3:00 p.m.

- Upon consent of all of the parties, time is excluded through April 30, 2018 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   October 27, 2017
        New York, New York

_____
Ronnie Abrams
United States District Judge