PELUSO & TOUGER, LLP

ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

# MEMO ENDORSED

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

12/19/17

December 19, 2017

Honorable Ronnie Abrams
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.  SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 19, 2017

      Re: United States v. John Galanis,
         16 CR 0371 (RA)

Your Honor,

I write to respectfully request that the Court assign my associate, Nicole Waknine to this case as associate counsel.  The Court is already aware of the volume of Discovery in this matter so, I will only say that I need another person assisting me in my efforts to review all of the Discovery in order to adequately prepare for trial.  It is become quite apparent to me that I cannot adequately prepare this case for trial on my own.  The extreme volume of materials and the complicated legal issues involved in this case necessitate that I make this application to the Court.

Thank you very much for your understanding in this matter.

Respectfully yours,

David Touger