```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/17
```

# PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

## MEMO ENDORSED

December 22, 2017

Honorable Ronnie Abrams
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> December 22, 2017

Re: United States v. John Galanis,
    16 CR 0371 (RA)

Your Honor,

Thank you for your prompt attention to my request for associate counsel but unfortunately I did not understand the entire procedure and it necessitates this further request on my part. I have been informed by the CJA clerk that the Court has to order the per hour pay rate for associate counsel who is going to be perform more than ten hours of work on the matter. In this case I truly expect Ms. Waknine to perform over ten hours of work on this matter and thus I respectfully request that the Court issue an order that Ms. Waknine is to be paid at the rate of $110.00 per hour. This is the rate for associate counsel who are employees of the CJA assigned counsel who will perform more than ten hours of work.

Thank you very much for your attention to this matter and I apologize for having to bother the Court again on this issue.

Respectfully yours,

David Touger