

500 Fifth Avenue
43rd Floor
New York, NY 10110
(212) 796-6330

**MORVILLO LLP**

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

December 27, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Galanis, et al.*, **S1 16-cr-371 (RA)**

Dear Judge Abrams:

The undersigned represents Michelle Morton in the above captioned matter.  I am writing
to request that the Court reschedule the day for oral argument on the motions, currently
scheduled for March 2, 21028, because of a personal/professional conflict.

On December 17, 2017, Orrick, Herrington & Sutcliffe, LLP announced that as of
January 2, 2018, all of the lawyers at Morvillo LLP will join Orrick.  Orrick's annual meeting of
the entire worldwide partnership is set for March 1 through March 3 on the West Coast.
Presently, the parties are scheduled to argue motions before the Court on March 2.  On the
present schedule, I cannot attend both.  While I am loathe to ask the Court and counsel for all
parties to accommodate my personal/professional conflict, I feel I must make the request.  Thus,
I respectfully request that the Court consider rescheduling the oral argument date from March 2
to one of March 6, 15 or 16.

I have already spoken to counsel for Ms. Morton's co-defendants, as well as the
government.  All parties consent to a slight adjournment of the argument date and all are
available on the above listed dates.  Any adjournment of the oral argument date would *not*
necessitate an adjournment of the trial date, nor am I seeking one at this time.

I appreciate the Court's consideration of my request.  I am available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

Greg Morvillo

cc:     All counsel of record (via ECF)