Case 1:16-cr-00371-RA Document 273 Filed 12/27/17 Page 1 of 2

MEMO ENDORSED

500 Fifth Avenue
43rd Floor
New York, NY 10110
(212) 796-6330



MORVILLO LLP

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

1/2/18

December 27, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The hearing set for March 2, 2018 is adjourned until March 6 at 2:00 p.m. SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 2, 2018

**Re:** ***United States v. Galanis, et al.*, S1 16-cr-371 (RA)**

Dear Judge Abrams:

The undersigned represents Michelle Morton in the above captioned matter. I am writing to request that the Court reschedule the day for oral argument on the motions, currently scheduled for March 2, 21028, because of a personal/professional conflict.

On December 17, 2017, Orrick, Herrington & Sutcliffe, LLP announced that as of January 2, 2018, all of the lawyers at Morvillo LLP will join Orrick. Orrick's annual meeting of the entire worldwide partnership is set for March 1 through March 3 on the West Coast. Presently, the parties are scheduled to argue motions before the Court on March 2. On the present schedule, I cannot attend both. While I am loathe to ask the Court and counsel for all parties to accommodate my personal/professional conflict, I feel I must make the request. Thus, I respectfully request that the Court consider rescheduling the oral argument date from March 2 to one of March 6, 15 or 16.

I have already spoken to counsel for Ms. Morton's co-defendants, as well as the government. All parties consent to a slight adjournment of the argument date and all are available on the above listed dates. Any adjournment of the oral argument date would *not* necessitate an adjournment of the trial date, nor am I seeking one at this time.

I appreciate the Court's consideration of my request. I am available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

Greg Morvillo

cc: All counsel of record (via ECF)