USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/05/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court previously ordered that pretrial submissions be due January 15, 2018. Dkt. 264. In light of the Court's observance of the Martin Luther King, Jr. holiday, pretrial submissions shall instead be due on January 16, 2018. All other deadlines set in the October 27, 2017 scheduling order shall remain the same.

SO ORDERED.

Dated:   January 5, 2018
         New York, New York

Ronnie Abrams
United States District Judge