UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

JASON GALANIS, *et al.*,

                  Defendants.

Case No. 16-cr-371 (RA)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the annexed memorandum of law, and upon all prior proceedings herein, Defendant Gary Hirst ("Hirst"), by his attorneys, Sher Tremonte LLP, will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, sitting at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York, on the 12th day of February at 9:00 am, or as soon as counsel can be heard, for an order severing Hirst's trial from the trial of all other Defendants in this action.

Dated: New York, New York
       January 16, 2016

                          /s/ Michael Tremonte
                      Michael Tremonte
                      Noam Biale
                      Emily Burgess
                      Sher Tremonte LLP
                      90 Broad Street, 23rd Floor
                      New York, NY 10004
                      (212) 202-2600

                      To:  Geoffrey S. Berman, Esq.
                      United States Attorney
                      Southern District of New York
                      1 St. Andrew's Plaza
                      New York, NY 10007
                      ATTN: Rebecca Mermelstein, Esq.
                      Assistant United States Attorney