# EXHIBIT C



MATTHEW L. SCHWARTZ
Tel.:  (212) 303-3646
E-mail:  mlschwartz@bsfllp.com

November 20, 2017

**BY ELECTRONIC MAIL**

Lisa P. Korologos
Assistant United States Attorney
One Saint Andrew's Plaza
New York, New York 10007

      **Re:**    *United States v. Jason Galanis, et al.*, No. 16 Cr. 371 (RA)

Dear Ms. Korologos:

      We write on behalf of our client Devon Archer and in response to your letter dated November 2, 2017.  As explained in your letter, the government produced to Mr. Archer documents bates-stamped pr.review.archer_00000001-00019666 and pr.review.joint_00000001-00000530, which the government maintains are not protected by the attorney-client privilege. You asked that we let you know by today whether we believe any of these documents are privileged.

      We have reviewed the more than 20,000 pages of documents you produced to Mr. Archer as potentially non-privileged, and have so far determined that the documents identified on the enclosed list are *not* privileged, in so far as Mr. Archer is concerned. We are taking a closer look at the remaining 254 documents that the government maintains are not privileged, but expect to complete our review and identify any additional non-privileged documents by this coming Wednesday, November 22, 2017.  A privilege log for any privileged documents will follow.

      Our review has been significantly complicated by the fact that the government produced numerous documents that have nothing to do with the subject matter of the above-referenced case.  Besides being nonresponsive to the warrant and so therefore not lawfully subject to seizure, this raises a significant practical problem.  Because we are unfamiliar with the subject matter of these documents (many of which discuss transactions that we had no prior information about, and so therefore do not know which lawyers were representing which parties, who was involved in the negotiations, etc.), making privilege calls is particularly complex. We suggest that there is a practical solution to this problem that will allow the review to be completed more efficiently:  the government should provide to us the search terms that it used to determine preliminary responsiveness to the warrant.  For the potentially privileged documents that do not hit on any of these responsiveness terms, it should not be necessary for Mr. Archer to spend the time and money resolving complicated privilege calls or preparing a privilege log, since the documents are irrelevant.

      Finally, your November 2, 2017 letter also enclosed documents bates-stamped pr.review.archer_00019667-00020819 and pr.review.joint_00000531-00000639, which the

government apparently believes are privileged, but subject to the so-called crime-fraud exception.  In your e-mail to me of November 7, 2017, you clarified that the government is not making any application with respect to those documents at this time, and that nothing is needed from Mr. Archer.  ("After the non-privileged documents are released to the trial team, the trial team will assess whether to seek a crime-fraud exception ruling. . . .  To be perfectly clear, the crime-fraud exception is not being asserted at this stage so there is not yet an assertion for you to object to or oppose.")).  Given the impending motions deadline and trial date in this case, however, Mr. Archer must be in a position to respond quickly once the government determines to seek a ruling from the Court.  To that end, please identify for each "crime fraud" document (a) which crime the government believes the communication is in furtherance of, and (b) all alleged co-conspirators with respect to that crime.  We presume the government has compiled this information already, as it would have been necessary in order to characterize any documents as potentially subject to the crime fraud exception.  In any case, please provide the requested information to Mr. Archer no later than December 1, 2017.

Please do not hesitate to call me at the number above if you have any questions.

Sincerely,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

### Non-Privileged Documents

| Beginning Bates | Ending Bates |
|---|---|
| pr.review.archer_00000001 | pr.review.archer_00000003 |
| pr.review.archer_00000004 | pr.review.archer_00000038 |
| pr.review.archer_00000039 | pr.review.archer_00000039 |
| pr.review.archer_00000040 | pr.review.archer_00000040 |
| pr.review.archer_00000041 | pr.review.archer_00000105 |
| pr.review.archer_00000106 | pr.review.archer_00000108 |
| pr.review.archer_00000109 | pr.review.archer_00000109 |
| pr.review.archer_00000110 | pr.review.archer_00000174 |
| pr.review.archer_00000175 | pr.review.archer_00000177 |
| pr.review.archer_00000178 | pr.review.archer_00000179 |
| pr.review.archer_00000180 | pr.review.archer_00000180 |
| pr.review.archer_00000181 | pr.review.archer_00000186 |
| pr.review.archer_00000187 | pr.review.archer_00000187 |
| pr.review.archer_00000188 | pr.review.archer_00000188 |
| pr.review.archer_00000189 | pr.review.archer_00000189 |
| pr.review.archer_00000190 | pr.review.archer_00000195 |
| pr.review.archer_00000196 | pr.review.archer_00000196 |
| pr.review.archer_00000197 | pr.review.archer_00000197 |
| pr.review.archer_00000198 | pr.review.archer_00000198 |
| pr.review.archer_00000199 | pr.review.archer_00000199 |
| pr.review.archer_00000200 | pr.review.archer_00000200 |
| pr.review.archer_00000201 | pr.review.archer_00000255 |
| pr.review.archer_00000256 | pr.review.archer_00000258 |

| | |
|---|---|
| pr.review.archer_00000259 | pr.review.archer_00000260 |
| pr.review.archer_00000261 | pr.review.archer_00000274 |
| pr.review.archer_00000275 | pr.review.archer_00000286 |
| pr.review.archer_00000287 | pr.review.archer_00000288 |
| pr.review.archer_00000289 | pr.review.archer_00000347 |
| pr.review.archer_00000348 | pr.review.archer_00000348 |
| pr.review.archer_00000349 | pr.review.archer_00000349 |
| pr.review.archer_00000350 | pr.review.archer_00000350 |
| pr.review.archer_00000351 | pr.review.archer_00000351 |
| pr.review.archer_00000352 | pr.review.archer_00000366 |
| pr.review.archer_00000367 | pr.review.archer_00000378 |
| pr.review.archer_00000379 | pr.review.archer_00000387 |
| pr.review.archer_00000388 | pr.review.archer_00000393 |
| pr.review.archer_00000394 | pr.review.archer_00000401 |
| pr.review.archer_00000402 | pr.review.archer_00000402 |
| pr.review.archer_00000403 | pr.review.archer_00000418 |
| pr.review.archer_00000419 | pr.review.archer_00000423 |
| pr.review.archer_00000424 | pr.review.archer_00000424 |
| pr.review.archer_00000425 | pr.review.archer_00000425 |
| pr.review.archer_00000426 | pr.review.archer_00000444 |
| pr.review.archer_00000445 | pr.review.archer_00000445 |
| pr.review.archer_00000446 | pr.review.archer_00000446 |
| pr.review.archer_00000447 | pr.review.archer_00000465 |
| pr.review.archer_00000466 | pr.review.archer_00000468 |
| pr.review.archer_00000469 | pr.review.archer_00000472 |

| | |
|---|---|
| pr.review.archer_00000473 | pr.review.archer_00000473 |
| pr.review.archer_00000474 | pr.review.archer_00000477 |
| pr.review.archer_00000478 | pr.review.archer_00000478 |
| pr.review.archer_00000479 | pr.review.archer_00000493 |
| pr.review.archer_00000494 | pr.review.archer_00000494 |
| pr.review.archer_00000495 | pr.review.archer_00000499 |
| pr.review.archer_00000500 | pr.review.archer_00000504 |
| pr.review.archer_00000505 | pr.review.archer_00000515 |
| pr.review.archer_00000516 | pr.review.archer_00000523 |
| pr.review.archer_00000524 | pr.review.archer_00000524 |
| pr.review.archer_00000525 | pr.review.archer_00000538 |
| pr.review.archer_00000539 | pr.review.archer_00000543 |
| pr.review.archer_00000544 | pr.review.archer_00000574 |
| pr.review.archer_00000575 | pr.review.archer_00000575 |
| pr.review.archer_00000576 | pr.review.archer_00000576 |
| pr.review.archer_00000577 | pr.review.archer_00000577 |
| pr.review.archer_00000578 | pr.review.archer_00000578 |
| pr.review.archer_00000579 | pr.review.archer_00000579 |
| pr.review.archer_00000580 | pr.review.archer_00000580 |
| pr.review.archer_00000581 | pr.review.archer_00000581 |
| pr.review.archer_00000582 | pr.review.archer_00000582 |
| pr.review.archer_00000583 | pr.review.archer_00000583 |
| pr.review.archer_00000584 | pr.review.archer_00000584 |
| pr.review.archer_00000585 | pr.review.archer_00000585 |
| pr.review.archer_00000586 | pr.review.archer_00000586 |

pr.review.archer_00000587   pr.review.archer_00000587

pr.review.archer_00000588   pr.review.archer_00000588

pr.review.archer_00000589   pr.review.archer_00000589

pr.review.archer_00000590   pr.review.archer_00000590

pr.review.archer_00000591   pr.review.archer_00000591

pr.review.archer_00000592   pr.review.archer_00000592

pr.review.archer_00000593   pr.review.archer_00000593

pr.review.archer_00000594   pr.review.archer_00000594

pr.review.archer_00000690   pr.review.archer_00000690

pr.review.archer_00000691   pr.review.archer_00000749

pr.review.archer_00000750   pr.review.archer_00000808

pr.review.archer_00000809   pr.review.archer_00000869

pr.review.archer_00000870   pr.review.archer_00000928

pr.review.archer_00000929   pr.review.archer_00000986

pr.review.archer_00000987   pr.review.archer_00001044

pr.review.archer_00001045   pr.review.archer_00001103

pr.review.archer_00001104   pr.review.archer_00001162

pr.review.archer_00001163   pr.review.archer_00001221

pr.review.archer_00001222   pr.review.archer_00001279

pr.review.archer_00001280   pr.review.archer_00001341

pr.review.archer_00001342   pr.review.archer_00001400

pr.review.archer_00001401   pr.review.archer_00001459

pr.review.archer_00001460   pr.review.archer_00001518

pr.review.archer_00001519   pr.review.archer_00001577

pr.review.archer_00001578   pr.review.archer_00001636

| | |
|---|---|
| pr.review.archer_00001637 | pr.review.archer_00001695 |
| pr.review.archer_00001696 | pr.review.archer_00001746 |
| pr.review.archer_00001747 | pr.review.archer_00001802 |
| pr.review.archer_00001803 | pr.review.archer_00001864 |
| pr.review.archer_00001865 | pr.review.archer_00001922 |
| pr.review.archer_00001923 | pr.review.archer_00001923 |
| pr.review.archer_00001924 | pr.review.archer_00001924 |
| pr.review.archer_00001925 | pr.review.archer_00001928 |
| pr.review.archer_00001929 | pr.review.archer_00001929 |
| pr.review.archer_00001930 | pr.review.archer_00001930 |
| pr.review.archer_00001931 | pr.review.archer_00001934 |
| pr.review.archer_00001935 | pr.review.archer_00001935 |
| pr.review.archer_00001936 | pr.review.archer_00001936 |
| pr.review.archer_00001937 | pr.review.archer_00001940 |
| pr.review.archer_00001941 | pr.review.archer_00001941 |
| pr.review.archer_00001942 | pr.review.archer_00001954 |
| pr.review.archer_00001955 | pr.review.archer_00001955 |
| pr.review.archer_00001956 | pr.review.archer_00002006 |
| pr.review.archer_00002007 | pr.review.archer_00002026 |
| pr.review.archer_00002027 | pr.review.archer_00002027 |
| pr.review.archer_00002028 | pr.review.archer_00002052 |
| pr.review.archer_00002053 | pr.review.archer_00002102 |
| pr.review.archer_00002103 | pr.review.archer_00002104 |
| pr.review.archer_00002105 | pr.review.archer_00002110 |
| pr.review.archer_00002111 | pr.review.archer_00002111 |

pr.review.archer_00002112    pr.review.archer_00002114

pr.review.archer_00002115    pr.review.archer_00002115

pr.review.archer_00002116    pr.review.archer_00002118

pr.review.archer_00002119    pr.review.archer_00002119

pr.review.archer_00002120    pr.review.archer_00002304

pr.review.archer_00002305    pr.review.archer_00002305

pr.review.archer_00002306    pr.review.archer_00002349

pr.review.archer_00002350    pr.review.archer_00002393

pr.review.archer_00002394    pr.review.archer_00002394

pr.review.archer_00002395    pr.review.archer_00002439

pr.review.archer_00002440    pr.review.archer_00002484

pr.review.archer_00002485    pr.review.archer_00002502

pr.review.archer_00002503    pr.review.archer_00002503

pr.review.archer_00002504    pr.review.archer_00002568

pr.review.archer_00002569    pr.review.archer_00002569

pr.review.archer_00002570    pr.review.archer_00002634

pr.review.archer_00002635    pr.review.archer_00002637

pr.review.archer_00002638    pr.review.archer_00002638

pr.review.archer_00002639    pr.review.archer_00002703

pr.review.archer_00002704    pr.review.archer_00002706

pr.review.archer_00002707    pr.review.archer_00002708

pr.review.archer_00002709    pr.review.archer_00002713

pr.review.archer_00002714    pr.review.archer_00002735

pr.review.archer_00002736    pr.review.archer_00002738

pr.review.archer_00002739    pr.review.archer_00002739

| | |
|---|---|
| pr.review.archer_00002740 | pr.review.archer_00002754 |
| pr.review.archer_00002755 | pr.review.archer_00002755 |
| pr.review.archer_00002756 | pr.review.archer_00002771 |
| pr.review.archer_00002772 | pr.review.archer_00002772 |
| pr.review.archer_00002773 | pr.review.archer_00002790 |
| pr.review.archer_00002791 | pr.review.archer_00002791 |
| pr.review.archer_00002792 | pr.review.archer_00002792 |
| pr.review.archer_00002793 | pr.review.archer_00002807 |
| pr.review.archer_00002808 | pr.review.archer_00002824 |
| pr.review.archer_00002825 | pr.review.archer_00002825 |
| pr.review.archer_00002826 | pr.review.archer_00002826 |
| pr.review.archer_00002827 | pr.review.archer_00002827 |
| pr.review.archer_00002828 | pr.review.archer_00002828 |
| pr.review.archer_00002829 | pr.review.archer_00002829 |
| pr.review.archer_00002830 | pr.review.archer_00002832 |
| pr.review.archer_00002833 | pr.review.archer_00002833 |
| pr.review.archer_00002834 | pr.review.archer_00002872 |
| pr.review.archer_00002873 | pr.review.archer_00002874 |
| pr.review.archer_00002875 | pr.review.archer_00002967 |
| pr.review.archer_00002968 | pr.review.archer_00003059 |
| pr.review.archer_00003060 | pr.review.archer_00003089 |
| pr.review.archer_00003090 | pr.review.archer_00003157 |
| pr.review.archer_00003158 | pr.review.archer_00003225 |
| pr.review.archer_00003226 | pr.review.archer_00003226 |
| pr.review.archer_00003227 | pr.review.archer_00003349 |

pr.review.archer_00003350    pr.review.archer_00003355

pr.review.archer_00003362    pr.review.archer_00003362

pr.review.archer_00003363    pr.review.archer_00003556

pr.review.archer_00003557    pr.review.archer_00003559

pr.review.archer_00003560    pr.review.archer_00003561

pr.review.archer_00003562    pr.review.archer_00003564

pr.review.archer_00003565    pr.review.archer_00003565

pr.review.archer_00003566    pr.review.archer_00003566

pr.review.archer_00003567    pr.review.archer_00003567

pr.review.archer_00003568    pr.review.archer_00003568

pr.review.archer_00003569    pr.review.archer_00003626

pr.review.archer_00003627    pr.review.archer_00003648

pr.review.archer_00003649    pr.review.archer_00003651

pr.review.archer_00003652    pr.review.archer_00003675

pr.review.archer_00003676    pr.review.archer_00003704

pr.review.archer_00003713    pr.review.archer_00003713

pr.review.archer_00003714    pr.review.archer_00003740

pr.review.archer_00003741    pr.review.archer_00003741

pr.review.archer_00003742    pr.review.archer_00003770

pr.review.archer_00003771    pr.review.archer_00003771

pr.review.archer_00003772    pr.review.archer_00003838

pr.review.archer_00003839    pr.review.archer_00003839

pr.review.archer_00003842    pr.review.archer_00003842

pr.review.archer_00003843    pr.review.archer_00003846

pr.review.archer_00003847    pr.review.archer_00003849

| | |
|---|---|
| pr.review.archer_00003850 | pr.review.archer_00004497 |
| pr.review.archer_00004498 | pr.review.archer_00004552 |
| pr.review.archer_00004553 | pr.review.archer_00004619 |
| pr.review.archer_00004620 | pr.review.archer_00004717 |
| pr.review.archer_00004718 | pr.review.archer_00004786 |
| pr.review.archer_00004787 | pr.review.archer_00004876 |
| pr.review.archer_00004877 | pr.review.archer_00004877 |
| pr.review.archer_00004878 | pr.review.archer_00004878 |
| pr.review.archer_00004879 | pr.review.archer_00004879 |
| pr.review.archer_00004880 | pr.review.archer_00004880 |
| pr.review.archer_00004889 | pr.review.archer_00004890 |
| pr.review.archer_00004906 | pr.review.archer_00004906 |
| pr.review.archer_00004913 | pr.review.archer_00004913 |
| pr.review.archer_00004915 | pr.review.archer_00004915 |
| pr.review.archer_00004916 | pr.review.archer_00004917 |
| pr.review.archer_00004918 | pr.review.archer_00004919 |
| pr.review.archer_00004920 | pr.review.archer_00004921 |
| pr.review.archer_00004922 | pr.review.archer_00004923 |
| pr.review.archer_00004924 | pr.review.archer_00004924 |
| pr.review.archer_00004925 | pr.review.archer_00004932 |
| pr.review.archer_00004933 | pr.review.archer_00004964 |
| pr.review.archer_00004965 | pr.review.archer_00004965 |
| pr.review.archer_00004966 | pr.review.archer_00004968 |
| pr.review.archer_00004969 | pr.review.archer_00004990 |
| pr.review.archer_00004991 | pr.review.archer_00004991 |

pr.review.archer_00005020   pr.review.archer_00005021

pr.review.archer_00005022   pr.review.archer_00005029

pr.review.archer_00005030   pr.review.archer_00005148

pr.review.archer_00005153   pr.review.archer_00005155

pr.review.archer_00005156   pr.review.archer_00005198

pr.review.archer_00005199   pr.review.archer_00005206

pr.review.archer_00005225   pr.review.archer_00005225

pr.review.archer_00005226   pr.review.archer_00005258

pr.review.archer_00005259   pr.review.archer_00005321

pr.review.archer_00005325   pr.review.archer_00005325

pr.review.archer_00005326   pr.review.archer_00005357

pr.review.archer_00005358   pr.review.archer_00005358

pr.review.archer_00005359   pr.review.archer_00005391

pr.review.archer_00005392   pr.review.archer_00005393

pr.review.archer_00005394   pr.review.archer_00005394

pr.review.archer_00005395   pr.review.archer_00005429

pr.review.archer_00005430   pr.review.archer_00005430

pr.review.archer_00005431   pr.review.archer_00005464

pr.review.archer_00005465   pr.review.archer_00005465

pr.review.archer_00005466   pr.review.archer_00005499

pr.review.archer_00005500   pr.review.archer_00005533

pr.review.archer_00005534   pr.review.archer_00005534

pr.review.archer_00005535   pr.review.archer_00005568

pr.review.archer_00005569   pr.review.archer_00005602

pr.review.archer_00005603   pr.review.archer_00005603

| | |
|---|---|
| pr.review.archer_00005604 | pr.review.archer_00005638 |
| pr.review.archer_00005639 | pr.review.archer_00005639 |
| pr.review.archer_00005640 | pr.review.archer_00005674 |
| pr.review.archer_00005675 | pr.review.archer_00005675 |
| pr.review.archer_00005676 | pr.review.archer_00005710 |
| pr.review.archer_00005711 | pr.review.archer_00005712 |
| pr.review.archer_00005713 | pr.review.archer_00005746 |
| pr.review.archer_00005747 | pr.review.archer_00005747 |
| pr.review.archer_00005748 | pr.review.archer_00005781 |
| pr.review.archer_00005782 | pr.review.archer_00005782 |
| pr.review.archer_00005784 | pr.review.archer_00005785 |
| pr.review.archer_00005786 | pr.review.archer_00005820 |
| pr.review.archer_00005821 | pr.review.archer_00005821 |
| pr.review.archer_00005822 | pr.review.archer_00005856 |
| pr.review.archer_00005863 | pr.review.archer_00005863 |
| pr.review.archer_00005864 | pr.review.archer_00005865 |
| pr.review.archer_00005866 | pr.review.archer_00006152 |
| pr.review.archer_00006153 | pr.review.archer_00006153 |
| pr.review.archer_00006154 | pr.review.archer_00006154 |
| pr.review.archer_00006155 | pr.review.archer_00006157 |
| pr.review.archer_00006158 | pr.review.archer_00006160 |
| pr.review.archer_00006161 | pr.review.archer_00006162 |
| pr.review.archer_00006163 | pr.review.archer_00006163 |
| pr.review.archer_00006164 | pr.review.archer_00006164 |
| pr.review.archer_00006165 | pr.review.archer_00006169 |

pr.review.archer_00006170   pr.review.archer_00006263

pr.review.archer_00006264   pr.review.archer_00006265

pr.review.archer_00006266   pr.review.archer_00006267

pr.review.archer_00006268   pr.review.archer_00006269

pr.review.archer_00006270   pr.review.archer_00006270

pr.review.archer_00006271   pr.review.archer_00006361

pr.review.archer_00006362   pr.review.archer_00006365

pr.review.archer_00006366   pr.review.archer_00006369

pr.review.archer_00006378   pr.review.archer_00006378

pr.review.archer_00006379   pr.review.archer_00006413

pr.review.archer_00006414   pr.review.archer_00006414

pr.review.archer_00006415   pr.review.archer_00006419

pr.review.archer_00006420   pr.review.archer_00006420

pr.review.archer_00006421   pr.review.archer_00006460

pr.review.archer_00006461   pr.review.archer_00006461

pr.review.archer_00006462   pr.review.archer_00006501

pr.review.archer_00006502   pr.review.archer_00006502

pr.review.archer_00006503   pr.review.archer_00006503

pr.review.archer_00006504   pr.review.archer_00006508

pr.review.archer_00006509   pr.review.archer_00006513

pr.review.archer_00006514   pr.review.archer_00006514

pr.review.archer_00006515   pr.review.archer_00006521

pr.review.archer_00006522   pr.review.archer_00006522

pr.review.archer_00006523   pr.review.archer_00006523

pr.review.archer_00006524   pr.review.archer_00006528

pr.review.archer_00006529     pr.review.archer_00006533

pr.review.archer_00006540     pr.review.archer_00006540

pr.review.archer_00006541     pr.review.archer_00006548

pr.review.archer_00006549     pr.review.archer_00006550

pr.review.archer_00006551     pr.review.archer_00006558

pr.review.archer_00006559     pr.review.archer_00006559

pr.review.archer_00006560     pr.review.archer_00006565

pr.review.archer_00006566     pr.review.archer_00006571

pr.review.archer_00006572     pr.review.archer_00006573

pr.review.archer_00006574     pr.review.archer_00006581

pr.review.archer_00006582     pr.review.archer_00006589

pr.review.archer_00006590     pr.review.archer_00006595

pr.review.archer_00006596     pr.review.archer_00006603

pr.review.archer_00006604     pr.review.archer_00006612

pr.review.archer_00006613     pr.review.archer_00006613

pr.review.archer_00006614     pr.review.archer_00006614

pr.review.archer_00006615     pr.review.archer_00006634

pr.review.archer_00006635     pr.review.archer_00006635

pr.review.archer_00006636     pr.review.archer_00006742

pr.review.archer_00006743     pr.review.archer_00006743

pr.review.archer_00006744     pr.review.archer_00006744

pr.review.archer_00006745     pr.review.archer_00006851

pr.review.archer_00006890     pr.review.archer_00006906

pr.review.archer_00006909     pr.review.archer_00006910

pr.review.archer_00006911     pr.review.archer_00006911

pr.review.archer_00006912 pr.review.archer_00006912

pr.review.archer_00006913 pr.review.archer_00006913

pr.review.archer_00006914 pr.review.archer_00006914

pr.review.archer_00006915 pr.review.archer_00006915

pr.review.archer_00006916 pr.review.archer_00006916

pr.review.archer_00006917 pr.review.archer_00006917

pr.review.archer_00006918 pr.review.archer_00006918

pr.review.archer_00006919 pr.review.archer_00006919

pr.review.archer_00006920 pr.review.archer_00006920

pr.review.archer_00006921 pr.review.archer_00006921

pr.review.archer_00006922 pr.review.archer_00006922

pr.review.archer_00006923 pr.review.archer_00006962

pr.review.archer_00006963 pr.review.archer_00006963

pr.review.archer_00006964 pr.review.archer_00006964

pr.review.archer_00006965 pr.review.archer_00006965

pr.review.archer_00006966 pr.review.archer_00006966

pr.review.archer_00006967 pr.review.archer_00006985

pr.review.archer_00006986 pr.review.archer_00006986

pr.review.archer_00006987 pr.review.archer_00007001

pr.review.archer_00007002 pr.review.archer_00007002

pr.review.archer_00007003 pr.review.archer_00007016

pr.review.archer_00007017 pr.review.archer_00007017

pr.review.archer_00007018 pr.review.archer_00007018

pr.review.archer_00007019 pr.review.archer_00007019

pr.review.archer_00007020 pr.review.archer_00007020

pr.review.archer_00007021   pr.review.archer_00007021

pr.review.archer_00007022   pr.review.archer_00007022

pr.review.archer_00007023   pr.review.archer_00007023

pr.review.archer_00007024   pr.review.archer_00007208

pr.review.archer_00007209   pr.review.archer_00007209

pr.review.archer_00007210   pr.review.archer_00007210

pr.review.archer_00007211   pr.review.archer_00007395

pr.review.archer_00007396   pr.review.archer_00007396

pr.review.archer_00007397   pr.review.archer_00007581

pr.review.archer_00007582   pr.review.archer_00007582

pr.review.archer_00007583   pr.review.archer_00007767

pr.review.archer_00007768   pr.review.archer_00007768

pr.review.archer_00007769   pr.review.archer_00007833

pr.review.archer_00007834   pr.review.archer_00007836

pr.review.archer_00007837   pr.review.archer_00007837

pr.review.archer_00007838   pr.review.archer_00008022

pr.review.archer_00008023   pr.review.archer_00008023

pr.review.archer_00008024   pr.review.archer_00008208

pr.review.archer_00008369   pr.review.archer_00008374

pr.review.archer_00008375   pr.review.archer_00008385

pr.review.archer_00008386   pr.review.archer_00008386

pr.review.archer_00008388   pr.review.archer_00008390

pr.review.archer_00008660   pr.review.archer_00008662

pr.review.archer_00008663   pr.review.archer_00008670

pr.review.archer_00008671   pr.review.archer_00008671

pr.review.archer_00008672    pr.review.archer_00008790

pr.review.archer_00008791    pr.review.archer_00008791

pr.review.archer_00008792    pr.review.archer_00008792

pr.review.archer_00008793    pr.review.archer_00008825

pr.review.archer_00008826    pr.review.archer_00008826

pr.review.archer_00008827    pr.review.archer_00008889

pr.review.archer_00008890    pr.review.archer_00008890

pr.review.archer_00008891    pr.review.archer_00008891

pr.review.archer_00008892    pr.review.archer_00008924

pr.review.archer_00008925    pr.review.archer_00008925

pr.review.archer_00008926    pr.review.archer_00008988

pr.review.archer_00008989    pr.review.archer_00008989

pr.review.archer_00008990    pr.review.archer_00008990

pr.review.archer_00008991    pr.review.archer_00009023

pr.review.archer_00009024    pr.review.archer_00009024

pr.review.archer_00009025    pr.review.archer_00009087

pr.review.archer_00009088    pr.review.archer_00009088

pr.review.archer_00009089    pr.review.archer_00009089

pr.review.archer_00009090    pr.review.archer_00009121

pr.review.archer_00009122    pr.review.archer_00009122

pr.review.archer_00009123    pr.review.archer_00009123

pr.review.archer_00009124    pr.review.archer_00009155

pr.review.archer_00009156    pr.review.archer_00009156

pr.review.archer_00009157    pr.review.archer_00009190

pr.review.archer_00009191    pr.review.archer_00009191

pr.review.archer_00009192  pr.review.archer_00009192

pr.review.archer_00009193  pr.review.archer_00009226

pr.review.archer_00009227  pr.review.archer_00009227

pr.review.archer_00009228  pr.review.archer_00009228

pr.review.archer_00009229  pr.review.archer_00009262

pr.review.archer_00009263  pr.review.archer_00009263

pr.review.archer_00009264  pr.review.archer_00009264

pr.review.archer_00009265  pr.review.archer_00009298

pr.review.archer_00009299  pr.review.archer_00009299

pr.review.archer_00009300  pr.review.archer_00009300

pr.review.archer_00009301  pr.review.archer_00009334

pr.review.archer_00009335  pr.review.archer_00009335

pr.review.archer_00009336  pr.review.archer_00009336

pr.review.archer_00009337  pr.review.archer_00009370

pr.review.archer_00009371  pr.review.archer_00009371

pr.review.archer_00009372  pr.review.archer_00009372

pr.review.archer_00009373  pr.review.archer_00009406

pr.review.archer_00009407  pr.review.archer_00009407

pr.review.archer_00009408  pr.review.archer_00009408

pr.review.archer_00009409  pr.review.archer_00009442

pr.review.archer_00009443  pr.review.archer_00009443

pr.review.archer_00009444  pr.review.archer_00009444

pr.review.archer_00009445  pr.review.archer_00009478

pr.review.archer_00009479  pr.review.archer_00009479

pr.review.archer_00009480  pr.review.archer_00009480

pr.review.archer_00009481   pr.review.archer_00009514

pr.review.archer_00009515   pr.review.archer_00009515

pr.review.archer_00009552   pr.review.archer_00009552

pr.review.archer_00009553   pr.review.archer_00009586

pr.review.archer_00009587   pr.review.archer_00009587

pr.review.archer_00009591   pr.review.archer_00009591

pr.review.archer_00009592   pr.review.archer_00009593

pr.review.archer_00009594   pr.review.archer_00009595

pr.review.archer_00009596   pr.review.archer_00009596

pr.review.archer_00009597   pr.review.archer_00009599

pr.review.archer_00009600   pr.review.archer_00009601

pr.review.archer_00009602   pr.review.archer_00009602

pr.review.archer_00009603   pr.review.archer_00009603

pr.review.archer_00009604   pr.review.archer_00009604

pr.review.archer_00009605   pr.review.archer_00009605

pr.review.archer_00009606   pr.review.archer_00009610

pr.review.archer_00009611   pr.review.archer_00009611

pr.review.archer_00009612   pr.review.archer_00009705

pr.review.archer_00009706   pr.review.archer_00009706

pr.review.archer_00009707   pr.review.archer_00009708

pr.review.archer_00009709   pr.review.archer_00009709

pr.review.archer_00009992   pr.review.archer_00009992

pr.review.archer_00009993   pr.review.archer_00010027

pr.review.archer_00010048   pr.review.archer_00010056

pr.review.archer_00010057   pr.review.archer_00010057

pr.review.archer_00010058    pr.review.archer_00010058

pr.review.archer_00010060    pr.review.archer_00010060

pr.review.archer_00010061    pr.review.archer_00010061

pr.review.archer_00010062    pr.review.archer_00010062

pr.review.archer_00010063    pr.review.archer_00010247

pr.review.archer_00010248    pr.review.archer_00010248

pr.review.archer_00010322    pr.review.archer_00010324

pr.review.archer_00010325    pr.review.archer_00010325

pr.review.archer_00010326    pr.review.archer_00010340

pr.review.archer_00010341    pr.review.archer_00010341

pr.review.archer_00010342    pr.review.archer_00010357

pr.review.archer_00010358    pr.review.archer_00010358

pr.review.archer_00010359    pr.review.archer_00010376

pr.review.archer_00010377    pr.review.archer_00010377

pr.review.archer_00010378    pr.review.archer_00010378

pr.review.archer_00010379    pr.review.archer_00010393

pr.review.archer_00010394    pr.review.archer_00010410

pr.review.archer_00010411    pr.review.archer_00010411

pr.review.archer_00010412    pr.review.archer_00010412

pr.review.archer_00010413    pr.review.archer_00010419

pr.review.archer_00010420    pr.review.archer_00010420

pr.review.archer_00010421    pr.review.archer_00010421

pr.review.archer_00010422    pr.review.archer_00010422

pr.review.archer_00010423    pr.review.archer_00010423

pr.review.archer_00010424    pr.review.archer_00010424

pr.review.archer_00010425    pr.review.archer_00010425

pr.review.archer_00010426    pr.review.archer_00010426

pr.review.archer_00010427    pr.review.archer_00010427

pr.review.archer_00010428    pr.review.archer_00010428

pr.review.archer_00010429    pr.review.archer_00010429

pr.review.archer_00010430    pr.review.archer_00010430

pr.review.archer_00010431    pr.review.archer_00010431

pr.review.archer_00010432    pr.review.archer_00010432

pr.review.archer_00010433    pr.review.archer_00010433

pr.review.archer_00010434    pr.review.archer_00010434

pr.review.archer_00010435    pr.review.archer_00010436

pr.review.archer_00010437    pr.review.archer_00010437

pr.review.archer_00010438    pr.review.archer_00010438

pr.review.archer_00010439    pr.review.archer_00010439

pr.review.archer_00010440    pr.review.archer_00010440

pr.review.archer_00010441    pr.review.archer_00010441

pr.review.archer_00010442    pr.review.archer_00010442

pr.review.archer_00010443    pr.review.archer_00010443

pr.review.archer_00010444    pr.review.archer_00010444

pr.review.archer_00010445    pr.review.archer_00010445

pr.review.archer_00010446    pr.review.archer_00010446

pr.review.archer_00010447    pr.review.archer_00010447

pr.review.archer_00010448    pr.review.archer_00010448

pr.review.archer_00010449    pr.review.archer_00010449

pr.review.archer_00010450    pr.review.archer_00010450

pr.review.archer_00010451   pr.review.archer_00010451

pr.review.archer_00010452   pr.review.archer_00010452

pr.review.archer_00010453   pr.review.archer_00010453

pr.review.archer_00010454   pr.review.archer_00010454

pr.review.archer_00010455   pr.review.archer_00010455

pr.review.archer_00010456   pr.review.archer_00010456

pr.review.archer_00010457   pr.review.archer_00010457

pr.review.archer_00010458   pr.review.archer_00010458

pr.review.archer_00010459   pr.review.archer_00010459

pr.review.archer_00010460   pr.review.archer_00010460

pr.review.archer_00010461   pr.review.archer_00010461

pr.review.archer_00010462   pr.review.archer_00010462

pr.review.archer_00010463   pr.review.archer_00010463

pr.review.archer_00010464   pr.review.archer_00010464

pr.review.archer_00010465   pr.review.archer_00010465

pr.review.archer_00010466   pr.review.archer_00010466

pr.review.archer_00010467   pr.review.archer_00010467

pr.review.archer_00010468   pr.review.archer_00010468

pr.review.archer_00010469   pr.review.archer_00010469

pr.review.archer_00010470   pr.review.archer_00010470

pr.review.archer_00010471   pr.review.archer_00010471

pr.review.archer_00010472   pr.review.archer_00010472

pr.review.archer_00010473   pr.review.archer_00010473

pr.review.archer_00010474   pr.review.archer_00010474

pr.review.archer_00010475   pr.review.archer_00010475

pr.review.archer_00010476    pr.review.archer_00010476

pr.review.archer_00010477    pr.review.archer_00010477

pr.review.archer_00010478    pr.review.archer_00010485

pr.review.archer_00010486    pr.review.archer_00010486

pr.review.archer_00010487    pr.review.archer_00010487

pr.review.archer_00010488    pr.review.archer_00010488

pr.review.archer_00010489    pr.review.archer_00010489

pr.review.archer_00010490    pr.review.archer_00010490

pr.review.archer_00010491    pr.review.archer_00010491

pr.review.archer_00010492    pr.review.archer_00010492

pr.review.archer_00010493    pr.review.archer_00010493

pr.review.archer_00010494    pr.review.archer_00010498

pr.review.archer_00010499    pr.review.archer_00010502

pr.review.archer_00010503    pr.review.archer_00010506

pr.review.archer_00010507    pr.review.archer_00010514

pr.review.archer_00010515    pr.review.archer_00010544

pr.review.archer_00010545    pr.review.archer_00010552

pr.review.archer_00010553    pr.review.archer_00010557

pr.review.archer_00010558    pr.review.archer_00010562

pr.review.archer_00010563    pr.review.archer_00010563

pr.review.archer_00010564    pr.review.archer_00010580

pr.review.archer_00010581    pr.review.archer_00010595

pr.review.archer_00010596    pr.review.archer_00010619

pr.review.archer_00010620    pr.review.archer_00010636

pr.review.archer_00010637    pr.review.archer_00010655

| | |
|---|---|
| pr.review.archer_00010656 | pr.review.archer_00010670 |
| pr.review.archer_00010671 | pr.review.archer_00010681 |
| pr.review.archer_00010682 | pr.review.archer_00010698 |
| pr.review.archer_00010699 | pr.review.archer_00010712 |
| pr.review.archer_00010713 | pr.review.archer_00010724 |
| pr.review.archer_00010725 | pr.review.archer_00010736 |
| pr.review.archer_00010739 | pr.review.archer_00010739 |
| pr.review.archer_00010740 | pr.review.archer_00010740 |
| pr.review.archer_00010741 | pr.review.archer_00010798 |
| pr.review.archer_00010799 | pr.review.archer_00010799 |
| pr.review.archer_00010800 | pr.review.archer_00010800 |
| pr.review.archer_00010801 | pr.review.archer_00010801 |
| pr.review.archer_00010812 | pr.review.archer_00010812 |
| pr.review.archer_00010813 | pr.review.archer_00010852 |
| pr.review.archer_00010853 | pr.review.archer_00010853 |
| pr.review.archer_00010854 | pr.review.archer_00010854 |
| pr.review.archer_00010855 | pr.review.archer_00010855 |
| pr.review.archer_00010856 | pr.review.archer_00010856 |
| pr.review.archer_00010857 | pr.review.archer_00010864 |
| pr.review.archer_00010865 | pr.review.archer_00010872 |
| pr.review.archer_00010873 | pr.review.archer_00010880 |
| pr.review.archer_00010881 | pr.review.archer_00010888 |
| pr.review.archer_00010889 | pr.review.archer_00010896 |
| pr.review.archer_00010897 | pr.review.archer_00010904 |
| pr.review.archer_00010905 | pr.review.archer_00010905 |

| | |
|---|---|
| pr.review.archer_00010906 | pr.review.archer_00010931 |
| pr.review.archer_00010932 | pr.review.archer_00010934 |
| pr.review.archer_00010935 | pr.review.archer_00010935 |
| pr.review.archer_00010936 | pr.review.archer_00010936 |
| pr.review.archer_00010937 | pr.review.archer_00010937 |
| pr.review.archer_00010938 | pr.review.archer_00010938 |
| pr.review.archer_00010939 | pr.review.archer_00010997 |
| pr.review.archer_00010998 | pr.review.archer_00010998 |
| pr.review.archer_00010999 | pr.review.archer_00011059 |
| pr.review.archer_00011060 | pr.review.archer_00011060 |
| pr.review.archer_00011061 | pr.review.archer_00011119 |
| pr.review.archer_00011120 | pr.review.archer_00011120 |
| pr.review.archer_00011121 | pr.review.archer_00011178 |
| pr.review.archer_00011179 | pr.review.archer_00011179 |
| pr.review.archer_00011180 | pr.review.archer_00011237 |
| pr.review.archer_00011238 | pr.review.archer_00011238 |
| pr.review.archer_00011239 | pr.review.archer_00011297 |
| pr.review.archer_00011298 | pr.review.archer_00011298 |
| pr.review.archer_00011299 | pr.review.archer_00011357 |
| pr.review.archer_00011358 | pr.review.archer_00011358 |
| pr.review.archer_00011359 | pr.review.archer_00011417 |
| pr.review.archer_00011418 | pr.review.archer_00011418 |
| pr.review.archer_00011419 | pr.review.archer_00011476 |
| pr.review.archer_00011477 | pr.review.archer_00011477 |
| pr.review.archer_00011478 | pr.review.archer_00011539 |

pr.review.archer_00011540   pr.review.archer_00011540

pr.review.archer_00011541   pr.review.archer_00011599

pr.review.archer_00011600   pr.review.archer_00011600

pr.review.archer_00011601   pr.review.archer_00011659

pr.review.archer_00011660   pr.review.archer_00011660

pr.review.archer_00011661   pr.review.archer_00011719

pr.review.archer_00011720   pr.review.archer_00011720

pr.review.archer_00011721   pr.review.archer_00011779

pr.review.archer_00011780   pr.review.archer_00011780

pr.review.archer_00011781   pr.review.archer_00011839

pr.review.archer_00011840   pr.review.archer_00011840

pr.review.archer_00011841   pr.review.archer_00011899

pr.review.archer_00011900   pr.review.archer_00011900

pr.review.archer_00011901   pr.review.archer_00011951

pr.review.archer_00011952   pr.review.archer_00011952

pr.review.archer_00011953   pr.review.archer_00012008

pr.review.archer_00012009   pr.review.archer_00012009

pr.review.archer_00012010   pr.review.archer_00012071

pr.review.archer_00012072   pr.review.archer_00012072

pr.review.archer_00012073   pr.review.archer_00012130

pr.review.archer_00012131   pr.review.archer_00012131

pr.review.archer_00012132   pr.review.archer_00012132

pr.review.archer_00012133   pr.review.archer_00012133

pr.review.archer_00012134   pr.review.archer_00012157

pr.review.archer_00012158   pr.review.archer_00012321

| | |
|---|---|
| pr.review.archer_00012324 | pr.review.archer_00012324 |
| pr.review.archer_00012325 | pr.review.archer_00012509 |
| pr.review.archer_00012510 | pr.review.archer_00012510 |
| pr.review.archer_00012511 | pr.review.archer_00012511 |
| pr.review.archer_00012512 | pr.review.archer_00012553 |
| pr.review.archer_00012554 | pr.review.archer_00012564 |
| pr.review.archer_00012565 | pr.review.archer_00012567 |
| pr.review.archer_00012568 | pr.review.archer_00012568 |
| pr.review.archer_00012569 | pr.review.archer_00012583 |
| pr.review.archer_00012584 | pr.review.archer_00012584 |
| pr.review.archer_00012585 | pr.review.archer_00012600 |
| pr.review.archer_00012601 | pr.review.archer_00012601 |
| pr.review.archer_00012602 | pr.review.archer_00012619 |
| pr.review.archer_00012620 | pr.review.archer_00012620 |
| pr.review.archer_00012621 | pr.review.archer_00012621 |
| pr.review.archer_00012622 | pr.review.archer_00012636 |
| pr.review.archer_00012637 | pr.review.archer_00012653 |
| pr.review.archer_00012654 | pr.review.archer_00012654 |
| pr.review.archer_00012655 | pr.review.archer_00012655 |
| pr.review.archer_00012656 | pr.review.archer_00012656 |
| pr.review.archer_00012657 | pr.review.archer_00012657 |
| pr.review.archer_00012663 | pr.review.archer_00012663 |
| pr.review.archer_00012664 | pr.review.archer_00012667 |
| pr.review.archer_00012668 | pr.review.archer_00012670 |
| pr.review.archer_00012671 | pr.review.archer_00013318 |

| | |
|---|---|
| pr.review.archer_00013319 | pr.review.archer_00013373 |
| pr.review.archer_00013374 | pr.review.archer_00013440 |
| pr.review.archer_00013441 | pr.review.archer_00013538 |
| pr.review.archer_00013539 | pr.review.archer_00013607 |
| pr.review.archer_00013608 | pr.review.archer_00013697 |
| pr.review.archer_00013705 | pr.review.archer_00013705 |
| pr.review.archer_00013706 | pr.review.archer_00013706 |
| pr.review.archer_00013707 | pr.review.archer_00013707 |
| pr.review.archer_00013708 | pr.review.archer_00013708 |
| pr.review.archer_00013709 | pr.review.archer_00013768 |
| pr.review.archer_00013769 | pr.review.archer_00013769 |
| pr.review.archer_00013770 | pr.review.archer_00013770 |
| pr.review.archer_00013771 | pr.review.archer_00013771 |
| pr.review.archer_00013772 | pr.review.archer_00013803 |
| pr.review.archer_00013804 | pr.review.archer_00013804 |
| pr.review.archer_00013805 | pr.review.archer_00013837 |
| pr.review.archer_00013838 | pr.review.archer_00013838 |
| pr.review.archer_00013839 | pr.review.archer_00013872 |
| pr.review.archer_00013873 | pr.review.archer_00013873 |
| pr.review.archer_00013874 | pr.review.archer_00013907 |
| pr.review.archer_00013908 | pr.review.archer_00013941 |
| pr.review.archer_00013942 | pr.review.archer_00013942 |
| pr.review.archer_00013943 | pr.review.archer_00013976 |
| pr.review.archer_00013977 | pr.review.archer_00013977 |
| pr.review.archer_00013978 | pr.review.archer_00013978 |

pr.review.archer_00013979     pr.review.archer_00014013

pr.review.archer_00014014     pr.review.archer_00014014

pr.review.archer_00014015     pr.review.archer_00014049

pr.review.archer_00014050     pr.review.archer_00014050

pr.review.archer_00014051     pr.review.archer_00014085

pr.review.archer_00014086     pr.review.archer_00014088

pr.review.archer_00014089     pr.review.archer_00014123

pr.review.archer_00014124     pr.review.archer_00014124

pr.review.archer_00014125     pr.review.archer_00014125

pr.review.archer_00014126     pr.review.archer_00014126

pr.review.archer_00014127     pr.review.archer_00014127

pr.review.archer_00014128     pr.review.archer_00014162

pr.review.archer_00014163     pr.review.archer_00014164

pr.review.archer_00014165     pr.review.archer_00014199

pr.review.archer_00014200     pr.review.archer_00014200

pr.review.archer_00014201     pr.review.archer_00014235

pr.review.archer_00014311     pr.review.archer_00014311

pr.review.archer_00014312     pr.review.archer_00014312

pr.review.archer_00014391     pr.review.archer_00014392

pr.review.archer_00014393     pr.review.archer_00014393

pr.review.archer_00014394     pr.review.archer_00014394

pr.review.archer_00014395     pr.review.archer_00014395

pr.review.archer_00014396     pr.review.archer_00014396

pr.review.archer_00014397     pr.review.archer_00014433

pr.review.archer_00014434     pr.review.archer_00014434

pr.review.archer_00014435    pr.review.archer_00014436

pr.review.archer_00014437    pr.review.archer_00014437

pr.review.archer_00014438    pr.review.archer_00014439

pr.review.archer_00014440    pr.review.archer_00014440

pr.review.archer_00014441    pr.review.archer_00014441

pr.review.archer_00014442    pr.review.archer_00014442

pr.review.archer_00014443    pr.review.archer_00014444

pr.review.archer_00014445    pr.review.archer_00014478

pr.review.archer_00014479    pr.review.archer_00014479

pr.review.archer_00014480    pr.review.archer_00014534

pr.review.archer_00014535    pr.review.archer_00014535

pr.review.archer_00014536    pr.review.archer_00014544

pr.review.archer_00014545    pr.review.archer_00014545

pr.review.archer_00014546    pr.review.archer_00014550

pr.review.archer_00014551    pr.review.archer_00014551

pr.review.archer_00014552    pr.review.archer_00014558

pr.review.archer_00014559    pr.review.archer_00014559

pr.review.archer_00014560    pr.review.archer_00014562

pr.review.archer_00014563    pr.review.archer_00014563

pr.review.archer_00014564    pr.review.archer_00014573

pr.review.archer_00014574    pr.review.archer_00014574

pr.review.archer_00014575    pr.review.archer_00014577

pr.review.archer_00014578    pr.review.archer_00014578

pr.review.archer_00014579    pr.review.archer_00014586

pr.review.archer_00014587    pr.review.archer_00014587

pr.review.archer_00014588    pr.review.archer_00014614

pr.review.archer_00014615    pr.review.archer_00014615

pr.review.archer_00014616    pr.review.archer_00014616

pr.review.archer_00014617    pr.review.archer_00014617

pr.review.archer_00014618    pr.review.archer_00014618

pr.review.archer_00014619    pr.review.archer_00014619

pr.review.archer_00014620    pr.review.archer_00014641

pr.review.archer_00014642    pr.review.archer_00014642

pr.review.archer_00014643    pr.review.archer_00014643

pr.review.archer_00014644    pr.review.archer_00014644

pr.review.archer_00014645    pr.review.archer_00014645

pr.review.archer_00014646    pr.review.archer_00014646

pr.review.archer_00014647    pr.review.archer_00014647

pr.review.archer_00014648    pr.review.archer_00014682

pr.review.archer_00014683    pr.review.archer_00014683

pr.review.archer_00014684    pr.review.archer_00014718

pr.review.archer_00014719    pr.review.archer_00014719

pr.review.archer_00014720    pr.review.archer_00014723

pr.review.archer_00014724    pr.review.archer_00014758

pr.review.archer_00014759    pr.review.archer_00014759

pr.review.archer_00014760    pr.review.archer_00014764

pr.review.archer_00014765    pr.review.archer_00014765

pr.review.archer_00014766    pr.review.archer_00014805

pr.review.archer_00014806    pr.review.archer_00014806

pr.review.archer_00014807    pr.review.archer_00014846

| | |
|---|---|
| pr.review.archer_00014847 | pr.review.archer_00014847 |
| pr.review.archer_00014848 | pr.review.archer_00014848 |
| pr.review.archer_00014849 | pr.review.archer_00014853 |
| pr.review.archer_00014854 | pr.review.archer_00014854 |
| pr.review.archer_00014855 | pr.review.archer_00014862 |
| pr.review.archer_00014863 | pr.review.archer_00014864 |
| pr.review.archer_00014865 | pr.review.archer_00014872 |
| pr.review.archer_00014873 | pr.review.archer_00014873 |
| pr.review.archer_00014874 | pr.review.archer_00014874 |
| pr.review.archer_00014875 | pr.review.archer_00014914 |
| pr.review.archer_00014915 | pr.review.archer_00014915 |
| pr.review.archer_00014916 | pr.review.archer_00014955 |
| pr.review.archer_00014956 | pr.review.archer_00015046 |
| pr.review.archer_00015047 | pr.review.archer_00015047 |
| pr.review.archer_00015048 | pr.review.archer_00015154 |
| pr.review.archer_00015155 | pr.review.archer_00015156 |
| pr.review.archer_00015157 | pr.review.archer_00015157 |
| pr.review.archer_00015158 | pr.review.archer_00015158 |
| pr.review.archer_00015159 | pr.review.archer_00015166 |
| pr.review.archer_00015167 | pr.review.archer_00015174 |
| pr.review.archer_00015175 | pr.review.archer_00015182 |
| pr.review.archer_00015183 | pr.review.archer_00015190 |
| pr.review.archer_00015191 | pr.review.archer_00015198 |
| pr.review.archer_00015199 | pr.review.archer_00015206 |
| pr.review.archer_00015207 | pr.review.archer_00015207 |

| | |
|---|---|
| pr.review.archer_00015208 | pr.review.archer_00015213 |
| pr.review.archer_00015214 | pr.review.archer_00015215 |
| pr.review.archer_00015216 | pr.review.archer_00015217 |
| pr.review.archer_00015218 | pr.review.archer_00015219 |
| pr.review.archer_00015220 | pr.review.archer_00015221 |
| pr.review.archer_00015222 | pr.review.archer_00015223 |
| pr.review.archer_00015224 | pr.review.archer_00015229 |
| pr.review.archer_00015230 | pr.review.archer_00015235 |
| pr.review.archer_00015264 | pr.review.archer_00015286 |
| pr.review.archer_00015287 | pr.review.archer_00015301 |
| pr.review.archer_00015302 | pr.review.archer_00015320 |
| pr.review.archer_00015321 | pr.review.archer_00015336 |
| pr.review.archer_00015338 | pr.review.archer_00015354 |
| pr.review.archer_00015356 | pr.review.archer_00015372 |
| pr.review.archer_00015373 | pr.review.archer_00015392 |
| pr.review.archer_00015393 | pr.review.archer_00015409 |
| pr.review.archer_00015410 | pr.review.archer_00015432 |
| pr.review.archer_00015433 | pr.review.archer_00015452 |
| pr.review.archer_00015453 | pr.review.archer_00015469 |
| pr.review.archer_00015470 | pr.review.archer_00015484 |
| pr.review.archer_00015485 | pr.review.archer_00015505 |
| pr.review.archer_00015506 | pr.review.archer_00015528 |
| pr.review.archer_00015529 | pr.review.archer_00015546 |
| pr.review.archer_00015547 | pr.review.archer_00015563 |
| pr.review.archer_00015564 | pr.review.archer_00015581 |

pr.review.archer_00015582   pr.review.archer_00015596

pr.review.archer_00015597   pr.review.archer_00015616

pr.review.archer_00015617   pr.review.archer_00015632

pr.review.archer_00015633   pr.review.archer_00015653

pr.review.archer_00015654   pr.review.archer_00015667

pr.review.archer_00015668   pr.review.archer_00015682

pr.review.archer_00015683   pr.review.archer_00015699

pr.review.archer_00015700   pr.review.archer_00015720

pr.review.archer_00015721   pr.review.archer_00015741

pr.review.archer_00015742   pr.review.archer_00015763

pr.review.archer_00015764   pr.review.archer_00015764

pr.review.archer_00015765   pr.review.archer_00015769

pr.review.archer_00015771   pr.review.archer_00015773

pr.review.archer_00015774   pr.review.archer_00015800

pr.review.archer_00015810   pr.review.archer_00015814

pr.review.archer_00015815   pr.review.archer_00015837

pr.review.archer_00015838   pr.review.archer_00015852

pr.review.archer_00015853   pr.review.archer_00015871

pr.review.archer_00015872   pr.review.archer_00015874

pr.review.archer_00015875   pr.review.archer_00015879

pr.review.archer_00015880   pr.review.archer_00015895

pr.review.archer_00015896   pr.review.archer_00015912

pr.review.archer_00015913   pr.review.archer_00015929

pr.review.archer_00015938   pr.review.archer_00015957

pr.review.archer_00015958   pr.review.archer_00015974

pr.review.archer_00015975     pr.review.archer_00015997

pr.review.archer_00015998     pr.review.archer_00016017

pr.review.archer_00016018     pr.review.archer_00016034

pr.review.archer_00016042     pr.review.archer_00016056

pr.review.archer_00016057     pr.review.archer_00016077

pr.review.archer_00016078     pr.review.archer_00016100

pr.review.archer_00016101     pr.review.archer_00016118

pr.review.archer_00016119     pr.review.archer_00016135

pr.review.archer_00016136     pr.review.archer_00016153

pr.review.archer_00016154     pr.review.archer_00016168

pr.review.archer_00016174     pr.review.archer_00016193

pr.review.archer_00016194     pr.review.archer_00016209

pr.review.archer_00016210     pr.review.archer_00016230

pr.review.archer_00016231     pr.review.archer_00016244

pr.review.archer_00016245     pr.review.archer_00016259

pr.review.archer_00016260     pr.review.archer_00016280

pr.review.archer_00016281     pr.review.archer_00016301

pr.review.archer_00016302     pr.review.archer_00016323

pr.review.archer_00016328     pr.review.archer_00016333

pr.review.archer_00016334     pr.review.archer_00016360

pr.review.archer_00016361     pr.review.archer_00016365

pr.review.archer_00016366     pr.review.archer_00016376

pr.review.archer_00016378     pr.review.archer_00016380

pr.review.archer_00016381     pr.review.archer_00016381

pr.review.archer_00016382     pr.review.archer_00016386

| | |
|---|---|
| pr.review.archer_00016387 | pr.review.archer_00016389 |
| pr.review.archer_00016402 | pr.review.archer_00016402 |
| pr.review.archer_00016403 | pr.review.archer_00016477 |
| pr.review.archer_00016478 | pr.review.archer_00016478 |
| pr.review.archer_00016479 | pr.review.archer_00016481 |
| pr.review.archer_00016482 | pr.review.archer_00016506 |
| pr.review.archer_00016507 | pr.review.archer_00016507 |
| pr.review.archer_00016508 | pr.review.archer_00016511 |
| pr.review.archer_00016512 | pr.review.archer_00016512 |
| pr.review.archer_00016513 | pr.review.archer_00016540 |
| pr.review.archer_00016541 | pr.review.archer_00016541 |
| pr.review.archer_00016542 | pr.review.archer_00016624 |
| pr.review.archer_00016625 | pr.review.archer_00016698 |
| pr.review.archer_00016699 | pr.review.archer_00016897 |
| pr.review.archer_00016898 | pr.review.archer_00016913 |
| pr.review.archer_00016914 | pr.review.archer_00016941 |
| pr.review.archer_00016942 | pr.review.archer_00016945 |
| pr.review.archer_00016946 | pr.review.archer_00016970 |
| pr.review.archer_00016971 | pr.review.archer_00016971 |
| pr.review.archer_00016972 | pr.review.archer_00016975 |
| pr.review.archer_00016976 | pr.review.archer_00016976 |
| pr.review.archer_00016977 | pr.review.archer_00017004 |
| pr.review.archer_00017005 | pr.review.archer_00017005 |
| pr.review.archer_00017006 | pr.review.archer_00017088 |
| pr.review.archer_00017089 | pr.review.archer_00017162 |

pr.review.archer_00017163    pr.review.archer_00017361

pr.review.archer_00017362    pr.review.archer_00017377

pr.review.archer_00017378    pr.review.archer_00017405

pr.review.archer_00017410    pr.review.archer_00017412

pr.review.archer_00017413    pr.review.archer_00017415

pr.review.archer_00017416    pr.review.archer_00017416

pr.review.archer_00017417    pr.review.archer_00017417

pr.review.archer_00017418    pr.review.archer_00017418

pr.review.archer_00017419    pr.review.archer_00017421

pr.review.archer_00017422    pr.review.archer_00017422

pr.review.archer_00017423    pr.review.archer_00017586

pr.review.archer_00017587    pr.review.archer_00017589

pr.review.archer_00017590    pr.review.archer_00017598

pr.review.archer_00017599    pr.review.archer_00017599

pr.review.archer_00017600    pr.review.archer_00017600

pr.review.archer_00017601    pr.review.archer_00017602

pr.review.archer_00017603    pr.review.archer_00017621

pr.review.archer_00017622    pr.review.archer_00017686

pr.review.archer_00017774    pr.review.archer_00017776

pr.review.archer_00017777    pr.review.archer_00017777

pr.review.archer_00017778    pr.review.archer_00017785

pr.review.archer_00017786    pr.review.archer_00017835

pr.review.archer_00017836    pr.review.archer_00017879

pr.review.archer_00017880    pr.review.archer_00017881

pr.review.archer_00017882    pr.review.archer_00017886

pr.review.archer_00017887    pr.review.archer_00017890

pr.review.archer_00017891    pr.review.archer_00017894

pr.review.archer_00017895    pr.review.archer_00017898

pr.review.archer_00017899    pr.review.archer_00017899

pr.review.archer_00017900    pr.review.archer_00017907

pr.review.archer_00017908    pr.review.archer_00017964

pr.review.archer_00017965    pr.review.archer_00018024

pr.review.archer_00018025    pr.review.archer_00018025

pr.review.archer_00018026    pr.review.archer_00018148

pr.review.archer_00018149    pr.review.archer_00018149

pr.review.archer_00018162    pr.review.archer_00018162

pr.review.archer_00018163    pr.review.archer_00018163

pr.review.archer_00018460    pr.review.archer_00018460

pr.review.archer_00018461    pr.review.archer_00018624

pr.review.archer_00018625    pr.review.archer_00018625

pr.review.archer_00018626    pr.review.archer_00018789

pr.review.archer_00018790    pr.review.archer_00018791

pr.review.archer_00018792    pr.review.archer_00018955

pr.review.archer_00018956    pr.review.archer_00018956

pr.review.archer_00018957    pr.review.archer_00019120

pr.review.archer_00019121    pr.review.archer_00019121

pr.review.archer_00019122    pr.review.archer_00019285

pr.review.archer_00019286    pr.review.archer_00019286

pr.review.archer_00019287    pr.review.archer_00019467

pr.review.archer_00019468    pr.review.archer_00019468

| | |
|---|---|
| pr.review.archer_00019469 | pr.review.archer_00019529 |
| pr.review.archer_00019530 | pr.review.archer_00019530 |
| pr.review.archer_00019531 | pr.review.archer_00019590 |
| pr.review.archer_00019660 | pr.review.archer_00019661 |
| pr.review.archer_00019662 | pr.review.archer_00019663 |
| pr.review.archer_00019664 | pr.review.archer_00019664 |
| pr.review.archer_00019665 | pr.review.archer_00019665 |
| pr.review.archer_00019666 | pr.review.archer_00019666 |
| pr.review.joint_00000001 | pr.review.joint_00000013 |
| pr.review.joint_00000016 | pr.review.joint_00000016 |
| pr.review.joint_00000017 | pr.review.joint_00000017 |
| pr.review.joint_00000018 | pr.review.joint_00000018 |
| pr.review.joint_00000019 | pr.review.joint_00000021 |
| pr.review.joint_00000365 | pr.review.joint_00000365 |
| pr.review.joint_00000366 | pr.review.joint_00000392 |
| pr.review.joint_00000393 | pr.review.joint_00000393 |
| pr.review.joint_00000394 | pr.review.joint_00000422 |
| pr.review.joint_00000423 | pr.review.joint_00000423 |
| pr.review.joint_00000424 | pr.review.joint_00000490 |
| pr.review.joint_00000491 | pr.review.joint_00000491 |
| pr.review.joint_00000493 | pr.review.joint_00000493 |
| pr.review.joint_00000494 | pr.review.joint_00000494 |
| pr.review.joint_00000495 | pr.review.joint_00000506 |
| pr.review.joint_00000507 | pr.review.joint_00000507 |
| pr.review.joint_00000508 | pr.review.joint_00000509 |

pr.review.joint_00000510          pr.review.joint_00000511

pr.review.joint_00000512          pr.review.joint_00000513

pr.review.joint_00000514          pr.review.joint_00000514

pr.review.joint_00000515          pr.review.joint_00000516

pr.review.joint_00000517          pr.review.joint_00000517

pr.review.joint_00000518          pr.review.joint_00000518

pr.review.joint_00000519          pr.review.joint_00000526

pr.review.joint_00000527          pr.review.joint_00000527

pr.review.joint_00000528          pr.review.joint_00000528

pr.review.joint_00000529          pr.review.joint_00000529

pr.review.joint_00000530          pr.review.joint_00000530