USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/28/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

                    Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than March 2, 2018, the parties are to notify the Court whether there have been material changes to the facts underlying their respective motions *in limine*, including the resolution of any of the various discovery disputes.

SO ORDERED.

Dated:    February 28, 2018
          New York, New York

Ronnie Abrams
United States District Judge