

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 2, 2018

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Jason Galanis, et al.*, S1 16 Cr. 371 **(RA)**

Dear Judge Abrams:

      I represent Devon Archer. I write in response to the Court's February 28, 2018 Order [ECF No. 323], to notify the Court of the following material changes to the facts underlying the parties' pending motions.

      1.     As set forth in Mr. Archer's letters dated February 20 & 27, 2018, the government's recent conduct has made Mr. Archer's argument for severance, which was already compelling, even stronger. As the Court is aware, those letters were filed under seal.

      2.     Since the defendants filed their motions, the government has made 13 additional productions, totaling approximately 24,394 pages of new material, as well as critical metadata that has affected and required a re-review of certain of the government's prior productions. *See* Ex. A (cover letters for discovery produced on January 25, 26 & 30 and February 8, 9, 12, 15, 16, 20, 22 & 27, 2018). As set forth in Mr. Archer's motions, the volume and timing of discovery is relevant to a variety of issues, including the need for a bill of particulars.

      3.     On February 8, 2018, the government produced to Mr. Archer a new set of material, comprising approximately 350 pages, from the government's "taint team." This was the third set of materials the "taint team" has sent to Mr. Archer, suggesting that its review is still ongoing – notwithstanding the government's commitment not to review additional material without a new warrant – which makes it all the more important for Mr. Archer, and the Court, to inquire into how that review is being conducted, as explained in Mr. Archer's suppression motion.

      4.     On February 12 and 15, 2018, the government produced spreadsheets identifying records obtained from the SEC that it has produced in discovery. Contrary to the government's suggestion, this spreadsheet, at best, may aid Mr. Archer in avoiding duplication of effort in reviewing discovery produced by the SEC, but it does not alleviate the impact of the volume of discovery in this case or mitigate the need for a bill of particulars. Among other things, these



spreadsheets do not cure the problem of the government producing tremendous volumes of information that, by its own admission, do not constitute Rule 16 evidence and are utterly irrelevant to this case, such as the undifferentiated contents of entire forensic images of certain drives and devices.

5.      On February 22, 2018, the government informed defendants that, because it intends to rely on hearsay statements made by Jason Galanis for the truth of the matter asserted, it would make certain materials available for review at its office, including an estimated 12,800 calls recorded by Jason Galanis as well as an unknown number of text messages.  Because the wiretap was consensual, there are no line sheets or transcripts to guide the review.  Mr. Archer first requested access to these materials no later than June 2016, and his counsel has been granted this limited access just two months before trial, when they are utterly unable to conduct a complete review of this critical *Brady* material in time to make effective use of it at trial.  Moreover, while making this material available to the defense moots one aspect of Mr. Archer's motion to compel, the government did not indicate what other materials it would provide in order to comply with its obligation to produce *Brady* material relating to Jason Galanis.

6.      Also on February 22, 2018, the government provided notice that it intends to introduce unidentified evidence on several matters, including (1) "[e]vidence that defendants Gary Hirst, Jason Galanis, and John Galanis were arrested in a separate case (the 'Gerova Case' on or about September 24 and 25, 2015, and were subsequently convicted of securities fraud, wire fraud, and/or investment advisor fraud in the Gerova Case"; (2) "[e]vidence that the SEC had previously barred both Jason Galanis and John Moran from holding certain positions in the securities industry"; and (3) "[e]vidence relating to the buying and selling of shares of Code Rebel (defined as the 'Technology Company' in the criminal complaint in this case) following Code Rebel's May 2015 initial public offering."  Aside from the above-quoted language, the government did not disclosure any additional information or evidence about these three areas, but these were some of the precise areas of evidence that Mr. Archer raised in his motions as warranting severance, as well as warranting the disclosure of certain categories of evidence under Rule 16 and/or *Brady*.

Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz_____
Matthew L. Schwartz

# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY MAIL**

January 25, 2018

Paula Notari
315 Madison Avenue, Ste. 901
New York, NY 10165

Gregory Morvillo
Orrick LLP
51 West 52nd Street
New York, NY 10019-6142

Michael Tremonte
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004

Matthew Lane Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

David Touger
Peluso & Touger, LLP
70 Lafayette Street, 2nd Floor
New York, NY 10013

Re:   *United States v. Jason Galanis, et al.*, **16 Cr. 371 (RA)**

Dear Counsel:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, I have enclosed 1 DVD containing:

- Documents produced by Michelin (USAO_SDNY_012724 – USAO_SDNY_012832);
- Documents produced by Morgan Stanley (MS-USAO-0000001 – MS-USAO-0125257)

The password to decrypt the DVD is as follows: **USAO_sdny2018!**

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY MAIL**                                      January 26, 2018

Paula Notari                                     Gregory Morvillo
315 Madison Avenue, Ste. 901                     Orrick LLP
New York, NY 10165                               51 West 52nd Street
                                                 New York, NY 10019-6142

Michael Tremonte                                 Matthew Lane Schwartz
Sher Tremonte LLP                                Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                      575 Lexington Avenue
New York, NY 10004                               New York, NY 10022

David Touger
Peluso & Touger, LLP
70 Lafayette Street, 2nd Floor
New York, NY 10013

Re:   *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Counsel:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, I have enclosed 1 CD containing:

- Documents produced by Morgan Stanley (MS-USAO-0015258 – MS-USAO-0015375)

The password to decrypt the CD is as follows: **USAO_sdny2018!**

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by:  _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2018

Paula Notari
315 Madison Avenue, Ste. 901
New York, NY 10165

Gregory Morvillo
Orrick LLP
51 West 52nd Street
New York, NY 10019-6142

Michael Tremonte
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004

Matthew Lane Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

David Touger
Peluso & Touger, LLP
70 Lafayette Street, 2nd Floor
New York, NY 10013

    **Re:**    *United States v. Jason Galanis, et al.,* **16 Cr. 371 (RA)**

Dear Counsel:

        In an abundance of caution, we enclose three draft FBI 302s and one U.S. Postal Inspection Service Memorandum of Interview. In addition, and in compliance with the Court's January 9, 2018 memo endorsement, we have reviewed any interview notes or testimony taken by the SEC in connection with its parallel investigation.

        Very truly yours,

        GEOFFREY S. BERMAN
        United States Attorney

    by:       /s/ Rebecca Mermelstein
        Rebecca Mermelstein/Negar Tekeei/
        Brendan Quigley
        Assistant United States Attorneys
        (212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL AND FEDEX**                                    February 8, 2018

Paula Notari                                Gregory Morvillo
315 Madison Avenue, Ste. 901                Orrick LLP
New York, NY 10165                          51 West 52nd Street
                                            New York, NY 10019-6142

Michael Tremonte                            Matthew Lane Schwartz
Sher Tremonte LLP                           Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                 575 Lexington Avenue
New York, NY 10004                          New York, NY 10022

David Touger                                Barry Levin
Peluso & Touger, LLP                        1225 Franklin Avenue, Suite 325
70 Lafayette Street, 2nd Floor              Garden City, 11530
New York, NY 10013

    **Re:**    ***United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, I have enclosed 1 CD containing:

- Confidential Material in the form of e-mails obtained pursuant to a search warrant (16 Mag. 8347) for which the account holder has agreed no privilege applies. (SearchWarrant_v2_00031529 - SearchWarrant_v2_00031718)

    Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2018

BY FEDERAL EXPRESS

Matthew Lane Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
*Counsel for Devon Archer*

Re:     United States v. Jason Galanis, et al.,
        S1 16 Cr. 371 (RA)

Dear Mr. Schwartz:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, enclosed please find a CD containing Confidential Material in the form of e-mails obtained pursuant to a search warrant (16 Mag. 8347) for email accounts belonging to Devon Archer, Bevan Cooney, and Sebastian Momtazi. These documents bear the following Bates ranges pr.review.archer_00020954-21283 and pr.review.joint_00000643-666 (the "Second Additional Reviewed Materials").[1]  The Second Additional Reviewed Materials consist of 76 documents in addition to those produced on November 2, 2017, which have been reviewed by the Government's privilege team in this matter (the "Filter Team") and which the Filter Team has designated as potentially privileged and thus potentially subject to the crime-fraud exception to the attorney-client privilege. The password for the CD is SDny!022018.

In addition, as I have requested repeatedly via email, please clarify your position on the following documents.  First, I could not find the documents beginning with the following bates ranges on either your lists of non-privileged documents or your Privilege Log:  pr.review.archer_00004898, pr.review.archer_000006852, pr.reivew.archer_000010046, and pr.review.archer_18166. Please let me know your position on these documents. Second, there are three documents that appear on both your list of non-privileged documents and your Privilege Log:  (a) pr.review.archer_0002103 is on your NonPriv List (11.20.17 letter, page 7) and is also on your Privilege Log twice as pr.review.archer_00002103 and

---

[1] Documents with the Bates prefix pr.review.joint consist of emails that sent or received by both Archer (or Momtazi) and Cooney.  These emails are also being provided to counsel for Cooney. Documents with the Bates prefix pr.review.archer consist of communications sent or received by Archer or Momtazi.  These emails are not being provided to counsel for Cooney

Matthew Lane Schwartz, Esq.
February 8, 2018

pr.review.joint_00000014 (1.8.18 Log, pp. 1 and 21); and (b) pr.review.archer_ 000003362-3556 is on your NonPriv List (11.20.17 Letter, page 10) and also on your Privilege Log as pr.review.joint_00000022-23 letter (1.8.18 Log, p. 21): and (c) pr.review.joint_00000492 is on your NonPriv List (11.22.17 letter, page 6) and is also on your Privilege Log twice as pr.review.archer 00004886.  (1.8.18 Log, p. 2).

<div style="margin-left:40%;">

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney


By: /s/ Lisa P. Korologos
    Lisa P. Korologos
    Assistant United States Attorney
    Tel: (212) 637-2406

</div>

cc: Silvia Serpe, Esq. (via email, w/o attachments)
    *Counsel for Sebastian Momtazi*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**                                        February 8, 2018

Paula Notari                               Gregory Morvillo
315 Madison Avenue, Ste. 901               Orrick LLP
New York, NY 10165                         51 West 52nd Street
                                           New York, NY 10019-6142

Michael Tremonte                           Matthew Lane Schwartz
Sher Tremonte LLP                          Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                575 Lexington Avenue
New York, NY 10004                         New York, NY 10022

David Touger                               Barry Levin
Peluso & Touger, LLP                       1225 Franklin Avenue, Suite 325
70 Lafayette Street, 2nd Floor             Garden City, 11530
New York, NY 10013

> Re:   *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Counsel:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case and your execution of the draft transcript stipulation, I have sent one email with the following documents attached:

- Draft transcripts created by the FBI (USAO_SDNY_012866 – USAO_SDNY_013008)

The materials are unencrypted.

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL AND FEDEX**                    February 9, 2018

Paula Notari                          Gregory Morvillo
315 Madison Avenue, Ste. 901          Orrick LLP
New York, NY 10165                    51 West 52nd Street
                                      New York, NY 10019-6142

Michael Tremonte                      Matthew Lane Schwartz
Sher Tremonte LLP                     Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301           575 Lexington Avenue
New York, NY 10004                    New York, NY 10022

David Touger                          Barry Levin
Peluso & Touger, LLP                  1225 Franklin Avenue, Suite 325
70 Lafayette Street, 2nd Floor        Garden City, 11530
New York, NY 10013

    **Re:**    ***United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, I have enclosed 1 CD containing:

        •  Documents produced by Morgan Stanley (MS-USAO-0000445 through MS-USAO-0005754)[1]

The password to decrypt the disc is: **USAOsdny2018!**

    Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

---

[1] Documents bearing the same bates numbers were produced to you January 25, 2018, but were missing certain image files.  The enclosed production remedies that problem.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**                                    February 12, 2018

Paula Notari                              Gregory Morvillo
315 Madison Avenue, Ste. 901              Orrick LLP
New York, NY 10165                        51 West 52nd Street
                                          New York, NY 10019-6142

Michael Tremonte                          Matthew Lane Schwartz
Sher Tremonte LLP                         Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301               575 Lexington Avenue
New York, NY 10004                        New York, NY 10022

David Touger                              Barry Levin
Peluso & Touger, LLP                      1225 Franklin Avenue, Suite 325
70 Lafayette Street, 2nd Floor            Garden City, NY 11530
New York, NY 10013

   Re:    *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Counsel:

       This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of
Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, I have
attached one .zip file containing:

- Confidential Material in the form of a metadata overlay containing duplicate
  file paths and custodians for emails produced pursuant to a search warrant
  (16 Mag. 8347) for email accounts belonging to Devon Archer, Bevan
  Cooney, and Sebastian Momtazi.
- A spreadsheet of records the Government has obtained from the SEC and
  which we have produced in discovery (USAO_SDNY_013009 -
  USAO_SDNY_013016)

The materials are unencrypted.

      Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
    Rebecca Mermelstein/Negar Tekeei/
    Brendan Quigley
    Assistant United States Attorneys
    (212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**                                                     February 15, 2018

Paula Notari                                        Gregory Morvillo
315 Madison Avenue, Ste. 901                        Orrick LLP
New York, NY 10165                                  51 West 52nd Street
                                                    New York, NY 10019-6142

Michael Tremonte                                    Matthew Lane Schwartz
Sher Tremonte LLP                                   Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                         575 Lexington Avenue
New York, NY 10004                                  New York, NY 10022

David Touger                                        Barry Levin
Peluso & Touger, LLP                                1225 Franklin Avenue, Suite 325
70 Lafayette Street, 2nd Floor                      Garden City, NY 11530
New York, NY 10013

    **Re:**    *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, I have attached one .zip file containing:

- An updated spreadsheet of records the Government has obtained from the SEC and which we have produced in discovery (USAO_SDNY_013017-USAO_SDNY_013022); and
- Additional materials provided by City National Bank (USAO_SDNY_013023 - USAO_SDNY_013075)

    The materials are unencrypted.

   Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

        Very truly yours,

        GEOFFREY S. BERMAN
        United States Attorney

      by: _____/s/ Rebecca Mermelstein_____
        Rebecca Mermelstein/Negar Tekeei/
        Brendan Quigley
        Assistant United States Attorneys
        (212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY FEDEX**                                    February 16, 2018

Paula Notari                           Gregory Morvillo
315 Madison Avenue, Ste. 901           Orrick LLP
New York, NY 10165                     51 West 52nd Street
                                       New York, NY 10019-6142

Michael Tremonte                       Matthew Lane Schwartz
Sher Tremonte LLP                      Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301            575 Lexington Avenue
New York, NY 10004                     New York, NY 10022

David Touger                           Barry Levin
Peluso & Touger, LLP                   100 Fairway Road
70 Lafayette Street, 2nd Floor         Lido Beach, NY 11561
New York, NY 10013

   **Re:    *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

   This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, I have sent one disc containing Confidential Materials, including:

- Additional materials provided by Morgan Stanley (MS-USAO-0015376 – MS-USAO-0016882); and
- CRD Reports and other materials provided by FINRA (USAO_SDNY_013076 - USAO_SDNY_013328)

   The password to access the disc is: USAOsdny2018!

   Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

         Very truly yours,

         GEOFFREY S. BERMAN
         United States Attorney

   by: _____/s/ Rebecca Mermelstein_____
         Rebecca Mermelstein/Negar Tekeei/
         Brendan Quigley
         Assistant United States Attorneys
         (212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

<u>**BY EMAIL**</u>                                          February 20, 2018

Paula Notari                                    Gregory Morvillo
315 Madison Avenue, Ste. 901                    Orrick LLP
New York, NY 10165                              51 West 52nd Street
                                                New York, NY 10019-6142

Michael Tremonte                                Matthew Lane Schwartz
Sher Tremonte LLP                               Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                     575 Lexington Avenue
New York, NY 10004                              New York, NY 10022

David Touger                                    Barry Levin
Peluso & Touger, LLP                            100 Fairway Road
70 Lafayette Street, 2nd Floor                  Lido Beach, NY 11561
New York, NY 10013

    **Re:**    ***United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, I have sent one email with the following attached:

- A document provided by Prudential (USAO_SDNY_013329-USAO_SDNY_013339)

    The materials are unencryped.

Page 2

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/ Rebecca Mermelstein_____
Rebecca Mermelstein/Negar Tekeei/
Brendan Quigley
Assistant United States Attorneys
(212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**                                               February 22, 2018

Paula Notari                                    Gregory Morvillo
152 West 57th Street 8th Floor                  Orrick LLP
New York, NY 10019                              51 West 52nd Street
                                                New York, NY 10019-6142

Michael Tremonte                               Matthew Lane Schwartz
Sher Tremonte LLP                              Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                    575 Lexington Avenue
New York, NY 10004                             New York, NY 10022

David Touger                                   Barry Levin
Peluso & Touger, LLP                           100 Fairway Road
70 Lafayette Street, 2nd Floor                 Lido Beach, NY 11561
New York, NY 10013

>       **Re:**    ***United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").  Based on your request for discovery in this case, I have sent one email with the following attached:

- Investment Management Agreements and Guidelines for certain clients of Hughes Capital Management (USAO_SDNY_013340 - USAO_SDNY_013545)

The materials are unencryped.

        Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.


                        Very truly yours,

                        GEOFFREY S. BERMAN
                        United States Attorney

                by: _____/s/ Rebecca Mermelstein_____
                        Rebecca Mermelstein/Negar Tekeei/
                        Brendan Quigley
                        Assistant United States Attorneys
                        (212) 637-2360/2482/2190



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL AND FEDEX**                                    February 27, 2018

Paula Notari                                  Gregory Morvillo
152 West 57th Street 8th Floor                Orrick LLP
New York, NY 10019                            51 West 52nd Street
                                              New York, NY 10019-6142

Michael Tremonte                              Matthew Lane Schwartz
Sher Tremonte LLP                             Boies, Schiller & Flexner LLP
80 Broad Street, Suite 1301                   575 Lexington Avenue
New York, NY 10004                            New York, NY 10022

David Touger                                  Barry Levin
Peluso & Touger, LLP                          100 Fairway Road
70 Lafayette Street, 2nd Floor                Lido Beach, NY 11561
New York, NY 10013

> **Re:** ***United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)**

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, I have enclosed one DVD containing:

- Documents from JP Morgan Chase (SEC-JPMCB-E-0000001-JPMCB-E-0000564; SEC-JPMCB-P-0000002; SEC-JPMCB-P-0000004-SEC-JPMCB-P-0000123; and SEC-JPMC-P-0005008-SEC-JPMC-P-0005158)

    Please see the transmittal email for the password to the DVD.

      Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter.  The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

                          Very truly yours,

                          GEOFFREY S. BERMAN
                          United States Attorney

                  by: _____/s/ Rebecca Mermelstein_____
                          Rebecca Mermelstein/Negar Tekeei/
                          Brendan Quigley
                          Assistant United States Attorneys
                          (212) 637-2360/2482/2190