```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As previously scheduled, the parties shall be prepared to discuss the various motions *in limine* at the March 6 conference. The Court does not intend to conduct an evidentiary hearing at that time.

SO ORDERED.

Dated:  March 2, 2018
        New York, New York

Ronnie Abrams
United States District Judge