USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than March 12, 2018, the parties are to update the Court whether they have been able to resolve the remaining various discovery disputes raised at today's conference, including with respect to the discovery from the *Gerova* prosecution.

SO ORDERED.

Dated:   March 6, 2018
         New York, New York

Ronnie Abrams
United States District Judge