```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 5, 2018, the government moved to amend the superseding indictment to change the year during which Ms. Morton is alleged to have directed the use of Atlantic funds to purchase the fourth bond issuance, which, the government contends, would simply be correcting a typographical error. ECF No. 331. Mr. Archer objects to the proposed amendment on the basis that it violates the Fifth Amendment right to indictment by a grand jury. ECF No. 333. The government is correct that the Court "may make 'ministerial changes' to the indictment, such as to correct a misnomer or typographical errors." *United States v. Dhinsa*, 243 F.3d 635, 667 (2d Cir. 2001). Nonetheless, in an exercise of caution, the Court deems it appropriate for the proposed alteration to be made by the grand jury.

Accordingly, the government's motion is denied. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 331.

SO ORDERED.

Dated:   March 8, 2018
         New York, New York

Ronnie Abrams
United States District Judge