| # | Control Number | DocDate | Production::Begin Bates | Production::End Bates | To | From | CC | Subject |
|---|---|---|---|---|---|---|---|---|
| 1 | USJG-000014034 | 5/20/2014 | Galanis_SW_00026339<br>SearchWarrant_v2_00000602<br>pr.review.archer_00002103<br>pr.review.joint_00000014 | Galanis_SW_00026340<br>SearchWarrant_v2_00000603<br>pr.review.archer_00002104<br>pr.review.joint_00000015 | Devon Archer <darcher@rosemontcapital.com>; Bevan <btcooney@gmail.com> | jason galanos <jason@burnhamequitypartners.com> | | Fwd: Oglala |
| 2 | USJG-000027250 | 2/1/2015 | pr.review.archer_00003362<br>pr.review.joint_00000022 | pr.review.archer_00003362<br>pr.review.joint_00000022 | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey Burnham Financial President <andrew.godfrey@gmail.com> | jason galanos <jason@burnhamequitypartners.com> | | Atlantic |
| 3 | USJG-000027251 | 2/1/2015 | pr.review.archer_00003363<br>pr.review.joint_00000023 | pr.review.archer_00003556<br>pr.review.joint_00000216 | | | | Att: MEMO Proposed Acquisition of Atlantic Asset Management LLC |
| 4 | USJG-000028886 | 3/4/2015 | pr.review.archer_00003840 | pr.review.archer_00003840 | Devon Archer <darcher@rosemontcapital.c | jason galanis <jason@holmbycompanies.c | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.co | Re: Guaranty (Devon Archer) - 40 West 57th |
| 5 | USJG-000028887 | 3/4/2015 | pr.review.archer_00003841 | pr.review.archer_00003841 | | | | Att |
| 6 | USJG-000029273 | 3/10/2015 | pr.review.archer_00004881 | pr.review.archer_00004881 | Devon Archer <darcher@rosemontcapital.com>; Sebastian Momtazi | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Cancellation of Guaranty.pdf |
| 7 | USJG-000029274 | 3/10/2015 | pr.review.archer_00004882 | pr.review.archer_00004882 | | | | Att |
| 8 | USJG-000029275 | 3/10/2015 | pr.review.archer_00004883 | pr.review.archer_00004883 | | | | Att |
| 9 | USJG-000029318 | 3/11/2015 | pr.review.archer_00004884 | pr.review.archer_00004885 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Blake Davenport <blake@bdavenport.com> | jason galanis <jason@holmbycompani | FW: $20 million |
| 10 | USJG-000030167 | 3/25/2015 | pr.review.archer_00004891 | pr.review.archer_00004891 | Devon Archer <darcher@rosemontcapital.c | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Due Diligence Question |
| 11 | USJG-000030627 | 4/1/2015 | pr.review.archer_00004892 | pr.review.archer_00004892 | <cwolff@wolfflawfirm.com> | <jason@holmbycompanies.c | <darcher@rosemontcapit | |
| 12 | USJG-000030628 | 4/1/2015 | pr.review.archer_00004893 | pr.review.archer_00004893 | | | | Organizational |
| 13 | USJG-000030893 | 4/6/2015 | pr.review.archer_00004914 | pr.review.archer_00004914 | <darcher@rosemontcapital.c | <jason@burnhamequitypart | | Fwd: wire documentation |
| 14 | USJG-000033963 | 6/1/2015 | pr.review.archer_00005207 | pr.review.archer_00005207 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer | BSI |
| 15 | USJG-000033964 | 6/1/2015 | pr.review.archer_00005208 | pr.review.archer_00005208 | | | | Att |
| 16 | USJG-000034179 | 6/4/2015 | pr.review.archer_00005224 | pr.review.archer_00005224 | Andrew Godfrey <andrew.godfrey@gmail.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequityp | Re: |
| 17 | USJG-000038428 | 8/24/2015 | pr.review.archer_00020038 | pr.review.archer_00020038 | Devon Archer <darcher@rosemontcapital.com>; "Clifford A. Wolff, Esq. | jason galanos <jason@burnhamequitypartners.com> | | BES |
| 18 | USJG-000038429 | 8/24/2015 | pr.review.archer_00020039 | pr.review.archer_00020039 | | | | Att |
| 19 | USJG-000038433 | 8/24/2015 | pr.review.archer_00020107 | pr.review.archer_00020108 | <cwolff@wolfflawfirm.com> | <jason@burnhamequitypart | <darcher@rosemontcapit | Re: BES |
| 20 | USJG-000038473 | 8/25/2015 | pr.review.archer_00006534 | pr.review.archer_00006539 | <darcher@rosemontcapital.c | <cwolff@wolfflawfirm.com> | <jason@burnhamequityp | Agreement |

| # | Bates | Date | Filename | Filename2 | From | To | CC | Subject |
|---|---|---|---|---|---|---|---|---|
| 21 | USJG-000038762 | 8/29/2015 | pr.review.archer_00020241 | pr.review.archer_00020241 | <darcher@rosemontcapital.c | <jason@burnhamequitypart | <cwolff@wolfflawfirm.co | targets |
| 22 | USJG-000038763 | 8/29/2015 | pr.review.archer_00020242 | pr.review.archer_00020242 | | | | Att: ReportProposal |
| 23 | USJG-000038764 | 8/29/2015 | pr.review.archer_00020243 | pr.review.archer_00020243 | | | | title] |
| 24 | USJG-000038765 | 8/29/2015 | pr.review.archer_00020244 | pr.review.archer_00020244 | | | | Report.indd |
| 25 | USJG-000039012 | 9/4/2015 | pr.review.archer_00020284 | pr.review.archer_00020285 | Devon Archer <darcher@rosemontcapital.c | Jason <jason@burnhamequitypart | Clifford Wolff <cwolff@wolfflawfirm.co | Re: Please sign Standard & Poor's Engagement Letter |
| 26 | USJG-000049712 | 3/28/2014 | pr.review.archer_00020517 | pr.review.archer_00020517 | <cwolff@wolfflawfirm.com> | m | <smomtazi@rosemontca | Re: Wire Received |
| 27 | USJG-000060054 | 4/11/2015 | pr.review.archer_00008393 | pr.review.archer_00008393 | jason galanis <jason@holmbycompanies.c om> | Devon Archer <"/o=hostedcorporateemail/ ou=exchange administrative | | Fwd: Burnham / AlixPartners - Archer PG - Accepted |
| 28 | USJG-000062738 | 7/20/2015 | pr.review.archer_00009516 | pr.review.archer_00009516 | <cwolff@wolfflawfirm.com> | m | | 20150717F |
| 29 | USJG-000062739 | 7/20/2015 | pr.review.archer_00009517 | pr.review.archer_00009550 | | | | Presentation |
| 30 | USJG-000062740 | 7/20/2015 | pr.review.archer_00009551 | pr.review.archer_00009551 | | | | Att |
| 31 | USJG-000063678 | 8/29/2015 | pr.review.archer_00010042 | pr.review.archer_00010042 | jason galanis <jason@burnhamequitypartn ers.com> | Devon Archer <"/o=hostedcorporateemail/ ou=exchange administrative | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.co m> | Re: Fwd: |
| 32 | USJG-000066764 | 9/24/2014 | pr.review.archer_00010059 | pr.review.archer_00010059 | Devon Archer <darcher@rosemontseneca.c om>; "Clifford A. Wolff, Esq." | jason galanis <jason@holmbycompanies.c om> | | Fwd: Your Wire Transfer |
| 33 | USJG-000081657 | 9/24/2014 | pr.review.archer_00010250 | pr.review.archer_00010251 | Devon Archer <darcher@rosemontseneca.c | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontca | FW: Instructions |
| 34 | USJG-000081674 | 9/25/2014 | pr.review.archer_00010252 | pr.review.archer_00010252 | Sebastian Momtazi <smomtazi@rosemontcapital | jason galanis <jason@holmbycompanies.c | Devon Archer <darcher@rosemontsene | Indenture Trustee |
| 35 | USJG-000081675 | 9/25/2014 | pr.review.archer_00010253 | pr.review.archer_00010253 | | | | Wakpamni Town Center |
| 36 | USJG-000081696 | 9/25/2014 | pr.review.archer_00010254 | pr.review.archer_00010257 | Sebastian Momtazi <smomtazi@rosemontcapital | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | RE: Seb, this was the first tranche closed a couple |
| 37 | USJG-000092289 | 8/13/2015 | pr.review.archer_00010802 | pr.review.archer_00010806 | Devon Archer <darcher@rosemontseneca.c om>; Sebastian Momtazi | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | FW: Production and Sharing Agreement |
| 38 | USJG-000092291 | 8/13/2015 | pr.review.archer_00010807 | pr.review.archer_00010811 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | devon@rstp.com | Devon Archer <darcher@rosemontsene ca.com>; Sebastian | Re: Production and Sharing Agreement |
| 39 | USJG-000102420 | 9/25/2014 | pr.review.archer_00020664 | pr.review.archer_00020664 | jason galanis <jason@holmbycompanies.c | smomtazi@rosemontcapital. com | Devon Archer <darcher@rosemontsene | Re: Indenture Trustee |
| 40 | USJG-000102432 | 9/25/2014 | pr.review.archer_00020665 | pr.review.archer_00020668 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ ou=exchange administrative | | FW: Seb, this was the first tranche closed a couple weeks ago |
| 41 | USJG-000102433 | 9/24/2014 | pr.review.archer_00020669 | pr.review.archer_00020669 | | | | Att |
| 42 | USJG-000102434 | 9/24/2014 | pr.review.archer_00020670 | pr.review.archer_00020733 | | | | Att |
| 43 | USJG-000102436 | 9/25/2014 | pr.review.archer_00020734 | pr.review.archer_00020738 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ ou=exchange administrative | | RE: Seb, this was the first tranche closed a couple weeks ago |

| # | Bates | Date | Begin | End | From | To | CC | Subject |
|---|---|---|---|---|---|---|---|---|
| 44 | USJG-000109818 | 8/3/2015 | pr.review.archer_00014236 | pr.review.archer_00014238 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative | | FW: Generic Deck |
| 45 | USJG-000109819 | 7/21/2015 | pr.review.archer_00014239 | pr.review.archer_00014273 | | | | Presentation |
| 46 | USJG-000109822 | 7/21/2015 | pr.review.archer_00014274 | pr.review.archer_00014274 | | | | Att |
| 47 | USJG-000109823 | 8/3/2015 | pr.review.archer_00014275 | pr.review.archer_00014275 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative | | FW: pdf deck |
| 48 | USJG-000109824 | 7/20/2015 | pr.review.archer_00014276 | pr.review.archer_00014310 | | | | Presentation |
| 49 | USJG-000109984 | 8/8/2015 | pr.review.archer_00014313 | pr.review.archer_00014315 | jason galanis <jason@burnhamequitypartners.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative | | FW: Generic Deck |
| 50 | USJG-000109985 | 7/21/2015 | pr.review.archer_00014316 | pr.review.archer_00014350 | | | | Presentation |
| 51 | USJG-000109988 | 7/21/2015 | pr.review.archer_00014351 | pr.review.archer_00014351 | | | | Att |
| 52 | USJG-000110035 | 8/10/2015 | pr.review.archer_00014352 | pr.review.archer_00014354 | Andrew Godfrey <andrew.godfrey@gmail.com> | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative | | FW: Generic Deck |
| 53 | USJG-000110036 | 7/21/2015 | pr.review.archer_00014355 | pr.review.archer_00014389 | | | | Presentation |
| 54 | USJG-000110039 | 7/21/2015 | pr.review.archer_00014390 | pr.review.archer_00014390 | | | | Att |
| 55 | USJG-000206103 | 9/24/2014 | pr.review.archer_00016377 | pr.review.archer_00016377 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; | jason galanis <jason@holmbycompanies.c | | Fwd: buyer |
| 56 | USJG-000217143 | 4/23/2015 | pr.review.archer_00018155 | pr.review.archer_00018155 | <jason@holmbycompanies.c | <andrew.godfrey@gmail.co | <darcher@rosemontsene | (Revised) - April 21 2015 |
| 57 | USJG-000217144 | 4/23/2015 | pr.review.archer_00018156 | pr.review.archer_00018156 | | | | Att |
| 58 | USJG-000217145 | 4/23/2015 | pr.review.archer_00018157 | pr.review.archer_00018161 | | | | Att |
| 59 | USJG-000131640 | 9/24/2014 | pr.review.archer_00020760 | pr.review.archer_00020761 | jason galanis <jason@holmbycompanies.c | Sebastian Momtazi <smomtazi@rosemontsenec | Cliff Wolff <cwolff@wolfflawfirm.co | Re: Rosemont Seneca Harvest |
| 60 | USJG-000131643 | 9/24/2014 | pr.review.archer_00020762 | pr.review.archer_00020763 | Sebastian Momtazi <smomtazi@rosemontseneca | jason galanis <jason@holmbycompanies.c | Cliff Wolff <cwolff@wolfflawfirm.co | Re: Rosemont Seneca Harvest |
| 61 | USJG-000131645 | 9/24/2014 | pr.review.archer_00020764 | pr.review.archer_00020765 | jason galanis <jason@holmbycompanies.c | Sebastian Momtazi <smomtazi@rosemontsenec | Cliff Wolff <cwolff@wolfflawfirm.co | Re: Rosemont Seneca Harvest |
| 62 | USJG-000131647 | 9/24/2014 | pr.review.archer_00020766 | pr.review.archer_00020768 | jason galanis <jason@holmbycompanies.c | Sebastian Momtazi <smomtazi@rosemontsenec | Cliff Wolff <cwolff@wolfflawfirm.co | Re: Rosemont Seneca Harvest |
| 63 | USJG-000131648 | 9/24/2014 | pr.review.archer_00020769 | pr.review.archer_00020771 | Sebastian Momtazi <smomtazi@rosemontseneca | jason galanis <jason@holmbycompanies.c | Cliff Wolff <cwolff@wolfflawfirm.co | Re: Rosemont Seneca Harvest |