USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/16/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall appear on April 6, 2018 at 4:30 p.m. to discuss the remaining pre-trial motions. The final pre-trial conference and all other deadlines will remain as scheduled.

SO ORDERED.

Dated:   March 16, 2018
         New York, New York

_____
Ronnie Abrams
United States District Judge