# Appendix 1

Filed *Ex Parte* and Under Seal