# Appendix 2

Filed *Ex Parte* and Under Seal