# EXHIBIT A

Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

   v.

PENTHOUSE INTERNATIONAL, INC., n/k/a PHSL
WORLDWIDE, INC., CHARLES SAMEL, and
JASON GALANIS,

     Defendants.



RECEIVED
APR 2 5 2007
JUDGE SWEET CHAMBERS

05 Civ. 0780 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/07

## FINAL JUDGMENT AS TO DEFENDANT JASON GALANIS

  The Securities and Exchange Commission having filed a Complaint and

Defendant Jason Galanis having entered a general appearance; consented to the Court's

jurisdiction over Defendant and the subject matter of this action; consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint

(except as to jurisdiction); waived findings of fact and conclusions of law; and waived

any right to appeal from this Final Judgment:

### I.

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant

and Defendant's agents, servants, employees, attorneys, and all persons in active concert

or participation with them who receive actual notice of this Final Judgment by personal

service or otherwise are permanently restrained and enjoined from violating, directly or

indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act")

[15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by

GOVERNMENT
EXHIBIT
1040
16 Cr. 371 (RA)

using any means or instrumentality of interstate commerce, or of the mails, or of any

facility of any national securities exchange, in connection with the purchase or sale of

any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a

material fact necessary in order to make the statements made, in the light of the

circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or

would operate as a fraud or deceit upon any person.

## II.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant

and Defendant's agents, servants, employees, attorneys, and all persons in active concert

or participation with them who receive actual notice of this Final Judgment by personal

service or otherwise are permanently restrained and enjoined from aiding and abetting

any violation of Section 15(d) of the Exchange Act [15 U.S.C. § 78(o)(d)] and Rules 12b-

20, 15d-11, 15d-13 and 15d-14 promulgated thereunder [17 C.F.R. §§ 240.12b-20,

240.15d-11, 240.15d-13 and 240.15d-14], by knowingly providing substantial assistance

to any issuer failing to file with the Commission, in accordance with such rules and

regulations as the Commission may prescribe:

    (a) information and documents (and copies thereof) as the Commission shall

require to keep reasonably current the information and documents required to

be included in or filed with an application or registration statement filed

pursuant to Section 12 of the Exchange Act, [15 U.S.C. § 78l];

2

(b) annual reports (and such copies thereof), certified if required by the rules and

regulations of the Commission by independent public accountants, and such

quarterly reports (and such copies thereof) as the Commission may prescribe;

(c) further material information as may be necessary to make the required

statements made, in light of the circumstances in which they are made, not

misleading; and

(d) certifications as required by Rule 15d-14, in the form specified in the

applicable exhibit filing requirements of such reports, filed as exhibits to such

reports;

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant

to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is prohibited,

for five years following the date of entry of this Final Judgment, from acting as an officer

or director of any issuer that has a class of securities registered pursuant to Section 12 of

the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section

15(d) of the Exchange Act [15 U.S.C. § 78o(d)];

### IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant

shall pay a civil penalty in the amount of Sixty Thousand Dollars ($60,000) pursuant to

Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].  Defendant shall make this

payment within ten (10) business days after entry of this Final Judgment by certified

check, bank cashier's check, or United States postal money order payable to the Securities

and Exchange Commission.  The payment shall be delivered or mailed to the Office of

3

Financial Management, Securities and Exchange Commission, Operations Center, 6432

General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be

accompanied by a letter identifying Jason Galanis as a defendant in this action; setting

forth the title and civil action number of this action and the name of this Court; and

specifying that payment is made pursuant to this Final Judgment. Defendant shall pay

post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

## V.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the

Consent is incorporated herein with the same force and effect as if fully set forth herein,

and that Defendant shall comply with all of the undertakings and agreements set forth

therein.

## IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court

shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final

Judgment.

Dated: _4 · 24, 07_

_____

UNITED STATES DISTRICT JUDGE

4