```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :   NOTICE OF APPEARANCE AND
            - v. -                   :   REQUEST FOR ELECTRONIC
                                     :   NOTIFICATION
JASON GALANIS, et al.,               :
                                     :   1:16CR00371 (RA)
                Defendants.          :
                                     :
- - - - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  March 27, 2018

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney for the
                                          Southern District of New York

                             by:   */s/ Jeffrey C. Coffman*
                                  Jeffrey C. Coffman
                                  Assistant United States Attorney
                                  (212) 637-2263

TO:   All Counsel
      Via ECF