# SHER TREMONTE LLP

March 28, 2018

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Galanis et al.*, 16-cr-371 (RA)

Dear Judge Abrams:

    We represent Gary Hirst in the above-referenced matter. We write on behalf of all defendants to request a short adjournment of the deadline for filing motions *in limine*, currently set for April 2, 2018.

    The defense received the government's exhibits late in the evening on March 19, 2018 for pick up at the U.S. Attorney's Office the following day. Because of technical issues caused by the government's copying of the exhibits to disc, Mr. Hirst did not actually receive a complete set until March 20, 2018. An accompanying exhibit list was provided initially without Bates numbers and consisting of scores of exhibits described simply as "email" without further information. The exhibits themselves consist of the more than 24,000 pages, taking up seven banker's boxes. The government did not initially provide the exhibits in text-searchable format and did not provide a format that could be rendered text-searchable until this Monday, March 26. Given these technical issues, the solo practitioners among us who were appointed pursuant to the Criminal Justice Act and do not have IT departments who could assist in re-formatting the exhibits did not have meaningful access to the production until late in the day on March 26. Moreover, since last week, the government has changed the numbering for dozens of exhibits and added or replaced numerous other exhibits, requiring repeated revision to the exhibit list and re-ordering of the exhibits.

    In addition to the voluminous exhibits, on March 19, we received the government's draft request to charge and verdict form with a request to provide comments by March 28. Counsel for all defendants are working in a coordinated fashion to provide joint defense comments to these documents. We also expect to receive the government's 3500 material this Friday, March 30, which will require careful review and,

Hon. Ronnie Abrams
March 28, 2018
Page 2 of 2

of course, may be the basis itself for further *in limine* motions.  March 30 is also the deadline for defense expert and Rule 16 disclosure.

      While we are endeavoring to review the exhibits as expeditiously as possible, given the timing of all the foregoing, as well as the Passover and Easter holidays this weekend, it is simply not possible to review them and to develop considered arguments for motions *in limine* by next Monday, April 2.  Accordingly, we respectfully an adjournment of the briefing schedule for motions *in limine* to Wednesday, April 11, 2018 with any responses due April 18, 2018.  Counsel for all defendants join this request.

      We appreciate the Court's consideration.

                                  Respectfully submitted,

                                  /s/
                                Michael Tremonte
                                Noam Biale
                                Emma Spiro
                                SHER TREMONTE LLP

                                /s/
                                Barry Levin, Esq.

cc:      All counsel (by ECF)