```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall appear for a conference at 4:30 p.m. on April 6, 2018 to discuss the Rule 16 issues raised by the government in its letters submitted earlier today.

SO ORDERED.

Dated: April 5, 2018
       New York, New York

Ronnie Abrams
United States District Judge