# EXHIBIT 10

From: Devon Archer <darcher@rosemontcapital.com>
To: Bevan Cooney <btcooney@gmail.com>
Cc: Jason Galanis <jason@holmbycompanies.com>, Andrew Godfrey <andrew.godfrey@gmail.com>
Subject: Re: LAX Photos
Sent: Sat, 9 May 2015 11:35:53 +0000
_N2J2871.jpeg

Our families commitment to respecting and honoring the Native Americans through sport runs deep!

Devon D. Archer
646 436 3745

On May 8, 2015, at 11:03 PM, Bevan Cooney <btcooney@gmail.com> wrote:

> My niece Chloe Cooney firing montana lacross!!

Sent from my iPhone

Begin forwarded message:

> From: "Chloe R. Cooney" <rosebud.cooney@gmail.com>
> Date: May 8, 2015 at 7:24:24 PM PDT
> To: Birth GIVER <kjm765@gmail.com>, Cameron Camille <kathycooneymt@aol.com>, Bevan Cooney <Bevancooney@aol.com>, bevan cooney <btcooney@gmail.com>, Scott Cooney <scottcooney@rockyrail.com>
> Subject: Fwd: LAX Photos
>
> Very happy with them!!



Confidential Material

SearchWarrant_v2_00018289



Confidential Material

SearchWarrant_v2_00018290

Confidential Material

SearchWarrant_v2_00018291



Confidential Material                SearchWarrant_v2_00018292