# EXHIBIT 19



# Extraction Report
Apple iPhone Logical



U.S. Department of Justice

U.S. Attorney's Office, SDNY

District Criminal Intelligence Unit

1 Saint Andrew's Plaza

New York, NY 10007

## Summary

| | |
|---|---|
| Connection Type | Cable No. 210 |
| Extraction start date/time | 9/3/2015 4:33:34 PM |
| Extraction end date/time | 9/3/2015 4:37:34 PM |
| Extraction Type | Logical |
| Extraction ID | 468507d3-a2c7-4bb9-9942-40bba1b6875f |
| Selected Manufacturer | Apple |
| Selected Device Name | iPhone 5C |
| UFED Physical Analyzer version | 4.5.0.230 |
| Version type | |
| Time zone settings (UTC) | Original UTC value |
| Examiner name | Enrique Santos |
| Department | District Criminal Intelligence Unit |
| Location | Southern District of New York |

GOVERNMENT EXHIBIT 3004
16 Cr. 371 (RA)

3/5/2015 10:32:32 PM(UTC+0), +13104259575 (Jason Galanis)
we're going to build something big

Read: 3/5/2015 10:33:26 PM(UTC+0)

3/5/2015 10:32:32 PM(UTC+0), +13104259575 (Jason Galanis)
true

Read: 3/5/2015 10:33:26 PM(UTC+0)

3/5/2015 10:32:53 PM(UTC+0), +17325985189
You're just saying that ☺

Delivered: 3/5/2015 10:32:54 PM(UTC+0)
Read: 3/5/2015 10:32:32 PM(UTC+0)

3/5/2015 10:33:46 PM(UTC+0), +13104259575 (Jason Galanis)
you're also going to shit when you see the indian developments

Read: 3/5/2015 10:33:46 PM(UTC+0)

3/5/2015 10:33:58 PM(UTC+0), +13104259575 (Jason Galanis)
you'll be very proud

Read: 3/5/2015 10:33:58 PM(UTC+0)

3/5/2015 10:34:16 PM(UTC+0), +13104259575 (Jason Galanis)
I'm telling you we are going to do two things which are not mutually exclusive

Read: 3/5/2015 10:34:16 PM(UTC+0)

3/5/2015 10:34:26 PM(UTC+0), +13104259575 (Jason Galanis)
make a ton of money and make a ton of difference

Read: 3/5/2015 10:34:26 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
I'm even quoting things published but he Milken Institute recently

Read: 3/5/2015 10:35:17 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
and the legend will be reborn

Read: 3/5/2015 10:35:01 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
and burnham will look like kings in innovative high yield municipals

Read: 3/5/2015 10:34:47 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
i said true

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
no smartass

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
about Emerging Domestic Markets

Read: 3/5/2015 10:35:23 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
as in i do adore you

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis)
as in its true

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:35:23 PM(UTC+0), +17325985189
Nuance is not you're strong suit is it baby. My comment was saying that you were expressing an emotion that you truly don't feel. The comeback should have been "yes I do". Again, Einstein

Delivered: 3/5/2015 10:35:24 PM(UTC+0)
Read: 3/5/2015 10:34:40 PM(UTC+0)

3/5/2015 10:36:06 PM(UTC+0), +13104259575 (Jason Galanis)
as in take a loving venture more gracefully

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:36:10 PM(UTC+0), +13104259575 (Jason Galanis)
gesture

Read: 3/5/2015 10:36:44 PM(UTC+0)

3/5/2015 10:36:48 PM(UTC+0), +13104259575 (Jason Galanis)
actually just apple autocorrect

Read: 3/5/2015 10:37:32 PM(UTC+0)

3/5/2015 10:37:15 PM(UTC+0), +17325985189
Venture? Freudian slip I think

Delivered: 3/5/2015 10:37:16 PM(UTC+0)
Read: 3/5/2015 10:36:48 PM(UTC+0)