# EXHIBIT 22

**Test Series 24**

GOVERNMENT
EXHIBIT
1025
16 Cr. 371 (RA)

# National Association of Securities Dealers, Inc.

## GENERAL SECURITIES PRINCIPAL
## QUALIFICATION EXAMINATION
### (TEST SERIES 24)

# STUDY OUTLINE

Copyright © 1993
National Association of Securities Dealers, Inc.
9513 Key West Avenue, Rockville, MD 20850

# STUDY OUTLINE

# NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.
## GENERAL SECURITIES PRINCIPAL
## QUALIFICATION EXAMINATION

The NASD General Securities Principal Qualification Examination (Test Series 24) is designed to test a candidate's knowledge of the rules and statutory provisions applicable to the management of a general securities broker/dealer. This study outline has been prepared to assist member firms in preparing candidates to sit for the examination. The outline is designed for use by course developers in the preparation of training material, for training directors in the development of lecture notes and seminar programs and for use by candidates themselves, both to structure their study and as a final review checklist prior to sitting for the examination. The General Securities Principal Qualification Examination and this study outline are composed of five general areas of supervision, which are listed below with the approximate percentage point value assigned to each area.

| General Area | Percentage Point Value |
|---|---|
| 1.0  Supervision of Investment Banking Activities | 20% |
| 2.0  Supervision of Trading and Market-Making Activities | 20% |
| 3.0  Supervision of Brokerage Office Operations | 22% |
| 4.0  Sales Supervision, General Supervision of Employees; Regulatory Framework of NASD | 26% |
| 5.0  Compliance With Financial Responsibility Rules | 12% |

Detail on the content of each of these general areas of supervision is included in the text of the study outline which follows.

## Structure of the Examination and Grading Procedures

The General Securities Principal Qualification Examination is composed of 125 multiple-choice questions covering all of the material in the following outline in accordance with the subject matter distribution shown above. A maximum of three hours testing time is allowed for candidates to complete the examination. The examination is graded on a 125 point system. Each multiple choice question is worth one

point. No credit is given for incorrect answers to these questions. The passing grade is equal to 70% of the total number of questions on the examination. Candidates will be required, therefore, to answer correctly 88 of the 125 questions on the General Securities Principal Qualification Examination in order to receive a passing grade. The results will identify the percentage performance of the candidate in each of the five general areas of the examination.

The examination is a closed book test and candidates will not be permitted to use any reference material during their testing session. Scratch paper will be provided to a candidate by the test administrator, but must be returned to the administrator at the end of the testing session. Electronic calculators may be used provided such devices have an independent power source, operate silently, no print mechanisms, and no alphabetical keys or programmable memory.

Questions used in the examination will be updated to reflect the most current interpretations of the rules and regulations on which they are based. Questions on new rules will be added to the pool of questions for this examination within a reasonable time period after their effective dates. Questions on rescinded rules will be promptly deleted from the pool of questions.

Below is a list of reference materials that may be used as a source-material starting point for course developers in preparing training programs. Much of the reference material overlaps topics covered in other references. It is, therefore, not necessary, to obtain each reference listed. In addition, non-member commercial training vendors offer packaged study courses specifically designed for this registration category. These vendors are often listed in local yellow page directories and advertise in securities industry periodicals.

Copies of this outline and registration applications may be obtained from NASD MediaSource or any of the NASD District Offices.

NASD MediaSource[2]
9513 Key West Avenue
Rockville, MD  20850
(301) 590-6578

Throughout the outline, New York Stock Exchange rules have been cross-referenced to the appropriate NASD and SEC rules. In instances where the rules differ, explanatory notes highlight the requirements of

each rule. The Exchange rules listed in Section 2.2 will be tested. However. the rules referenced in other parts of the outline are provided for information purposes only. Test questions on the examination will be asked in terms of NASD or SEC rules.

At the end of this outline there are five sample questions written in the various formats used in the Series 24 test questions. These samples do not reflect the difficulty level of the test questions or the subject matter distribution of the test itself. Their use is to familiarize candidates with the types of multiple choice question formats used in the Series 24.

## Reference Materials

*Appeal Securities Act Handbook*
Appeal Printing Company
130 Cedar Street
New York. NY

*Code of Federal Regulations*
Title 17—Commodity and Securities Exchanges
Superintendent of Documents
U.S. Government Printing Office
Washington, DC  20402

*Federal Securities Law Reporter*
Volumes 2 and 3
Commerce Clearing House. Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*National Association of Securities Dealers, Inc. Manual*
Commerce Clearing House. Inc.

4025 West Peterson Avenue
Chicago. IL 60646

*New York Stock Exchange. Inc. Manual*
Commerce Clearing House. Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*Regulation of Brokers. Dealers and Securities Markets*
N. Wolfson. R.M. Phillips. and T.A. Russo
Warren Gorham & Lamont Inc.
210 South Street
Boston. MA 02111

*Securities Credit Transactions*
*Regulations X, G. T and U*
Board of Governors of the Federal Reserve System
Constitution Avenue at 20th Street. NW
Washington, DC

*Securities Law Handbook*
Harold Bloomenthal
Clark Boardman Callahan
375 Hudson Street
New York. NY 10014

*Securities Regulation*
Volume 2
Prentice-Hall. Inc.
Englewood Cliffs. NY 07632

# 1.0
# SUPERVISION OF INVESTMENT BANKING ACTIVITIES

1.1  **New Issue Market**

1.1.1  **Underwriting Corporate Securities (negotiated)**

1.1.1.1  Types of offerings
Primary
Secondary

1.1.1.2  Investigation of financing proposals
Preliminary study
Letter of intent
General examination
Industry data
Operational data
Management and employee relations
Financial data
Research, product development and expansion
Legal examination

1.1.1.3  Formation of the underwriting syndicate
Role of syndicate manager
Agreement among underwriters
Due diligence meeting
Blue skying the issue

1.1.1.4  Types of underwriting commitments
Firm commitment
Competitive bid or negotiated
Stand-by commitment
All or none
Best efforts
Mini-Max
Market-out clauses

1.1.1.5  Pricing of the issue
Determined on effective date of registration
Indication of interest (underwriter's book)
Factors affecting price of issue
Consequences of sticky offerings

1.1.1.6  Underwriters compensation
Components of underwriters spread
Forms of compensation
Stand-by commitments

1.1.1.7  Formation of the selling group
Handled by managing underwriter
Selling group agreement
Liabilities of selling group members vs. underwriters' liabilities

1.1.1.8  Stabilization

1.1.1.9  Syndicate penalty bid
Purpose
Denial of spread or concession on transaction
Penalty fees

1.1.1.10  Hot issues and overallotment
Limitations on overselling
Pro-rata distribution of managing underwriter's short position losses among co-underwriters

1.1.1.11  The public offering
Preliminary prospectus
Tombstone advertisements

Indications of interest
Final or statutory prospectus
Opening and closing the books

1.1.1.12  Shelf distributions
Issuers may register to sell limited amounts of securities on a delayed basis for up to two years
Allows issuers and investment bankers the flexibility of matching financing needs to market conditions

1.1.1.13  Venture capital

1.1.1.14  Mergers and acquisitions
Risk arbitrage
Leveraged buy-outs

1.1.1.15  Initial public offerings

1.2  **Securities Act of 1933 and SEC Rules Thereunder**

1.2.1  **Section 2—Definitions under the Act**

1.2.1.1  Distribution of information during an underwriting
Rule 134—Communications not deemed a prospectus
Rule 137—Definition of "offers", "participates", or "participation" in Section 2(11) in relation to certain publications by persons independent of participants in a distribution
Rule 138—Definition of "offer for sale" and "offer to sell" in Sections 2(10) and 5(c) in relation to certain publications
Rule 144—Persons deemed not to be engaged in a distribution and therefore not underwriters
Definitions
Conditions to be met
Current public information
Holding period for restricted securities
Limitation on amount of securities sold
Manner of sale
Brokers' transactions
Notice of proposed sale
Bona fide intention to sell
Non-exclusive rule
Termination of certain restrictions on sale of restricted securities by persons other than affiliates
Rule 145—Reclassification of securities, mergers, consolidations and acquisitions of assets
Transactions within the rule
Communications not deemed a "prospectus" or "offer to sell"
Persons and parties deemed to be underwriters
Resale provisions for persons and parties deemed to be underwriters
Definition of "person"
Form S-4 requirement

1.2.2  **Section 3—Exempted Securities**

1.2.2.1  Rule 147—"Part of an issue", "person

resident" and "doing business within" for
purposes of Section 3(a)(11)
  Transactions covered
  Part of an issue
  Nature of the issuer
  Offerees and purchasers, person resident
  Limitation of resales
  Precautions against interstate offers
  and sales

1.2.2.2    Regulation A—General exemptions
  Rule 251—Definition of terms
  Rule 254—Amount of securities
  exempted
  Rule 256—Filing and use of the
  offering circular
  Rule 258—Sales material to be filed

1.2.3    **Section 4—Exempted Transactions**

1.2.3.1    Transactions by any person other than an
issuer, underwriter or dealer

1.2.3.2    Transactions by an issuer not involving
any public offering

1.2.3.3    Transactions by a dealer

1.2.3.4    Broker's transactions

1.2.3.5    Regulation D—Rules governing the
limited offer and sale of securities without
registration under the Securities Act of 1933

1.2.3.5.1    Rule 501—Definitions and terms used
in Regulation D
  Accredited investor
  Affiliate
  Aggregate offering price
  Business combination
  Calculation of number of purchasers
  Executive officer
  Purchaser representative

1.2.3.5.2    Rule 502—General conditions to be met
  Integration
  Information requirements
  Limitations on manner of offering
  Limitations on resale

1.2.3.5.3    Rule 503—Filing of notice of sale
  Filing Form D

1.2.3.5.4    Rule 504—Exemption for limited
offers and sales of securities not
exceeding $1,000,000
  Exemption
  Conditions to be met
    General conditions
    Specific conditions
    Limitation on aggregate
    offering price

1.2.3.5.5    Rule 505—Exemption for limited
offers and sales of securities not
exceeding $5,000,000
  Exemption
  Conditions to be met
    General conditions
    Specific conditions
    Limitation on aggregate
    offering price
    Limitation on number of
    purchasers
    Disqualifications

1.2.3.5.6    Rule 506—Exemption for limited
offers and sales without regard to
dollar amount of offering
  Exemption
  Conditions to be met
    General conditions
    Specific conditions
    Limitation on number of
    purchasers
    Nature of purchasers

1.2.3.6    Rule 174—Delivery of prospectus by
dealers; exemptions under Section 4(3)
of the Act

1.2.4    **Section 5—Prohibitions Relating to
Interstate Commerce and the Mails**

1.2.4.1    Rule 135—Notice of certain proposed
offerings

1.2.4.2    Rule 135A—Generic advertising

1.2.4.3    Rule 144A—Private resales of securities to
institutions

1.2.4.4    Regulation S—Rules governing offers and
sales made outside the U.S. without
registration under the Securities Act of 1933
  Rule 901—General statement
  Rule 902—Definitions
  Rule 903—Offers or sales of securities
  by the issuer, a distributor, and of their
  respective affiliates, conditions relating to
  specific securities
  Rule 904—Resales

1.2.4.5    Rule 153A—Definition of "preceded by a
prospectus" as used in Section 5(b)(2) of
the Act, in relation to certain transactions
requiring approval of security holders

1.2.5    **Section 6—Registration of Securities and
Signing of Registration Statement**

1.2.5.1    Regulation C—Registration
  Rule 415—Delayed or continuous
  offering and sale of securities (shelf
  registration)
    Form S-1 filing requirement
  Rule 427—Contents of prospectuses used
  after nine months
  Rule 430—Prospectus for use prior to
  effective date
  Rule 460—Distribution of preliminary
  prospectus

1.2.6    **Section 7—Information Required in
Registration Statement**

1.2.7    **Section 8—Taking Effect of Registration
Statements**

1.2.7.1    Amendments to registration statements prior
to and after effective date

1.2.7.2    Stop orders
  Form S-18 filing requirement

1.2.8    **Section 10—Information Required in
Prospectus**

1.2.8.1    Prospectus used more than nine months

1.2.8.2    Summary prospectus

1.2.9    **Section 11—Civil Liabilities on Account of
False Registration Statement**

1.2.10    Section 12—Civil Liabilities Arising in Connection with Prospectuses and Communications

1.2.11    Section 15—Liability of Controlling Persons

1.2.12    Section 17—Fraudulent Interstate Transactions

1.2.13    Section 23—Unlawful representations

1.3    Securities Exchange Act of 1934 and SEC Rules Thereunder

1.3.1    Section 10—Regulation of the Use of Manipulative and Deceptive Devices

1.3.1.1    Section 10(b)—Use or employment of manipulative or deceptive devices

1.3.1.1.1    Rule 10b-2—Solicitation of purchases on an exchange to facilitate distribution of securities

1.3.1.1.2    Rule 10b-6—Prohibition of trading by persons interested in a distribution

1.3.1.1.3    Rule 10b-7—Stabilizing to facilitate a distribution
     Scope of rule
     Definitions
     Transactions must be necessary
     Priority must be granted
     Control of stabilizing
     Stabilizing at prices resulting from unlawful activity
     Stabilizing prohibited in offerings at the market
     Stabilizing securities traded in more than one market
     Entering stabilizing bid on an exchange prior to opening
     Stabilizing levels
     Disclosure of stabilizing
     Recordkeeping requirements
     Limitation of liability
     Exempted securities
     Exempted transactions

1.3.1.1.4    Rule 10b-8—Distribution through rights

1.3.1.1.5    Rule 10b-9—Prohibited representations in connection with certain offerings

1.3.1.1.6    Rule 10b-13—Prohibiting other purchases during tender offer or exchange offer

1.3.1.1.7    Rule 10b-18—Purchases of certain equity securities by the issuer and others

1.3.1.1.8    Rule 10b-21—Short selling in connection with a public offering

1.3.2    Section 12—Registration Requirements for Securities

1.3.2.1    Section 12(a)—Exchange listed securities

1.3.2.2    Section 12(g)—Registration of issuers engaged in interstate commerce

1.3.2.3    Section 12(j)—Suspension or revocation of registration

1.3.2.4    Section 12(k)—Suspension on trading

1.3.3    Section 13—Periodical and Other Reports

1.3.3.1    Rule 13a-11—Current reports on Form 8-K

1.3.3.2    Rule 13a-13—Quarterly reports on Form 10-Q

1.3.3.3    Rule 13d-1—Filing of Schedules 13D and 13G

1.3.3.4    Rule 13e-3—Going private transactions by certain issuers or their affiliates
     Schedule 13E-3 filing requirement

1.3.3.5    Rule 13e-4—Tender offers by issuers
     Schedule 13E-4 filing requirement

1.3.4    Regulation E

1.3.4.1    Rule 14e-1—Unlawful tender offer practices

1.3.4.2    Rule 14e-3—Transactions in securities on the basis of material, non-public information in the context of tender offers

1.3.4.3    Rule 14e-4—Prohibited transactions in connection with partial tender offers

1.3.5    Section 15—Registration and Regulation of Brokers and Dealers

1.3.5.1    Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances

1.3.5.1.1    Rule 15c1-8—Sales at the market

1.3.5.1.2    Rule 15c1-9—Use of pro forma balance sheets

1.3.5.2    Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations

1.3.5.2.1    Rule 15c2-4—Transmission or maintenance of payments received in connection with underwritings

1.3.5.2.2    Rule 15c2-8—Delivery of prospectus
     Preliminary prospectus
     Final prospectus
     Delivery to associated persons
     Delivery to other broker/dealers by managing underwriter

1.3.5.3    Section 15(d)—Reports of registrants under the Securities Act of 1933

1.3.5.3.1    Rule 15d-11—Current reports of Form 8-K

1.3.5.3.2    Rule 15d-13—Quarterly reports on Form 10-Q

1.3.5.3.3    Rule 15d-17—Reports on Form 10-C by issuers of securities quoted on the Nasdaq interdealer quotation system

1.3.6    Section 16—Reports of Directors, Officers and Principal Stockholders

1.3.6.1    Rule 16a-1—Filing of statement

1.3.6.1.1    Form 3—Initial statement of beneficial ownership of securities

1.3.6.1.2    Form 4—Statement of changes in beneficial ownership of securities

1.3.6.1.3    Form 10C—Filing requirements

1.3.7    Section 17—Accounts and records, Reports, Examinations of Exchanges, Members and Others

1.3.7.1    Section 17(a)(1)—General requirements for the maintenance of records and report filing as prescribed by SEC

1.3.7.1.1    Rule 17a-2—Recordkeeping requirements relating to stabilizing activities
     Scope of rule
     Definitions
     Records required to be maintained by manager

Notification of manager

1.4 **National Association of Securities Dealers— Regulations**

1.4.1 **Schedules to the By-Laws**

1.4.1.1 Schedule E—Distribution of securities of members and affiliates
Definitions
Participation in distribution of securities of member or affiliate
Suitability
Discretionary accounts
Sales to employees

1.4.2 **Article III—Rules of Fair Practice**

1.4.2.1 Section 1—Business conduct of members
Free-riding and withholding
Introduction
Interpretation
Scope and intent of interpretation
Sales by issuers in conversion offerings
Definitions
Conditions for exemption
Sales to members, associated persons of members and certain related persons
Sales to other restricted persons

1.4.2.2 Section 7—Disclosure of price in selling agreements

1.4.2.3 Section 8—Securities taken in trade
Definition
Compliance with requirements relating to fair market price of securities taken in trade Maintenance of records of bid and ask quotations

1.4.2.4 Section 16—Offerings "at the market"

1.4.2.5 Section 17—Solicitation of purchases on an exchange to facilitate a distribution of securities

1.4.2.6 Section 23—Net prices to persons not in investment banking or securities business

1.4.2.7 Section 24—Selling concessions
Discounts or allowances must be paid only to broker/dealer for services rendered in distribution
Definition of "bona fide research"
Required written agreements
Quarterly reports to be filed
Maintenance of records for 24 months

1.4.2.8 Section 34—Direct Participation Programs
Appendix F
Application of Appendix F
Definitions
Suitability
Disclosure
Organization and offering expenses
Participation in rollups

1.4.2.9 Section 36—Transactions with related persons

1.4.2.10 Section 44—The corporate financing rule — Underwriting terms and arrangements
Definitions
Filing requirements
Underwriting compensation and arrangements

Power of the Board of Governors

1.4.3 **Code of Procedure**

1.4.3.1 Article XII—Code of procedure for corporate financing and direct participation program matters
Purpose
Application by aggrieved member
Application for review
Notice of hearing
Hearing committee and procedure
Requirement for written determination
Review by committee of Board
Nature of determination

1.4.4 **Uniform Practice Code**

1.4.4.1 Section 66—Settlement of syndicate accounts
Definitions
Final settlement

1.4.4.2 Section 67—Settlement of underwritten public offerings

1.5 **Investment Company Act of 1940 and SEC Rules Thereunder**

1.5.1 **Section 3—Definition of Investment Company**

1.5.2 **Section 4—Classification of Investment Companies**

1.5.2.1 Unit investment trust

1.5.2.2 Management company

1.5.3 **Section 5—Subclassification of Management Companies**

1.5.3.1 Open-end company

1.5.3.2 Closed-end company

1.5.3.3 Diversified company

1.5.3.4 Non-diversified company

1.5.4 **Section 8—Registration of Investment Companies**

1.5.4.1 Section 8(b)—Filing requirements for investment companies
Form N-1A—Registration statement of open-end management investment companies

1.5.5 **Section 12—Functions and Activities of Investment Companies**

1.5.5.1 Prohibitions
Purchases on margin
Participation in joint trading accounts
Short sales

1.5.5.2 Rule 12b-1—Distribution of shares by registered open-end management investment company
Disclosure of payment for distribution of funds from assets
Statement of additional information

1.5.6 **Section 13—Changes in Investment Policy**

1.5.6.1 Majority vote of shareholders
Change of subclassification
Borrowing; issuing or underwriting securities; purchasing or selling real estate; making loans
Deviation from investment or other policy

Change in nature of business

1.5.7    **Section 15—Investment Advisory and Underwriting contracts**

1.5.7.1    Investment advisors

1.5.7.2    Underwriter

1.5.7.3    Approval by board of directors

1.5.8    **Section 16—Changes in Board of Directors; Provisions Relative to Strict Trusts**

1.5.8.1    Election by shareholders

1.5.9    **Section 19—Dividends**

1.5.9.1    Accumulated undistributed net income

1.5.9.2    Current net income

1.5.9.3    Statement disclosing source of payment
Rule 19a-1—Written statement to accompany dividend payments by management companies

1.5.9.4    Distribution of long-term capital gains
Rule 19b-1—Frequency of distribution of capital gains

1.5.10    **Section 22—Distribution, Redemption and Re-Purchase of Redeemable Securities**

1.5.10.1    Section 22(c)—Regulation of underwriters and dealers by Commission
Rule 22c-1—Pricing of redeemable securities for distribution, redemption and re-purchase

1.5.10.2    Section 22(d)—Persons to and through whom redeemable securities may be sold (offer securities at a price based on NAV)
Rule 22d-1—Exemption from Section 22(d) to permit sales of redeemable securities at prices which reflect set sales loads
Rule 22-d2—Exemption from Section 22(d) for certain registered separate accounts

1.5.10.3    Section 22(e)—Suspension of rights of redemption
Rule 22e-1—Exemption from Section 22(e) during annuity payment period of variable annuity contracts participation in certain registered separate accounts

1.5.11    **Section 30—Periodic and Other Reports: Reports of Affiliated Persons**

1.5.11.1    Rule 30a-1—Annual reports (requirement to file)

1.5.11.2    Rule 30d-1—Reports to stockholders of management companies

1.6    **Trust Indenture Act of 1939**

1.6.1    **Purpose**

1.6.2    **Necessity of trustee to safeguard the rights of investors in registered debt obligations**

1.6.3    **Identification of rights and powers of trustee**

1.6.4    **Full disclosure of information in bond indentures**

1.6.5    **Participation of trustees in the preparation of indentures**

1.7    **Uniform State Law**

1.7.1    **Definitions Under the Act**

1.7.1.1    Issuer

1.7.1.2    Security

1.7.2    **Registration of Securities**

1.7.2.1    Registration requirements

1.7.2.2    Types of securities registration

1.7.2.3    Exempt securities

1.7.2.4    Exempt transactions

## 2.0
## SUPERVISION OF TRADING AND MARKET MAKING ACTIVITIES

2.1 **OTC Markets**

2.1.1 **Overview of the market**

2.1.1.1    Nasdaq market
Trading in non-exchange securities in
Non-Nasdaq OTC or Bulletin Board
Pink sheets
Third Market
Trading in exchange listed securities
in OTC market
Consolidated tape 90 second report
requirement
Fourth Market
Private transactions between
institutional investors without the use
of a broker/dealer

2.1.2 **The Nasdaq Stock Market**

2.1.2.1    Types of service

2.1.2.1.1    Level 1 service
Generally available through public
vendors
Displays highest bid and lowest ask
(inside market) for each authorized
security

2.1.2.1.2    Level 2/Level 3 service
Available only to NASD approved
subscribers
Displays bid/ask quotations and
quotation sizes for all registered
market makers entering quotes on
each authorized security
Enables registered market makers to
enter bid/ask quotations and
quotation sizes on the system, for only
those securities it has been authorized
to enter quotes

2.1.2.1.3    SelectNet
Enables registered market makers to
negotiate trades, including
counteroffers and broadcasts of orders
to all market makers in a security
Available only for agency or principal
orders that are greater than the SOES
tier size
Allows market makers to execute
partial orders at their discretion

2.1.2.1.4    Automated Confirmation Transaction
Service (ACT Rules)
Primary vehicle for reporting over
the-counter transactions in equity
securities (Nasdaq national market,
Nasdaq Small-Cap and exchange
listed securities)
Schedule D to the NASD By-Laws
Part XIII—Reporting transactions
in Nasdaq Small-Cap securities

2.1.2.2    Nasdaq qualifications for authorized
securities

2.1.2.2.1    Listing requirements
General factors (numerical values not
tested)
At least two registered and active
market makers
Total assets
Capital and surplus
Principal outstanding of
convertible debt securities
Common stockholders
Publicly held shares
Submission of audited financial reports
and documents

2.1.2.2.2    Maintenance requirements for continual
listing

2.1.2.2.3    Schedule D to the NASD By-Laws
Part I—Definitions
Part II—Qualification requirements for
Nasdaq securities
Domestic securities and Canadian
securities
Suspension or termination of
inclusion of a security and
exceptions to inclusion criteria
Use of the Nasdaq system on a test
basis
Trading halts
Part XI—Procedures for access to the
Nasdaq system by non-Nasdaq market
makers

2.1.2.2.4    Nasdaq quotation publication and
dissemination
Schedule D to the NASD By-Laws
Part V—Publication and
dissemination of quotations to the
news media
National Market System list
Additional list
NASD local quotation program

2.1.3 **ADR's and Foreign Securities**

2.1.3.1    Origin and nature of ADR's
Duties of the issuing/depository bank
Converts and distributes rights
offerings
Distributes information on non-U.S.
corporate developments

2.1.3.2    Purpose of issuing these securities versus
trading the foreign securities directly

2.1.3.3    Shareholders' rights to demand delivery of
the underlying shares

2.1.3.4    Provides shareholders with annual balance
sheet and operations statement

2.1.3.5    Coordination of regulatory activities with
issuer's principal marketplace

2.1.3.6    Qualification requirements of Schedule D of
the NASD By-Laws

2.1.4 **Nasdaq National Market System (NMS)**

2.1.4.1    Issuer designation criteria (general
understanding, numerical values not tested)
Minimum for:
Annual net income
Price per share
Market value of publicly held shares
Higher minimum requirements compared

to Nasdaq inclusion for:
   Capital surplus
   Number of publicly held shares
  Non-quantitative criteria
   Minimum of two independent
   directors
   Maintain an audit committee
   Provide shareholders with quarterly
   and annual reports
   Solicit proxies for all shareholders'
   meetings
   Hold annual shareholders' meeting
   Execute listing agreement with NASD

2.1.4.2   Schedule D of the NASD By-Laws
   Part III—Designation of Nasdaq national
   market system security
   Part XII—Reporting transactions in
   Nasdaq National Market designated
   securities

2.1.5   **NASD Small Order Execution System (SOES)**

2.1.5.1   SOES rules
   Definitions

2.1.5.2   SOES service enables participants to
   Execute transactions of limited size in
   active SOES authorized securities
   "Lock-in" transactions by automatically
   sending both sides of the applicable
   clearing corporation for clearance and
   settlement
   Have reports of the transactions
   automatically forwarded to the National
   Market Trade Reporting System for
   dissemination to the public
   Splitting orders

2.1.6   **Non-Nasdaq OTC Securities**

2.1.6.1   Schedule H to the NASD By-Laws
   Definitions
    Non-Nasdaq security
    Non-Nasdaq reporting system
   Price and volume reporting
   Automated submission of trade data

2.1.6.2   OTC Bulletin Board
   Allows participants to enter, update,
   retrieve quotation information on non-
   Nasdaq OTC stocks on real-time basis
   Displays firm and non-firm price
   quotations
   Displays unpriced indications of interest
   Displays telephone numbers of
   participating market makers in specified
   securities

2.1.7   **Consolidated Quotation Service (CQS)**

2.1.7.1   CQS securities
   NYSE and ASE listed securities
   Certain securities listed on regional
   exchanges
   Securities registered or admitted to
   unlisted trading privileges on the
   national exchanges

2.1.7.2   CQS service
   Displays bid/ask quotation sizes for CQS
   securities entered by exchanges and/or
   CQS market makers
   A "halt" notation will be displayed when

   an exchange has suspended trading in a
   security

2.1.7.3   Schedule D to the NASD By-Laws
   Part VII—Consolidated Quotation Service
   (CQS)
   Normal business hours
   Withdrawal of quotations
   Voluntary termination of registration
   Suspension and termination of
   quotations by association action

2.1.8   **Market Maker Activities**

2.1.8.1   Firm quotes

2.1.8.2   Subject quotes

2.1.8.3   Otherwise qualified
   One-sided market
   Bid or offer wanted

2.1.8.4   Stabilizing bids
   Pre-effective bids
   Penalty bids

2.1.8.5   Determination of spread
   Financial condition of issuer
   Size of issue
   Activity in issue
   Market conditions
   Maximum allowable spreads

2.1.8.6   Types of customer business
   Retail
   Institutional

2.1.8.7   Nasdaq market makers
   Registration requirements
    NASD member
    Minimum net capital requirements

2.1.8.8   Quotation requirements (general knowledge)
   Continuous two-sided quotes for each
   security
   Firm quotations for at least a normal unit
   of trading
   Quotations reasonably related to the
   market
   Limits for maximum allowable spreads

2.1.8.9   Daily and monthly volume reports

2.1.8.10   Schedule D to the NASD By-Laws
   Part VI—Requirements applicable to
   Nasdaq market makers
    Registration as a Nasdaq market maker
    Character of quotations
    Stabilizing bids
    Automated submission of trading data
    Reports
    Normal business hours
    Clearance and settlement
    Withdrawal of quotations
    Voluntary termination of registration
    Suspension and termination of
    quotations by Association action
    Termination of Nasdaq service
   Part VII—Consolidated Quotation Service
   (CQS)
    Registration as a CQS market maker
    Obligations of CQS market makers

2.1.8.11   SOES rules
   SOES participant registration
   Participant obligations in SOES

Registration
Market makers
SOES order entry firms
Clearance and settlement
Obligation to honor system trades
Compliance with rules and registration
requirements
Fees applicable to SOES

2.1.9 **Non-Nasdaq Market Makers**

2.1.9.1 Schedule D to the NASD By-Laws
Part XI—Procedures for access to the
Nasdaq system by non-Nasdaq market
makers

2.2 **Domestic and Exchange Markets**

2.2.1 **Listing Criteria (general understanding,
numerical values not tested)**

2.2.1.1 Minimum listing standards

2.2.1.2 NYSE Listed Company Manual

2.2.2 **The Auction Market**

2.2.2.1 Trading post

2.2.2.2 Floor broker (member)

2.2.2.3 Role of the specialist
Maintains the limit order book
"Stops" stock
Agent vs. principal functions of specialist
Arranges buy and sell orders at the
opening of daily trading to orchestrate a
balanced price

2.2.2.4 Automated trading systems (DOT, PACE,
AUTO, AMOS, SCOREX)

2.2.2.5 Types of orders

2.2.2.6 Block trading

2.2.3 **New York Stock Exchange Regulations**

2.2.3.1 Rule 60—Dissemination of quotation

2.2.3.2 Rule 61—Recognized quotations

2.2.3.3 Rule 76—"Crossing" orders

2.2.3.4 Rule 77—Prohibited dealings and activities

2.2.3.5 Rule 78—Sell and buy orders coupled at
same price

2.2.3.6 Rule 92—Limitations on member trading
because of customer's orders

2.2.3.7 Rule 97—Limitations on members' trading
because of block positioning

2.2.3.8 Rule 104—Dealings by specialists

2.2.3.9 Rule 127—Block positioning

2.2.3.10 Rule 165—Marking to the market

2.2.3.11 Rule 175—Extension or postponement of
contracts (settlement)

2.2.3.12 Rule 390—Market responsibility rule

2.2.3.13 Rule 393—Secondary distributions (general
understanding)

2.2.3.14 Rule 396—Off-floor transactions in bonds
"Nine bond" rule

2.2.3.15 Rule 410—Records of orders
Transmitted to floor
Carried to floor
Cancellation

By account
Orders subject to SEC Rule 11a-1-T

2.2.3.16 Rule 411—Erroneous reports

2.2.3.17 Rule 435—Miscellaneous prohibitions
Excessive trading by members
Successive transactions by members
Manipulative operations
Circulation of rumors
Reopening a contract
Loans for account of non-members

2.2.3.18 Rule 450—Restriction on giving proxies

2.2.4 **Consolidated Tape Network**

2.2.4.1 Reports all executions of exchange-listed
securities, regardless of where the
transactions occurred

2.2.4.2 Use of the tape for price information

2.2.4.3 Reports of third market activity

2.3 **International Markets**

2.3.1 **Nasdaq International Service Rules**
Applicability
Definitions
Normal business hours
Qualified securities
Access
Requirements applicable to market makers
Automated submission of trading data
Reports
Clearance and settlement of international
transactions
Suspension and termination of quotations by
NASD action
Termination of access
Transaction reporting requirements
Audit trail requirements

2.3.2 **Schedule I to the NASD By-Laws—PORTAL
Market Rules**
Part I—Definitions
Part II—Requirements applicable to
PORTAL securities
Part III—Requirements applicable to
PORTAL dealers and PORTAL brokers
Part IV—Requirements applicable to
PORTAL qualified investors
Part V—Denial, suspension or termination
procedures
Part IV—PORTAL market transactions
Part VII—Rules of fair practice
Part VIII—Arbitration

2.3.3 **International Stock Exchange—
SEAQ/TOPIC/U.S. Nasdaq satellite link**

2.3.4 **Stock Exchange of Singapore (SEDAQ)/U.S.
Nasdaq link**

2.3.5 **Directing orders through foreign affiliates for
execution on foreign exchanges**

2.4 **Securities Exchange Act of 1934 and SEC Rules
Thereunder**

2.4.1 **Section 3—Certain Definitions Under the Act**

2.4.1.1 Section 3(a)(23)(A)—Definition of "clearing
agency"

2.4.1.2 Section 3(a)(38)—Definition of "market
maker"

2.4.1.3   Section 3(a)(51)—Definition of "penny stock"
          Rule 3a51-1—Definition of penny stock

2.4.1.4   Section 3(b)—Other definitions under the Act
          Rule 3b-1—Definition of "listed"
          Rule 3b-8—Definitions of "qualified OTC market maker," "qualified third market maker," and "qualified block positioner"

2.4.2     **Section 11—Trading by Members of Exchanges, Brokers and Dealers**

2.4.2.1   Rule 11-a—Regulation of floor trading

2.4.2.2   Rule 11a1-1(T)—Transactions yielding priority, parity and precedence

2.4.2.3   Rule 11a1-2—Transactions for certain accounts of associated persons of members

2.4.2.4   Rule 11a-1-3(T)—Bona fide hedge transactions in certain securities

2.4.2.5   Rule 11a-1-4(T)—Bond transactions on national securities exchanges

2.4.2.6   Rule 11a-1-5—Transactions by registered competitive market maker and registered equity market makers

2.4.2.7   Rule 11a2-2(T)—Transactions effected by exchange members through other members

2.4.3     **Section 11A—National Market System for Securities**

2.4.3.1   Rule 11Aa2-1—Designation of national market system securities
          Definitions

2.4.3.2   Rule 11Aa3-1—Dissemination of transaction reports and last sale data with respect to transactions in reported securities

2.4.3.3   Rule 11Ac1-1—Dissemination of quotation for reported securities
          Purpose
          Obligations of responsible brokers and dealers
              Communication of quotations and quotation sizes
              Execution of published quotations and quotation sizes
                  Revised quotation size
                  Revised quotations

2.4.4     **Section 15—Registration and Regulation of Brokers and Dealers**

2.4.4.1   Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations
          Rule 15c2-6—Sales practice requirements for certain low priced securities
          Rule 15c2-7—Identification of quotations
          Rule 15c2-11—Initiation or resumption of quotations with specified information

2.4.4.2   Section 15(g)—Requirements for transactions in penny stocks
          Rule 15g-1—Exemptions for certain transactions
          Rule 15g-2—Risk disclosure document relating to the penny stock market
          Rule 15g-3—Broker or dealer disclosure of quotations and other information relating to the penny stock market
          Rule 15g-4—Disclosure of compensation to brokers or dealers
          Rule 15g-5—Disclosure of compensation of associated persons in connection with penny stock transactions
          Rule 15g-6—Account statements for penny stock customers

2.5       **National Association of Securities Dealers—Regulations**

2.5.1     **Rules of Fair Practice**

2.5.1.1   Section 1—Business conduct of members
          Execution of retail transactions in the over-the-counter market
              Best execution
              Third party transactions

2.5.1.2   Section 4—Fair prices and commissions
          NASD Mark-Up Policy
              Interpretation
              General considerations
              Relevant factors
              Transactions to which the Policy is applicable
              Transactions to which the Policy is not applicable

2.5.1.3   Section 5—Publication of transactions and quotations
              Manipulative and deceptive quotations
              Marking the close

2.5.1.4   Section 6—Offers at stated prices
              Policy with respect to firmness of quotations

2.5.1.5   Section 41—Short sales in Nasdaq securities

2.5.1.6   Section 42—Trading halts in Nasdaq securities

2.5.2     **Fixed Income Pricing System Rules (FIPS rules)**

2.5.2.1   Part 1—Definitions

2.5.2.2   Part 2—Designation of securities quoted in the fixed income pricing system

2.5.2.3   Part 3—Quotation requirements for fixed income pricing system

2.5.2.4   Part 4—Reporting transactions in high yield bonds

2.5.2.5   Part 5—Dissemination of quotation and transaction information

2.5.2.6   Part 6—Compliance with FIPS rules and trade reporting requirements

2.5.3     **Code of Procedure**

2.5.3.1   Article IX—Procedures on grievances concerning the automated systems
              Section 1—Purpose
              Section 2—Form of application
              Section 3—Request for hearing
              Section 5—Decision
              Section 6—Review by the Nasdaq hearing review committee
              Section 7—Findings of the Nasdaq hearing review committee on review
              Section 8—Discretionary review by the Board
              Section 9—Application to Commission for review

2.5.4      **Broker-to-Broker Clearing Procedures**

2.5.4.1      Contract sheet

2.5.4.2      Netted trades

2.5.4.3      Continuous net settlement

2.5.4.4      Money settlement

2.5.4.5      Trade Acceptance & Reconciliation System (TARS)

2.5.4.6      OTC trade comparisons on locked-in trades

2.5.4.7      Comparison sheet or ticket

2.5.4.8      Regular way and when issued contract sheets

2.5.4.9      Firm must be member of one of the following clearing corporations which participates in TARS
        National Securities Clearing Corporation
        Midwest Clearing Corporation
        Philadelphia Clearing Corporation
        Pacific Clearing Corporation

2.5.4.10      Depository Trust Company
        Securities certificate safekeeping
        Exchange effected by computerized bookkeeping entries

2.5.4.11      Clearing funds
        Participant contribution based on processing activity
        Interest earned is transferred to participant

2.5.5      **Uniform Practice Code**

2.5.5.1      Section 1—Score of Uniform Practice Code

2.5.5.2      Section 2—Uniform Practice committees

2.5.5.3      Section 3—Definitions

2.5.5.4      Section 4—When, as and if issued/distributed contracts (NYSE Rule 63)

2.5.5.5      Section 5—Transactions in securities "ex dividend," "ex-rights," or "ex-warrants (NYSE Rules 235 and 236)

2.5.5.6      Section 6—Transactions "ex-interest" in bonds which are dealt in "flat"

2.5.5.7      Section 7—"Ex" liquidating payments

2.5.5.8      Section 8—Transactions in "part redeemed" bonds (NYSE Rule 193)

2.5.5.9      Section 9—Comparisons or confirmations and "Don't Know Notices"

2.5.5.10      Section 10—Description of securities

2.5.5.11      Section 12—Delivery of securities
        Cash
        Regular way
        Seller's option (NYSE Rule 179)
        Buyer's option
        Contracts due on holidays or Saturdays
        Delayed delivery
        Prior to delivery date
        Time and place of delivery

2.5.5.12      Section 16—Units of delivery—stocks

2.5.5.13      Section 17—Units of delivery—bonds

2.5.5.14      Section 17A—Units of delivery—unit investment trust securities

2.5.5.15      Section 18—Units of delivery—certificates of deposit for bonds

2.5.5.16      Section 19—Delivery of securities with draft attached

2.5.5.17      Section 20—Prior to settlement date

2.5.5.18      Section 21—With irregularities

2.5.5.19      Section 26—Delivery of mutilated securities (NYSE Rules 223 and 224)

2.5.5.20      Section 29—Assignments and powers of substitution; delivery of registered securities

2.5.5.21      Section 36—Certificate in name of deceased person, trustee, etc.

2.5.5.22      Section 46—Computation of interest (NYSE Rule 243)

2.5.5.23      Section 48—Due-bills and due-bill checks (NYSE Rule 255)

2.5.5.24      Section 49—Claims for dividends, rights, interest, etc.

2.5.5.25      Section 50—Transfer fees (NYSE Rule 182)

2.5.5.26      Section 51—Reclamations and rejections

2.5.5.27      Section 52—Uniform reclamation form

2.5.5.28      Section 53—Time for delivery on reclamation and manner of settlement

2.5.5.29      Section 56—Irregular delivery; transfer refused; lost or stolen securities

2.5.5.30      Section 58—Marking to the market (NYSE Rules 165, 166, 168)

2.5.5.31      Section 59—"Buying-in" (NYSE Rule 282)

2.5.5.32      Section 60—"Selling-out" (NYSE Rule 283)

2.5.5.33      Section 61—Rights and warrants

2.5.5.34      Section 62—CUSIP number

2.5.5.35      Section 64—Acceptance and settlement of COD orders

2.5.5.36      Section 65—Customer account transfer contracts

2.5.5.37      Section 68—Use of trade acceptance and reconciliation service

2.5.5.38      Section 69—Reconfirmation and pricing service participants

2.5.5.39      Section 70—Clearly erroneous trades

# 3.0
## SUPERVISION OF BROKERAGE OFFICE OPERATIONS

| | |
|---|---|
| 3.1 | **Client Accounts** |
| 3.1.1 | **Types of Accounts** |
| 3.1.1.1 | Cash |
| 3.1.1.2 | Margin (general account) |
| 3.1.2 | **Account Documentation** |
| 3.1.2.1 | New account form |
| 3.1.2.1.1 | Identification data |
| 3.1.2.1.2 | Name and occupation of person(s) with authority to create activity in account<br>Limited authorization<br>Full authorization<br>Discretionary powers to broker/ dealers |
| 3.1.2.1.3 | Payment/delivery and/or duplicate mailing instructions<br>Transfer and ship<br>Hold in "street name"<br>Transfer and hold in safekeeping<br>Hold cash or forward cash balance on settlement date<br>Deliver against payment to a bank or depository<br>Reinvestment plan (reinvesting cash balances) |
| 1.2.3.1.4 | Signature of and acceptance of account by general securities or options principal of firm |
| 3.1.2.2 | Supplementary documentation |
| 3.1.2.2.1 | Hypothecation agreement |
| 3.1.2.2.2 | Loan consent agreement |
| 3.1.2.2.3 | Credit agreement |
| 3.1.2.2.4 | Powers of attorney—discretionary accounts |
| 3.1.2.2.5 | Options agreement |
| 3.1.2.2.6 | Arbitration agreement |
| 3.1.3 | **Customer Accounts and Documents** |
| 3.1.3.1 | Individual customers |
| 3.1.3.2 | Joint customers |
| 3.1.3.3 | Corporate customers |
| 3.1.3.4 | Unincorporated associations (partnerships, charitable organizations, schools, churches, hospitals, investment clubs and hedge funds) |
| 3.1.3.5 | Fiduciaries |
| 3.1.3.5.1 | Prohibition regarding margin accounts and grants of trading authority to others |
| 3.1.3.5.2 | Restrictions regarding "legal investments" |
| 3.1.3.5.3 | Prudent man rules |
| 3.1.3.5.4 | Administrators of estates |
| 3.1.3.5.5 | Trustees |
| 3.1.3.5.6 | Guardians |
| 3.1.3.5.7 | Receivers in bankruptcy |
| 3.1.3.5.8 | Committees or conservators for incompetents |
| 3.1.3.6 | Investment advisors contracts |
| 3.1.3.6.1 | Special omnibus account for broker/ dealer subsidiary or affiliate |
| 3.1.3.6.2 | Introduced accounts of investment advisors' clients |
| 3.1.3.6.3 | Advisors' client account |
| 3.1.4 | **Custodial Accounts under the Uniform Gifts/ Transfers to Minors Act** |
| 3.1.4.1 | Irrevocability of gift |
| 3.1.4.2 | Custodian |
| 3.1.4.2.1 | Appointed by donor |
| 3.1.4.2.2 | Successor custodians |
| 3.1.4.2.3 | Securities registered in name of custodian |
| 3.1.4.2.4 | Legal ownership vested in minor |
| 3.1.4.3 | Securities registered to beneficiary upon attaining majority |
| 3.1.4.4 | Must be cash account—no margin |
| 3.1.4.5 | Securities in account cannot be pledged |
| 3.1.4.6 | Reinvestment of cash proceeds, dividends and interest within reasonable period |
| 3.1.4.7 | Rights and warrants |
| 3.1.4.7.1 | Exercised if sufficient cash is in account; or |
| 3.1.4.7.2 | Liquidated at the market |
| 3.1.4.8 | Reimbursement of expenses to custodian |
| 3.1.4.9 | Use of custodial property for support of minor |
| 3.1.4.10 | Maintenance of records |
| 3.1.5 | **Qualified Retirement Plans** |
| 3.1.5.1 | Individual retirement investment account (IRA) |
| 3.1.5.1.1 | Purpose |
| 3.1.5.1.2 | Contributions |
| 3.1.5.1.3 | Payout period |
| 3.1.5.1.4 | Tax free rollovers |
| 3.1.5.2 | Keogh plans—HR-10 |
| 3.1.5.2.1 | Purpose |
| 3.1.5.2.2 | Funding—annuities, mutual funds, trust accounts, savings accounts |
| 3.1.5.2.3 | Contributions |
| 3.1.5.2.4 | Payout period |
| 3.1.5.2.5 | Eligibility |
| 3.1.5.3 | Other types of qualified plans |
| 3.1.5.3.1 | Corporate pension plans |
| 3.1.5.3.2 | Corporate deferred payment profit-sharing plans |
| 3.1.5.3.3 | Tax-deferred annuity plans |
| 3.1.5.3.4 | 401(k) plans |
| 3.1.5.3.5 | Employee stock ownership plans (ESOP) |
| 3.1.5.3.6 | Eligible worker-owned cooperative (EWOC) |

3.1.5.4   ERISA
Pension plan regulations
Disclosure requirements
Reports to employees
Funding policies
Minimum funding standards
Employers funding objectives
Fiduciary requirements
Fiduciary standards
Diversification of plan investments
Identification of fiduciary
Loans
Prohibited transactions
Self dealing transactions—
prohibitions and exemptions
Transfer of plan assets
Investment of pension plans

3.1.6   **Non-Qualified Retirement Plans**

3.1.6.1   Payroll deduction plans

3.1.6.2   Deferred compensation plans

3.1.7   **Requirements regarding accounts of deceased/incompetent persons**

3.1.7.1   Outstanding orders
Cancel open orders
Freeze assets in account until necessary
documents are obtained from administrator,
executor, or conservator of estate

3.1.7.2   Death or incompetence of a joint tenant
Presentation of death certificate and
inheritance tax waiver, letters
testamentary or other required documents
before assets in account are released
Assignment by surviving/competent
tenant and by the legal representative of
the deceased/incompetent tenant

3.1.7.3   Death or incompetence of tenant-in-common
Freeze assets and acceptance of orders
until instructions are received from
survivor(s) and executor, administrator,
or conservator of the estate together with
applicable inheritance tax waivers, letters
testamentary or other required documents

3.1.7.4   Death or incompetence of a partner
Required authority from surviving/
competent partners before executing any
further orders
Follow stipulations in partnership
agreement

3.1.7.5   Death or incompetence of principal on a
power of attorney
Immediate termination of power

3.1.8   **Transactions in Client Accounts**

3.1.8.1   Entering an order
Client identifier
RR identifier
Originating office identifier (if applicable)
Security description (symbol)
Number of shares or bonds
Where traded (NYSE, ASE, Nasdaq, etc.)
Action
Price and qualifications
Type of account (cash, margin, special
bond, etc.)
Settlement instructions if not established

when account was opened

3.1.8.2   Review report of execution
Check against order ticket
Report execution to client
Report all errors immediately through
appropriate firm channels
Check client's confirmation for accuracy

3.1.8.3   Records of customer transactions

3.1.9   **Primary Functions of Operations and
Support Departments (definitional knowledge
only)**

3.1.9.1   Order department

3.1.9.2   Purchase and sales department

3.1.9.3   Margin department

3.1.9.4   Cashiering department

3.1.9.5   Dividend department

3.1.9.6   Proxy department

3.1.9.7   Reorganization department

3.1.9.8   Stock record department

3.1.9.9   Controller

3.2   **Extensions of Credit in the Securities Industry**

3.2.1   **General Margin Account**

3.2.1.1   Long accounts

3.2.1.1.1   Federal margin requirements for
purchases—Regulation T
Initial margin requirement
Reg T excess
Withdrawing Reg T excess
Purchasing additional securities
with Reg T excess
Depositing securities to meet a
Reg T call
Buying power of Reg T excess

3.2.1.1.2   Maintenance margin requirements
(NASD Rules of Fair Practice-Section 30
and NYSE Rules 431 and 432)
Minimum initial equity requirement
Minimum maintenance requirement
Maintenance call
Meeting a maintenance call with a
cash deposit
Meeting a maintenance call by
liquidating securities
Calculating the point below which a
long account will incur a maintenance
call

3.2.1.1.3   Special memorandum account
Purpose
Withdrawals of SMA

3.2.1.1.4   Sales of long positions
Sales in a properly margined account
Sales in a restricted account
Sales in a restricted account to meet a
previous Reg T call
Withdrawals of stock from a
restricted account

3.2.1.2   Short accounts
Federal initial requirements for short sales
Minimum equity requirement
Calculating the point above which a short

| | |
|---|---|
| | account will incur a maintenance call |
| | Covered short transactions |
| | Short-selling power |
| 3.2.1.3 | Mixed accounts |
| | Reg T excess |
| | Maintenance requirements |
| 3.2.1.4 | Margin substitutions |
| | Equal substitutions |
| | Unequal substitutions |
| | Adjusted debit balance |
| **3.2.2** | **Other Types of Securities Accounts** |
| 3.2.2.1 | Cash account |
| | Arbitrage account |
| | Omnibus account |
| | Broker/dealer credit account |
| | Market functions account |
| | Nonsecurities credit account |
| **3.2.3** | **Withdrawal of Dividend and Interest Credits** |
| **3.2.4** | **Other Provisions of Regulation T of the Federal Reserve Board** |
| 3.2.4.1 | Definitions |
| | Creditor |
| | Customer |
| | Registered security |
| | OTC margin stock |
| | Margin security |
| | Exempted security |
| | Non-equity security |
| 3.2.4.2 | Letters of credit |
| 3.2.4.3 | Contents of general account |
| 3.2.4.4 | General rule |
| | Prompt payment |
| 3.2.4.5 | Extensions of time |
| 3.2.4.6 | Cash accounts |
| | Prompt deposits of securities sold |
| | Prompt payment for securities purchased |
| | Payment vs delivery |
| | Extensions of time |
| | Customer debits not exceeding $500 |
| | Frozen accounts |
| 3.2.4.7 | Borrowing by broker/dealers |
| 3.2.4.8 | Certain technical details |
| 3.2.4.9 | Miscellaneous provisions |
| | Arranging for loans by others |
| | Maintenance of credit |
| | Statement of purpose of loan |
| **3.2.5** | **Credit by Banks for the purpose of purchasing or carrying margin stocks— Regulation U of the Federal Reserve Board** |
| 3.2.5.1 | Purpose credit secured by stock |
| 3.2.5.2 | Exceptions from general rule for broker/dealers |
| 3.2.5.3 | OTC market maker exemption |
| **3.2.6** | **General Purpose of Other FED Credit Regulations** |
| 3.2.6.1 | Regulation G—Securities credit by persons other than banks, brokers or dealers |
| 3.2.6.2 | Regulation X—Rules governing borrowers who obtain securities credit |

| | |
|---|---|
| **3.2.7** | **Mechanics of Short Sales** |
| 3.2.7.1 | Borrowing securities |
| | Securities held by executing broker/dealers |
| | Borrowing securities from other broker/dealers |
| | Borrowing securities from institutional investors |
| | Lending at a premium |
| | Lending at a rate |
| 3.2.7.2 | Lender's privileges |
| | Return of securities |
| | Marking to the market |
| | Interest on bonds loaned |
| | Cash dividends |
| | Stock dividends |
| | Subscription rights |
| | Voting rights |
| 3.2.7.3 | Closing the contract |
| | Short against the box |
| | Closing purchases |
| **3.3** | **Securities Exchange Act of 1934 and SEC Rules Thereunder** |
| **3.3.1** | **Section 3—Definitions Under the Act** |
| 3.3.1.1 | Rule 3a12-9—Exemption of certain direct participation program securities from the restrictions regarding the extending or arranging of credit under Sections 7(c) and 11(d)(1) |
| 3.3.1.2 | Rule 3b-3—Definition of "short sale" |
| **3.3.2** | **Section 10—Regulation of the use of manipulative and deceptive devices** |
| 3.3.2.1 | Section 10(a)—Short sales and stop-loss orders |
| 3.3.2.1.1 | Rule 10a-1—Short sales |
| | Uptick and zero plus tick restriction |
| | Adjustments ex-distribution |
| | Long or short order notation |
| | Requirements for long sales |
| | Exemptions |
| 3.3.2.1.2 | Rule 10a-2—Requirements for covering purchases |
| | Prohibitions and exemptions on loans of securities by broker/dealers to cover purchases |
| 3.3.2.2 | Section 10(b)—Use or employment of manipulative or deceptive devices |
| 3.3.2.2.1 | Rule 10b-10—Confirmation of transactions |
| 3.3.2.2.2 | Rule 10b-16—Disclosure of credit terms in margin transactions |
| 3.3.2.2.3 | Rule 10b-17—Untimely announcements of record dates |
| **3.3.3** | **Section 11—Trading by Members of Exchanges, Brokers and Dealers** |
| 3.3.3.1 | Section 11(d)(1)—Extension of credit |
| 3.3.3.1.1 | Rule 11d-1—Exemption of certain securities from Section 11(d)(1) |
| 3.3.3.1.2 | Rule 11d1-2—Exemption from Section 11(d)(1) for certain investment company securities held by broker/dealers as |

| | collateral in margin accounts |
| 3.3.4 | **Section 15—Registration and Regulation of Brokers and Dealers** |
| 3.3.4.1 | Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances |
| 3.3.4.1.1 | Rule 15c1-5—Disclosure of control |
| 3.3.4.1.2 | Rule 15c1-6—Disclosure of interest in distributions |
| 3.3.4.1.3 | Rule 15c1-7—Discretionary accounts |
| 3.3.4.2 | Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations |
| 3.3.4.2.1 | Rule 15c2-5—Disclosure and other requirements when extending or arranging credit in certain transactions |
| 3.4 | **National Association of Securities Dealers—Regulations** |
| 3.4.1 | **Rules of Fair Practice** |
| 3.4.1.1 | Section 12—Disclosure on confirmations |
| 3.4.1.1.1 | Third market confirmations |
| 3.4.1.2 | Section 13—Disclosure of control |
| 3.4.1.3 | Section 14—Disclosure of participation or interest in primary or secondary distribution |
| 3.4.1.4 | Section 15—Discretionary accounts (NYSE Rule 408) |
| 3.4.1.4.1 | Excessive transactions |
| 3.4.1.4.2 | Authorization and acceptance of account |
| 3.4.1.4.3 | Approval and review of transactions |
| 3.4.1.4.4 | Exception |
| 3.4.1.5 | Section 21—Books and records (NYSE Rules 406 and 440) |
| 3.4.1.5.1 | Requirements |
| 3.4.1.5.2 | Marking of customer order tickets |
| 3.4.1.5.3 | Customer account information |
| 3.4.1.5.4 | Record of written complaints |
| 3.4.1.5.5 | "Complaint" defined |
| 3.4.1.5.6 | Requirements when using predispute arbitration agreements with customers |
| 3.4.1.6 | Section 45—Customer account statements |

4.0

# SALES SUPERVISION: GENERAL SUPERVISION
# OF EMPLOYEES: REGULATORY FRAMEWORK OF NASD

4.1        Securities Exchange Act of 1934 and SEC Rules
           Thereunder

4.1.1          Section 3—Certain Definitions Under the Act

4.1.1.1            Section 3(a)(10)—Definition of "security"
                   (NYSE Rule 3)

4.1.1.2            Section 3(a)(39)—Definition of "statutory
                   disqualification"

4.1.1.2.1              Rule 3a11-1—Definition of the term
                       "equity security"

4.1.1.2.2              Rule 3a12-2—Exemption of certain
                       securities, the income on which is
                       substantially guaranteed by states or
                       political subdivisions thereof

4.1.1.2.3              Rule 3b-5—Non-exempt securities issued
                       under governmental obligations

4.1.2          Section 9—Prohibitions against manipulation
               of security prices

4.1.2.1            Section 9(a)(1)—Misleading appearance of
                   active trading

4.1.2.2            Section 9(a)(2)—Inducing purchase or sale
                   by others

4.1.2.3            Section 9(a)(3)—Dissemination of
                   information as to rise or fall of security prices

4.1.2.4            Section 9(a)(4)—Making false or misleading
                   statements

4.1.2.5            Section 9(a)(5)—Dissemination of
                   information for consideration

4.1.2.6            Section 9(a)(6)—Pegging, fixing or
                   stabilizing prices

4.1.2.7            Section 9(e)—Liability for unlawful acts
                   or transactions

4.1.3          Section 10—Regulation of the Use of
               Manipulative and Deceptive Devices

4.1.3.1            Section 10(b)—Use or employment of
                   manipulative and deceptive devices

4.1.3.2               Rule 10b-1—Prohibitions with respect to
                      securities exempted from registration

4.1.3.4               Rule 10b-3—Employment of
                      manipulative and deceptive devices
                      by brokers or dealers

4.1.4          Section 15—Registration and Regulation of
               Brokers and Dealers

4.1.4.1            Section 15(a)(1)—Prohibitions relating to
                   unregistered broker/dealers
                   Rule 15a-6—Exemption of certain foreign
                   brokers or dealers

4.1.4.2            Section 15(b)(4)—Sanctions against brokers
                   or dealers

4.1.4.3            Section 15(b)(6)—Sanctions for person
                   associated with broker or dealer

4.1.4.4            Section 15(c)(1)—Manipulative, deceptive or
                   fraudulent devices or contrivances
                   Rule 15c1-1—Definitions
                   Rule 15c1-2—Fraud and
                   misrepresentation

                   Rule 15c1-3—Misrepresentation by
                   brokers and dealers as to registration

4.1.5          Section 17—Accounts and Records, Reports,
               Examinations of Exchanges, Members and
               Others

4.1.5.1            Section 17(f)—Requirements with respect
                   to missing, lost, counterfeit or stolen
                   securities and fingerprinting of employees
                   of broker/dealers
                   Rule 17f-2—Fingerprinting of securities
                   industry personnel (general requirement)

4.2        Insider Trading Regulations

4.2.1          Insider Trading and Securities Fraud
               Enforcement Act of 1988

4.2.1.1            Section 3—Civil penalties of controlling
                   persons for illegal insider trading by
                   controlled persons

4.2.1.1.1              Securities Exchange Act of 1934
                       Section 15(f)—Policies and
                       procedures to be developed by
                       broker/dealers to prevent misuse
                       of material, non-public information
                       Section 21(d)—Injunctions and
                       prosecution of offenses
                       Section 21A—Civil penalties
                           Section 21A(a)—Authority to
                           impose civil penalties
                           Section 21A(b)—Limitations on
                           liability
                           Section 21A(c)—Authority of
                           Commission
                           Section 21A(e)—Authority to
                           award bounties to informants
                           Section 21A(f)—Definition of
                           "profit gained" and "loss avoided"

4.2.1.1.2              Investment Advisers Act of 1940
                       Section 204—Annual and other
                       reports
                       Section 204A—Prevention of
                       misuse of non-public information

4.2.1.2            Section 4—Increases in criminal penalties

4.2.1.2.1              Securities Exchange Act of 1934
                       Section 32(a)—Penalties

4.2.1.3            Section 5—Liability to contemporaneous
                   traders for insider trading

4.2.1.3.1              Securities Exchange Act of 1934
                       Section 20A—Liability to
                       contemporaneous traders for insider
                       trading
                       Section 20A(a)—Private rights of
                       action based on contemporaneous
                       trading
                       Section 20A(b)—Limitations on
                       liability
                       Section 20A(c)—Joint and several
                       liability for communicating

4.2.2          Securities Exchange Act of 1934 and SEC
               Rules Thereunder

4.2.2.1            Section 10—Regulation of the use of

manipulative and deceptive devices
Section 10(b)—Use or employment of
manipulative and deceptive devices
Rule 10b-5—Employment of
manipulative and deceptive devices
Insider trading
Material information
Non-public information
Insiders and tippees
The Chinese Wall doctrine

4.3   National Association of Securities Dealers—
Regulations
4.3.1   Certificate of Incorporation
4.3.1.1   Third Section—Objects or purposes
4.3.2   By-Laws
4.3.2.1   Article I—Definitions
4.3.2.2   Article II—Qualifications of members and
associated persons
4.3.2.2.1   Section 1—Persons eligible to become
members and associated persons
4.3.2.2.2   Section 2—Authority of Board to adopt
qualification requirements
Schedule C
Part I—Applications for
membership
Pre-membership interviews
Removal of restrictions
imposed
Changes in ownership or
control of existing members
Notification to the District
Office of certain events
Part II—Registration of principals
Definition of principal
Categories of principal
registration
General securities principal
Limited principals
Part III—Registration of
representative
Definition of representative
Categories of representative
registration
General securities
representative
Limited representatives
Part IV—Assistant representative-
order processing
Part V—Disciplinary actions
Part VI—Persons exempt from
registration
Part VII—Qualification
examinations and waiver of
requirements
Part VIII—Confidentiality of
examinations
Resolution of the Board of
Governors
Failure to register personnel
Explanation of the Board of
Governors
Appointment of executive
representative
Part XI—Registration of
government securities principals

and representatives
4.3.2.2.3   Section 3—Ineligibility of certain persons
for membership or association
4.3.2.2.4   Section 4—Definition of disqualification
(NYSE Rule 351)
4.3.2.3   Article III—Membership
4.3.2.3.1   Section 1—Application for membership
4.3.2.3.2   Section 3—Executive representative
4.3.2.3.3   Section 5—Resignation of members
4.3.2.3.4   Section 6—Transfer and termination of
membership
4.3.2.3.5   Section 7—Registration of branch offices
4.3.2.3.6   Section 8—Vote of branch offices
4.3.2.3.7   Section 9—District Committees' right to
classify branches
4.3.2.4   Article IV—Registered representatives and
associated persons (NYSE Rule 345)
4.3.2.4.1   Section 1—Qualification requirements
4.3.2.4.2   Section 2—Application for registration
4.3.2.4.3   Section 3—Notification by member to
Corporation and associated person of
termination; amendments to notification
4.3.2.4.4   Section 4—Retention of jurisdiction
4.3.2.5   Article XIII—Disciplinary proceedings
4.3.2.6   Article XIV—Powers of Board to prescribe
sanctions
4.2.3.7   Article XVI—Limitation of Powers
4.2.3.7.1   Section 2—Use of name of
Corporation by members
4.3.3   Rules of Fair Practice
4.3.3.1   Article I—Adoption and applicability
Section 5—Applicability
4.3.3.2   Article II—Definitions
4.3.3.3   Article III—Rules of fair practice
4.3.3.3.1   Section 1—Business conduct of members
(NYSE Rule 401)
Prompt receipt and delivery of
securities
Forwarding of proxy and other
materials (NYSE Rule 451)
4.3.3.3.2   Section 2—Recommendations to
customers (NYSE Rule 405)
Fair dealing with customers
Recommending speculative
low-priced securities
Excessive trading activity
Trading in mutual fund shares
Fraudulent activity
Recommending purchases beyond
customer capability
4.3.3.3.3   Section 3—Charges for services
performed
4.3.3.3.4   Section 9—Use of information obtained
in a fiduciary capacity
4.3.3.3.5   Section 10—Influencing or rewarding
employees of others (NYSE Rules 350
and 353)

4.3.3.3.6    Section 11—Payment designed to influence market prices, other than paid advertising

4.3.3.3.7    Section 18—Use of fraudulent devices

4.3.3.3.8    Section 20—Installment or partial payment sales
  Prohibition
  Hypothecation

4.3.3.3.9    Section 25—Dealing with non-members
  Transactions with non-members
  Transactions with foreign non-members
  Non-member broker or dealer
  Interpretation of the Board of Governors
    Non-member of the Association
      Member
      Expelled dealer
      Suspended dealer
      Broker or dealer whose registration is revoked by the SEC
      Membership resigned or canceled
  Transactions in exempted securities
  Transactions on an exchange
  OTC transactions in securities other than "exempted securities"

4.3.3.3.10    Section 26—Investment companies
  Application
  Definitions
  Conditions for discounts to dealers
  Sales charge
  Selling dividends
  Withhold orders
  Purchase for existing orders
  Refund of sales charge
  Repurchase from dealer
  Execution of investment company portfolio transactions
  Dealer concessions
  Prompt payment for investment company shares
  Disclosure of deferred sales charges

4.3.3.3.11    Section 27—Supervision (NYSE Rules 342 and 405)
  Supervisory system
  Written procedures
  Internal inspections
  Written approval
  Qualifications investigated
  Applicant's responsibility
  Definitions
  Office of supervisory jurisdiction
  Branch office

4.3.3.3.12    Section 28—Transactions for or by associated persons (NYSE Rule 407)
  Determine adverse interest
  Obligations of executing member
  Obligations of associated persons concerning an account with a member
  Obligations of associated persons concerning an account with an investment adviser, bank or other financial institution
  Exemption for transactions in investment company shares and unit investment trusts
    (NOTE: Section 28 required prior written notification to the employer member; Rule 407 requires the prior written consent of the employer)

4.3.3.3.13    Section 29—Variable contracts of an insurance company
  Application
  Definitions
  Sales charges
  Receipt of payment
  Transmittal
  Selling agreements
  Redemption

4.3.3.3.14    Section 32—Fidelity bonds (NYSE Rule 319)
  Application
  Authority of Board
  Appendix C
    Coverage required
    Deductible provision
    Annual review of coverage
    Notification of change

4.3.3.3.15    Section 35—Communications with the public (NYSE Rule 472)
  Definitions
    Advertisement
    Sales literature
  Approval and recordkeeping
  Filing requirements and review procedures
  Standards applicable to communications with the public
    General standards
    Specific standards
      Necessary data
      Recommendations
      Claims and opinions
      Hedge clauses
      Recruiting advertising
      Periodic investment plans
      References to regulatory organizations
      Identification of sources
  Application of SEC rules
  Standards applicable to the use and disclosure of the NASD member's name
  Guidelines regarding communications with the public about collateralized mortgage obligations (CMOs)

4.3.3.3.16    Section 40—Private securities transactions
  Applicability
  Written notice
  Transactions for compensation
  Transactions not for compensation
  Definitions
    Private securities transaction
    Selling compensation

4.3.3.3.17    Section 43—Outside business activity (NYSE Rule 346)
    (NOTE: Section 43 requires prior

written notification by an associated person be made to a member: Rule 346 requires that a written request be made by an associated person and that the member employer provide prior written consent.)

4.3.3.4    Article IV—Complaints (NYSE Constitution. Article IX)

4.3.3.4.1    Section 1—Availability to customers of Certificate. By-Laws. Rules and Code of Procedure

4.3.3.4.2    Section 2—Complaints by public against members for violations of rules

4.3.3.4.3    Section 3—Complaints by DBCC

4.3.3.4.4    Section 4—Complaints by the Board of Governors

4.3.3.4.5    Section 5—Reports and inspection of books for purpose of investigating complaints

4.3.3.4.6    Resolution of the Board of Governors Suspension of members for failure to furnish information duly requested

4.3.3.5    Article V—Sanctions for violation of the rules

4.3.3.5.1    Section 1—Penalties for violation of the rules Interpretation of the Board of Governors
The effect of a suspension or revocation of the registration. if any, of a person associated with a member or the barring of a person from further association with any member
Resolution of the Board of Governors Notice to membership and press of suspensions. expulsions. revocations, and monetary sanctions and release of certain information regarding disciplinary history of members and their associated persons

4.3.3.5.2    Section 2—Payment of fines. other monetary sanctions, or costs

4.3.3.5.3    Section 3—Cost of proceedings

4.3.4    **Code of Procedure**

4.3.4.1    Article I—Application and purpose of Code
Section 1—Purpose
Section 2—Definitions

4.3.4.2    Article II—Disciplinary actions by DBCC the Market Surveillance Committee and others
Section 1—Issuance of complaints by Committees
Section 2—Form. content. notice and withdrawal of complaints
Section 4—Request for hearing
Section 5—Venue
Section 6—Hearing panels
Section 8—Decision of committee
Section 10—Acceptance. waiver and consent and summary complaint procedures
Section 11—Settlement procedure

4.3.4.3    Article IV—Imposition of sanctions and costs
Section 1—Sanctions
Section 2—Cost of proceedings

4.3.4.4    Article VIII—Summary suspension
Section 1—Summary action
Section 2—Written notification
Section 4—Hearing
Section 5—Decision
Section 6—Review by Board
Section 8—Application to Commission for review
Section 9—Application to Commission for stay of summary action

4.3.4.5    Article X—Miscellaneous

4.3.5    **Code of Arbitration Procedure**

4.3.5.1    Part I—Administrative provisions
Section 1—Matters eligible for submission
Section 4—Composition and appointment of panels

4.3.5.2    Part II—Industry and clearing controversies

4.3.5.3    Part III—Uniform code of arbitration

Section 12—Required submission (NYSE Rule 600)
Section 13—Simplified arbitration (NYSE Rule 601)
Section 19—Designation of number of arbitrators
Section 20—Composition of panels
Section 23—Disclosures required of arbitrators
Section 25—Initiation of proceedings
Section 31—General provisions governing pre-hearing proceedings
Section 35—Interpretation of provisions of code and enforcement of arbitrator rulings
Section 41—Awards
Paragraph 3744—Failure to act under provisions of Code of Arbitration Procedure

4.4    **Uniform State Law**

4.4.1    **Definitions under the Act**

4.4.1.1    Agent

4.4.1.2    Broker/dealer

4.4.2    **Registration Requirements for Broker/Dealers**

4.4.2.1    Requirements

4.4.2.2    Applications

4.4.2.3    Standards

4.4.2.4    Terms of registration

4.4.2.5    Post registration provision

4.4.3    **Fraudulent and Other Prohibited Business Practices Under the Act**

4.4.3.1    Sales and purchases

4.4.3.2    Prohibited business practices

4.4.3.3    Regulatory oversight

4.4.3.4    Criminal penalties

4.4.3.5        Civil liabilities
4.4.3.6        Scope of the Act
4.4.3.7        General provisions

# 5.0
# COMPLIANCE WITH FINANCIAL RESPONSIBILITY RULES

5.1     Securities Act of 1934 and SEC Rules Thereunder

5.1.1     Section 15—Registration and Regulation of Brokers and Dealers

5.1.1.1     Section 15(c)(2)—Fraudulent acts or practices and fictitious accounts

5.1.1.1.1     Rule 15c2-1—Hypothecation of customers' securities (See Rule 8c-1)
          General provisions
          Definitions
          Exemption for cash accounts
          Exemption for clearing house liens
          Exemption for certain liens on securities of non-customers
          Notice and certification requirements

5.1.1.2     Section 15(c)(3)—Financial responsibility of brokers and dealers

5.1.1.2.1     Rule 15c3-1—Net-capital requirements for brokers and dealers (NYSE Rules 325 and 326)

5.1.1.2.1.1     Minimum net capital requirements Broker/dealers engaging in a general securities business
          Broker/dealers who do not generally carry customers' accounts
          Certain additional capital requirements for market makers

5.1.1.2.1.2     Definitions and general understanding of the following terms
          Aggregate indebtedness
          Net capital including adjustments to net worth for illiquid assets
          Securities differences—treatment when computing net capital
          Haircuts—effect on capital of proprietary positions
               Additional haircuts on securities with a limited market, unduly concentrated positions and non-marketable securities
          Open contractual commitments
          Treatment of aged fails to deliver

5.1.1.2.1.3     Debt-Equity requirements

5.1.1.2.1.4     Withdrawal of equity capital

5.1.1.2.1.5     Alternative net capital requirement

5.1.1.2.1.6     Appendix D—Satisfactory subordination agreements
          Definitions
               Subordinated loan agreement
               Collateral Value
               Secured demand note
          Minimum requirements of subordination agreements
          Temporary subordinations
          Filing requirements (general)

5.1.1.2.2     Rule 15c3-2—Use of customer free credit balances (NYSE Rule 409)

5.1.1.2.3     Rule 15c3-3—Customer protection—reserves and custody of securities (NYSE Rule 402)
          Definitions
               Customer
               Securities carried for account of a customer
               Fully paid securities
               Margin securities
               Excess margin securities
               Qualified security
               Funds carried for the account of any customer
          Physical possession or control
          Requirement to reduce securities to possession or control—timeliness
          Special reserve bank account for the exclusive benefit of customers
          Notification of banks
          Withdrawals from the reserve bank account
          Buy-in of short security differences
          Exemptions under subsection (k)
          Delivery of fully paid and excess margin securities
          Completion of sell orders on behalf of customers—mandatory buy-in

5.1.2     Section 17—Accounts and Records, Reports, Examinations of Exchanges, Members and Others

5.1.2.1     Section 17(a)(1)—General requirement for the maintenance of records and report filing as prescribed by SEC

5.1.2.1.1     Rule 17a-3—Records to be made by certain exchange members, brokers and dealers (general understanding of major provisions)
          Blotters or other records of original entry
          Ledgers or other records reflecting all assets and liabilities
          Ledger accounts or other records itemizing separately all activity in each cash and margin account
          Subsidiary ledgers
          Securities record of each long and short position (NYSE Rule 421)
          Memorandum of each brokerage order given or received for the purchase or sale of securities
          Memorandum of each purchase and sale for the account of the firm
          Copies of customer confirmations and copies of notices of all other debits and credits for accounts of customers (NYSE Rule 421)
          Identification data on beneficial owners of all cash and margin accounts
          Identification data on beneficial owners of all cash and margin account
          Proof of money balances in all ledger accounts

Questionnaire or application for
employment executed by each
"associated person"
Fingerprint records required by
Rule 17f-2
Exemptions

5.1.2.1.2    Rule 17a-4—Records to be preserved
by certain exchange members, brokers
and dealers
Requirement for ready accessibility
of all records for two years
General type of record to be
maintained for six years
Maintenance of records with respect
to associated persons
Preservation of required records
on microfilm
Outside service bureaus

5.1.2.1.3    Rule 17a-5—Reports to be made by
certain brokers and dealers (NYSE
Rule 418)
Filing of monthly and quarterly reports
Report filed upon termination of
membership interest
Customer statements
Who must furnish the statements
Unaudited statements to be
furnished
Definition of customer
Annual filing of audited financial
statements
Qualification of accountants
Qualified certified public
accountant
Designation of accountant
Independence of accountant
Replacement of accountant
Audit objectives
Accountant's reports—general
provisions
Technical requirements
Representations as to the audit
Opinions to be expressed
Exceptions
Definitions of "audit",
"accountant's report" and
"certified"
Accountant's report on material
inadequacies
Extensions and exemptions
Notification of changes of fiscal
year
Filing requirements

5.1.2.1.4    Rule 17a-8—Financial recordkeeping
and reporting of currency and foreign
transactions

5.1.2.1.5    Rule 17a-10—Report on income and
expenses (general requirement and
relation to FOCUS)

5.1.2.1.6    Rule 17a-11—Notification provisions for
brokers and dealers
Broker/dealers whose net capital
declines below the minimum amount
required
Broker/dealers whose capital structure
fails to meet the debt/equity

requirements of Rule 15c3-1(d)
Broker/dealers whose aggregate
indebtedness is in excess of 1200 per
centum of its net capital
Broker/dealers whose net capital is
less than 5% of aggregate debit items
computed in accordance with the
alternative net capital computation
Broker/dealers who fail to make and
keep current the books and records
specified in Rule 17a-3
Broker/dealers who discover or are
notified by an independent accountant
that material inadequacies exist in
their accounting systems

5.1.2.1.7    Rule 17a-13—Quarterly security counts
to be made by certain exchange members,
brokers and dealers (general requirement)
Requirements for each calendar
quarter year
Persons to perform or supervise
required securities counts

5.1.2.2    Section 17(b)—Inspection by commission or
appropriate regulatory agency

5.1.2.3    Section 17(f)—Requirements with respect
to missing, lost, counterfeit or stolen
securities and fingerprinting of employees of
broker/dealers

5.1.2.3.1    Rule 17f-1—Requirements for reporting
and inquiry with respect to missing, lost,
counterfeit or stolen securities
Definition of "reporting institution"
Reporting requirements
Required inquiries
Permissive inquiries

5.2        Securities Investor Protection Act and SIPC
Rules Thereunder

5.2.1      Membership requirements of SIPC

5.2.2      SIPC Fund

5.2.3      Protection of customers
Determination of need for protection
Court action
SIPC participation

5.2.4      Special provisions of a liquidation proceeding
Purpose
Notice and claims
Payment of customers
Customer related property
Purchase of securities
Closeouts
Transfer of customer accounts

5.2.5      SIPC advances
Advances for customers' claims
Other advances
Discretionary advances

5.2.6      Direct payment procedure

5.2.7      SIPC rules

5.2.7.1    Accounts of separate customers
Individual accounts
Accounts held by executors or
administrators
Accounts held by a corporation,
partnership or unincorporated association

Trust accounts
Joint accounts

5.2.7.2    Prohibited acts
Failure to pay assessment or file reports
Engaging in business after appointment of
trustee or initiation of direct payment
procedure
Concealment of assets; false statements
or claims

5.2.7.3    Advertising by members of SIPC protection
Member of displaying SIPC membership

5.3    **National Association of Securities
Dealers—Regulations**

5.3.1    **By-Laws**

5.3.1.1    Article VI-Dues, Assessments and Other
Charges
Schedule A (general knowledge of types
of income assessed and fee levied)
Section 3—Suspension or cancellation of
membership for non-payment of dues

5.3.2    **Rules of Fair Practice**

5.3.2.1    Article III—Rules of Fair Practice
Section 19—Customers' securities or
funds
Improper use
Authorization to lend—pledging or
lending related to indebtedness
Separate lending authorization
designating securities
Segregation and identification of
securities
Prohibition against guarantees

Sharing in accounts; extent
permissible
Explanation of the Board of Governors
Section 22—Disclosure of financial
condition
Requirement of members to furnish
recent financial statement to other
members
Section 31—Securities "failed to receive"
and "failed to deliver"
Appendix B
Section 38—Regulation of activities of
members experiencing financial and/or
operational difficulties
Restrictions on member's business
expansion when its net capital falls
below certain parameters for more
than 15 consecutive days
Member may be required to reduce
its business
Section 39—Approval of change in
exempt status under SEC Rule 15c3-3
Loss of 15c3-3(k) exemption when
member conducts business that will
disqualify it from the exemption
without the prior written approval
of the NASD

5.3.3    **Code of Procedure**

5.3.3.1    Article V—Limitation and approval
procedures under Article III, Sections 38
and 39 of the Rules of Fair Practice
Procedures under Article III, Section 38
of the Rules of Fair Practice

# RECORDKEEPING REQUIREMENTS UNDER SEC RULE 17a-3

| Section/Item | Currency Requirements[1] | Maintenance Requirements[2] |
|---|---|---|
| 1. Subparagraph (a)(1) — Blotters<br>a) Purchases and sales of securities<br>b) Receipts and deliveries of securities | Blotters must reflect transactions as of trade date and are to be prepared no later than the following business day. | Six (6) years, the first two (2) years in an easily accessible place. |
| 2. Subparagraph (a)(2)<br>a) General ledger | The general ledger must be posted as frequently as may be necessary to determine compliance with the net capital rule; but in any event not less frequently than once each month. | Six (6) years, the first two (2) years in an easily accessible place. |
| 3. Subparagraph (a)(3)<br>a) Customer ledger accounts | Customer ledger accounts must be posted no later than settlement date. | Six (6) years, the first two (2) years in an easily accessible place. |
| 4. Subparagraph (a)(4)<br>a) Securities in transfer<br>b) Dividends and interest received<br>c) Securities borrowed and securities loaned<br>d) Monies borrowed and monies loaned<br>e) Securities failed to receive and failed to deliver<br>f) Long and short stock record differences | a-e) Subsidiary ledgers are to be no later than two days after the date of securities or monies movement.<br><br>e) Fail ledgers must be posted no later than two (2) days subsequent to the settlement date.<br><br>f) Stock record differences are to be posted no later than seven (7) business days after the date of discovery. | a-f) Three (3) years, the first two (2) years in an easily accessible place. |
| 5. Subparagraph (a)(5)<br>a) Position record | The position record must be posted no later than the business day after settlement date or the date of securities movement. | Six (6) years, the first two (2) years in an easily accessible place. |
| 6. Subparagraphs (a)(6) and (a)(7)<br>a) Agency sales tickets<br>b) Principal sales tickets | These records are to be prepared before the execution of the transaction. | Three (3) years, the first two (2) years in an easily accessible place. |
| 7. Subparagraph (a)(8)<br>a) Confirmations<br>b) Comparisons | These records are to be prepared no later than the business day after the transaction day. | Three (3) years, the first two (2) years in an easily accessible place. |
| 8. Subparagraph (a)(9)<br>a) Cash account record<br>b) Margin account record | Customer account records must be prepared before transactions are effected in an account. | Six (6) years after the closing of such account. |
| 9. Subparagraph (a)(10)<br>a) Option records | Option records are to be prepared no later than the business date following the date the option was written. | Three (3) years, the first two (2) years in an easily accessible place. |
| 10. Subparagraph (a)(11)<br>a) Trial balance | Trial balances must be prepared not later than ten (10) business days after the end of an accounting period. | Three (3) years, the first two (2) years in an easily accessible place. |
| 11. Subparagraph (a)(12)<br>a) Associated person's application | An associated person's employment application should be prepared at/or prior to commencement of employment. | Three (3) years after termination of employment. |

[1] See Securities Exchange Act Release No. 12738, dated April 26, 1974.<br>[2] See SEC Rule 17a-4, as amended December 17, 1975.

## SAMPLE QUESTIONS

The questions which appear below are similar in format and content to questions on the examination. These sample questions, however, is not intended to exactly parallel either the level of difficulty or the subject coverage of the actual examination. Their purpose here is to assist candidates and training personnel in preparing for the types of multiple choice questions which will appear on the examination.

## ANSWERS TO
## SAMPLE QUESTIONS
1. (B)
2. (D)
3. (D)
4. (A)
5. (C)

## SAMPLE TEST QUESTIONS

1. A customer wishes to purchase securities in a margin account. In order for the broker/dealer to borrow money with the margined securities, the customer must sign which of the following?

(A)  Power of attorney
(B)  Hypothecation agreement
(C)  Discretionary account agreement
(D)  Maintenance agreement

2. Under what conditions may an NASD member firm sell "hot issue" securities to one of its non-registered employees?

(A)  The amount of the purchase is small and not disproportionate to the size of the issue.
(B)  The employee promises in writing to hold the securities for two years.
(C)  The transaction is consistent with the employee's normal investment practice.
(D)  Under no circumstances

3. Each of the following is a violation of NASD rules EXCEPT:

(A)  "backing away"
(B)  interpositioning
(C)  free-riding and withholding
(D)  marketing to the market

4. While engaged in a distribution, a managing underwriter may do each of the following EXCEPT

(A)  solicit purchases through an updated research report
(B)  accept unsolicited buy orders
(C)  effect stabilizing transactions
(D)  solicit purchase through use of a prospectus

5. Broker/dealer report on lost or stolen U.S. Government and agency securities are to be filed with the:

(A)  NASD
(B)  Designated Examining Authority
(C)  Secunnes Information Center
(D)  Uniform Practice Committee