# EXHIBIT 25

| # | Date | Description | Source |
|---|---|---|---|
| 950 | 3/6/2015 | Email | AAM receiver |
| 951 | 3/6/2015 | Email | AAM Receiver |
| 952 | 3/12/2015 | email | AAM receiver |
| 953 | 3/20/2015 | Email | AAM receiver |
| 954 | 3/25/2015 | Email | AAM Receiver |
| 955 | 3/25/2015 | Email | AAM Receiver |
| 956 | 3/28/2015 | Email | AAM Receiver |
| 957 | 4/1/2015 | Amended and Restated Limited Liability Company Agreement for GMT Duncan LLC | AAM receiver |
| 958 | 4/10/2015 | Email | AAM receiver |
| 959 | 4/15/2015 | Email | AAM receiver |
| 960 | 4/15/2015 | Email | AAM receiver |
| 961 | 4/15/2015 | Email | AAM receiver |
| 962 | 4/16/2015 | Email | AAM receiver |
| 963 | 4/21/2015 | Email | AAM Receiver |
| 964 | 4/21/2015 | Email | AAM Receiver |
| 965 | 4/24/2015 | Email | AAM receiver |
| 966 | 4/24/2015 | Email | AAM receiver |
| 967 | 4/27/2015 | Email | AAM receiver |
| 968 | 4/30/2015 | Email | AAM receiver |
| 969 | 4/30/2015 | Email | AAM receiver |
| 970 | 5/3/2015 | Email | AAM Receiver |
| 971 | 5/4/2015 | Email | AAM Receiver |
| 972 | 5/5/2015 | Email | AAM receiver |
| 973 | | Investment Guidelines BBB/BB Crossover (AAM) | AAM receiver |
| 974 | | Investment Guidelines RMBS Portfolio | AAM receiver |
| 975 | 9/10/2014 | September 10, 2014 – Deary, Morton, Mike Allen, and Shone email about setting up a call and agree to speak at noon the next day. | AAM Receiver |
| 980 | | PHA Statement of Investment Objectives Policy and Guidelines | Murray |
| 981 | 9/4/2014 | Hughes Memo re: Hirst Employment | Murray |
| 982 | 5/25/2015 | TD Ameritrade LLC/ Partnership account application for Thorsdale | Murray |
| 983 | 9/4/2015 | Compliance sheet | Murray |
| 984 | 12/3/2015 | Code Rebel transfer journal | Murray |
| 1000 | 8/29/2014 | AAM ADV Form | ADV |
| 1001 | 9/1/2014 | AAM ADV Form | ADV |
| 1002 | 3/25/2015 | AAM ADV Form | ADV |
| 1003 | 3/31/2015 | AAM ADV Form | ADV |
| 1004 | 5/1/2015 | AAM ADV Form | ADV |
| 1005 | 5/1/2015 | AAM ADV Form | ADV |
| 1006 | 5/1/2015 | AAM ADV Form | ADV |
| 1007 | 5/4/2015 | AAM ADV Form | ADV |
| 1008 | 9/16/2015 | AAM ADV Form | ADV |
| 1009 | 9/24/2015 | AAM ADV Form | ADV |
| 1010 | | IARD Filing History | ADV |
| 1020 | | Archer CRD Report | FINRA |
| 1021 | | Galanis CRD Report | FINRA |
| 1022 | | Hirst CRD Report | FINRA |
| 1023 | | Morton CRD Report | FINRA |
| 1024 | | Series 7 Study Guide | FINRA |
| 1025 | | Series 24 Study Guide | FINRA |
| 1026 | | Series 63 Study Guide | FINRA |
| 1027 | | Series 86-87 Study Guide | FINRA |
| 1040 | 4/26/2007 | Jason Galanis SEC judgement | Old Court Docs |
| 1041 | 2/15/2017 | Jason Galanis Gerova judgement | Old Court Docs |