# EXHIBIT 27

From: Devon Archer [darcher@rosemontcapital.com]
Sent: 12/20/2014 1:49:45 AM
To: jason galanis [jason@holmbycompanies.com]
CC: Bevan Cooney [btcooney@gmail.com]
Subject: Re: VL Assurance - Funded

Weasels win!

Devon Archer
646 436 3745

On Dec 19, 2014, at 7:12 PM, jason galanis <jason@holmbycompanies.com> wrote:

> WEASELS gettin' shit done
>
> Begin forwarded message:
>
> From: Jason Sugarman <jsugarman@camdencap.com>
> Subject: **Re: VL Assurance - Funded**
> Date: December 19, 2014 at 4:03:08 PM PST
> To: Gary Hirst <gary@hirstlaw.com>
> Cc: "Jason Galanis (jason@holmbycompanies.com)" <jason@holmbycompanies.com>
>
> Were in biz! Thanks
>
> Sent from my iPhone
>
> On Dec 19, 2014, at 3:17 PM, "Gary Hirst" <gary@hirstlaw.com> wrote:
>
>> <image001.png>
>> <image001.png>

GOVERNMENT EXHIBIT 2067
16 Cr. 371 (RA)

Confidential Material                                            SearchWarrant_v2_00030025