USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the schedule is amended as follows:

- The trial is adjourned until May 22, 2018.

- A conference to discuss remaining pretrial motions—but not the motions *in limine*—is scheduled for April 19, 2018 at 12:00 p.m., to be held in courtroom 110.

- The final pre-trial conference is adjourned until May 16, 2018 at 2:00 p.m.

- Upon consent of all of the parties, time is excluded through May 22, 2018 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   April 13, 2018
         New York, New York

Ronnie Abrams
United States District Judge