# PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

April 16, 2018

**By Email**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> The government shall confer with the BOP and promptly update the Court on the medical testing that John Galanis should expect to receive upon arrival in this District. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> April 16, 2018

Re: <u>United States v. John Galanis</u>,
    16 CR 371 (RA)

Your Honor,

I am writing to follow up on last week's conference regarding Mr. Galanis' health requirements. I am respectfully asking the Court to once again Order the BOP to give Mr. Galanis the medical attention that is necessitated by his current medical condition. I have already written the Government asking for whatever help they can provide when Mr. Galanis finally arrives within this jurisdiction. I am just fearful after having seen what has occurred over the past few months and my inability to get the BOP to act, that nothing is going to occur once he is here in New York. I thank you for any help that the Court can provide.

Thank you very much for your consideration of this matter.

**MEMO ENDORSED**

Most Respectfully,

David Touger, Esq.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/18