```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/18/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing set for April 19th is adjourned until April 26th at 2:30 p.m. As previously indicated, it will be held in Courtroom 110.

SO ORDERED.

Dated: April 18, 2018
New York, New York

Ronnie Abrams
United States District Judge