Deutsche Bank
Markets Research

North America
United States

Periodical

# DB Today - US

Tuesday 13th January 2015

Greg Poole
Equity Focus
(+1) 212 250-9902
greg.poole@db.com

Amy Wei
Research Analyst
(+1) 212 250-5574
amy.tan@db.com

John McNamara
Equity Focus
(+1) 212 250-4727
john.mcnamara@db.com

**Today's Morning Meeting Agenda:**
Ameriprise Financial - Initiating with a Buy
Oil & Gas Exploration & Production - DJ Basin - Spinning Bits. Making Hits.
Airlines - Positioning for 2015 - When will stocks discount record forecasts?
Hexcel Corporation - Investor Day Wrap-up; '14/'15 as expected but cash upside through '19

**Additional Companies Mentioned:**
CHEF, BGFV, Hardline Retail , ALLY, BAX, PCYC, AA, DB Paper & Packaging, CNV, PC industry

**Initiations**: AMP (Buy), BCEI, PDCE (Hold)
**Rating Change:** ALK (Sell to Hold)

## TODAY'S HIGHLIGHTS

### Ameriprise Financial (AMP.N), Buy Price Target USD143

<u>Yaron Kinar</u>: Initiate with Buy, tgt USD143. Our Buy recommendation is predicated on further re-rating and earnings growth from continued productivity and utilization improvements in wealth advisory, which is currently in-line with peer average. This improvement should continue to support strong capital deployment, with over 100% of earnings deployed through buybacks and dividends. Finally, benchmarked to life insurers, AMP is better positioned to weather a weak 10Y environment and is uniquely positioned to benefit from a Fed rate hike later this year. We initiate with above-Consensus EPS estimates of $9.65 and $11.35 for '15-'16. Last Close USD126.38. Details on page 09

### Oil & Gas Exploration & Production - DJ Basin

<u>Josh Silverstein</u>: Initiations: Bonanza Creek Energy. – Hold, tgt USD30, PDC Energy – Hold, tgt USD52. . While a "Big 3" (Permian, Eagle Ford, Bakken) can get you to the NBA Finals, you can't win the title without a strong supporting cast and for US oil supply, the DJ Basin is playing the role of the up and coming star. While we see basin challenges (infrastructure), in our view, the DJ is relatively advantaged on the cost curve. We see producers in the basin supported by strong hedge positions, competitive and improving well economics, and upcoming catalysts to increase the resource base, a key differentiator in a lower commodity environment. Additionally, with a fragmented but resource rich basin, we see industry consolidation as a potential outcome. Details on page 10

Cont'd on next Page……

| Table Of Contents | |
|---|---|
| Today's Highlights | Page 01 |
| Additional Research | Page 02 |
| Global Research | Page 04 |
| Daily Revision | Page 06 |
| US Macro Forecasts / Market Data Items | Page 07 |
| Corporate Access | Page 07 |
| DB Daily | Page 08 |
| Detailed Reports | Page 09 |

**GLOBAL MARKET WRAP**

| INDEX | Close | 1D % Chg | YTD % Chg |
|---|---|---|---|
| S&P 500 | 2028.26 | -0.8 | -1.5 |
| NASDAQ | 4664.71 | -0.8 | -1.5 |
| DOW | 17640.84 | -0.5 | -1.0 |
| FTSE 100 INDEX | 6525.63 | 0.4 | -0.6 |
| HANG SENG INDEX | 24215.97 | 0.8 | 2.6 |
| NIKKEI 225 | 17087.71 | -0.6 | -2.1 |
| BRAZIL BOVESPA | 48139.74 | -1.4 | -3.7 |
| RTS-2 INDEX | 581.29 | -3.1 | -12.2 |

**SECTOR WRAP**

| Best Sectors | |
|---|---|
| Computer & Electronics | 3.2% |
| Gold | 2.3% |
| Healthcare REIT's | 1.4% |
| Worst Sectors | |
| Distributors | -3.8% |
| Speciality Stores | -4.1% |
| Healthcare Facilities | -6.9% |

| COMMODITIES | Close | 1D % Chg | YTD % Chg |
|---|---|---|---|
| West Texas | 46.07 | -4.7 | -13.5 |
| Brent | 45.46 | -2.2 | -18.5 |
| CRB | 220.83 | -2.1 | -4.0 |
| Copper | 269.10 | -1.3 | -4.8 |
| Gold (Spot) | 1240.60 | 0.6 | 4.7 |
| Alum. (LME) | 1810.00 | 0.0 | -2.3 |
| Baltic Dry | 723.00 | 2.0 | -7.5 |

| FOREX (vs US$) | Close | 1D % Chg | YTD % Chg |
|---|---|---|---|
| HK$ | 7.75 | 0.0 | 0.0 |
| EUR | 1.18 | -0.1 | -2.3 |
| JPY | 118.28 | 0.1 | 1.3 |
| GBP | 1.51 | -0.3 | -2.9 |

*Source: Bloomberg Finance LP*

___

Deutsche Bank Securities Inc.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 148/04/2014.



## TODAY'S HIGHLIGHTS

### Airlines - Positioning for 2015
**Michael Linenberg**: Recommendation & Target price Change: Alaska Air Group, Inc. - Sell to Hold, tgt USD53 to USD65.
We are projecting a 47% increase in industry pretax profit to $20.7 billion for 2015. While our forecast calls for a modest 2% increase in top-line, roughly 80% of the earnings gain is driven by lower fuel prices. As fuel prices plummeted and earnings forecasts were revised higher, airline multiples have contracted as investors are less willing to pay for cost-reduction earnings growth. How to engage investors? Airline management need to reiterate their financial objectives: capacity/CAPEX discipline and margin/ROIC-focus while expressing a willingness to share "windfall" profits with stakeholders. Details on page 11

### Hexcel Corporation (HXL.N), Buy, Price Target USD48.00
**Myles Walton**: Management swung open the gates at their Salt Lake City composite facility in an effort to bring investors into the fold on how the investments the company has been making in capex are coming along. The tour was impressive in both what has been done and what the company still plans to accomplish (company will double both its fiber and prepreg capacity by 2020). The company's operating leverage target was also nicely raised from 23% to 25% over the next 5 years, which helps the company drive a mid-teens EPS CAGR on organic growth and cash generation without making a dent on the balance sheet. Maintain Buy given upside to PT. Last Close: USD40.38. Details on page 12

## ADDITIONAL RESEARCH

### ECONOMICS

| | |
|---|---|
| US Daily Economic Notes | Commentary for today: The November Job Openings and Labor Turnover Survey (JOLTS) is released this morning. The data are closely followed by Chair Yellen and are based off of the same sample used to derive nonfarm payrolls. Since the labor market has continued to improve and November payrolls rose a whopping 353k, further improvement in the various JOLTS series is likely. There are three main series within JOLTS, which dates back to December 2000. They are the rate of job openings, job hirings and separations. Additionally, within the separations component, there are three individual subcategories. They are layoffs, quits and "other" separations. In essence, there are five JOLTS series we need to track, because the "other" separations series is non-cyclical. |

### CONSUMER

| | |
|---|---|
| Chefs' Warehouse (CHEF.OQ),USD21.4 Hold Price Target USD21 | **Tgt USD17 to USD21**. CHEF Significantly Expands West Coast Protein Business. CHEF announced that it has reached an agreement to acquire Del Monte Meat Co. for ~$191.2M, or about 0.90x sales, which is at the higher-end of the range of recent deals (0.4x-1.1x; avg is 0.6x). No EV/EBITDA multiple was disclosed, but mgmt noted that they paid a premium to the normal 6-8x range. CHEF will fund the acquisition with 1) $127.5M of cash; 2) 1.2M CHEF shares (at $22/shr); and 3) $38.3M in convertible subordinated notes. Also, CHEF will pay additional contingent consideration, which is expected to total ~$25.5M, subject to certain conditions and upon achievement of EBITDA targets over the six years following the closing of the transaction. The Del Monte acquisition is consistent with CHEF's strategy to build out its center-of-the-plate (COP) capabilities, which helps drive much greater penetration. Note that in OH/NY, customers who buy COP spend 3x as much on specialty items as other customers. Thus, the Del Monte offering should provide CHEF with a solid platform for growth, particularly in the attractive San Fran market. |
| Big 5 Sporting Goods (BGFV.OQ),USD12.97 Hold Price Target USD10 | BGFV pre-announces 4Q14 EPS of $0.14 - $0.16. Today after market close BGFV pre-announced 4Q14 earnings to the lower end of its previously guided range. The company now expects 4Q14 EPS of $0.14 - $0.16, including $0.01 of non-cash restructuring charges vs its previously guided range of $0.14 - $0.22. The main catalyst is lower than expected same-store sales, which finished the quarter down 0.5% vs guidance of positive low single digit same store sales. Following positive low single digit comps in October and November, comps moved into the negative low single digit range for December. We are now looking for operating margins down 100 bps y/y in 4Q14, equally split between GM declines on both lower y/y merch margins and de-leverage of occupancy. We believe negative comps drove labor de-leverage in the SG&A line as well. |

Cont'd on next page



| CONSUMER | |
|---|---|
| Hardline Retail | Overall thoughts. We attended CES and came away pleased with the focus manufacturers showed at making technology work more personally for the consumer. This was most noticeable in the wearables category. From its infancy of step counters and heart rate monitors, the wearables category is evolving to more discrete and specific uses and into more and more consumer products. TVs continue their move upscale, with even newer, "better" models of UHD available – but the biggest takeaway in our view is the UHD Alliance that was announced at CES. Internet of Things (IoT) remains in its early stages, with wearables as potentially the key to unlocking this technology. |

| FINANCIALS | |
|---|---|
| Ally Financial (ALLY.N),USD22.57 Buy Price Target USD26 | Losing GM subsidized lease volumes is a negative, but many offsets over time. GM Financial (GM's captive) will reportedly become the exclusive provider of subsidized leases for Buick and GMC (and eventually Cadillac) starting in 1Q15. While we had expected more prime competition from GM Financial in 2015 (incl. expanding lease), this new program seems a bit surprising given it reduces incentivized lease options for both dealers/consumers at a time when auto sales are slowing. The bottom line: we estimate a $0.06 net EPS drag in 2015 (assuming the loss of Buick, GMC, and Cadillac lease subvention starts in 1Q15), and $0.09 net EPS drag in 2016 (assuming the loss of Chevrolet in 2H15). However, ROE expansion still on track and valuation is attractive. BUY. |

| HEALTHCARE | |
|---|---|
| Baxter International (BAX.N),USD72.72 Hold Price Target USD66 | Save the date for May investor meetings; 2015 has a number of headwinds On Monday post-market close, Baxter management provided several updates at an investor presentation.<br>• Reaffirmed the mid-year spin-off of its biopharma business, Baxalta.<br>• BAX will host investor meetings on May 18 (PM) and 19 (AM) to review the prospects for Baxter and Baxalta (the biopharma spin-off), respectively.<br>• BAX reports 4Q14 results on Jan 29. Mgmt highlighted a number of headwinds in 2015 including generic cyclo, FX, pension expense, and some additional costs to support medical products due to regulatory challenges (a 1H15 impact). It noted 1Q was going to be a challenge in particular and it plans to give EPS guidance for 1Q along with 4Q results. |
| Pharmacyclics (PCYC.OQ),USD123.71 Buy Price Target USD180 | FY14 prelim Imbruvica US sales at $492M vs. $462M consensus; we modeled sales at $474M. Upside potential despite flattening IMS wkly scripts We see upside as recently IMS scripts have been flat (From 12/5 through the end of the year average wkly NRX was 386; average wkly TRX was 1167). We note the co sees 4Q sales at $185M (vs. $167M consensus). IMS suggests 4Q sales of $171-174 and FY at $469-470M (using 4Q/3Q script growth). |

| INDUSTRIALS | |
|---|---|
| Alcoa (AA.N),USD16.17 Buy Price Target USD20 | Alcoa's adjusted diluted EPS of $0.33 was 1c above DBe of $0.32 and 6c above Thomson One consensus of $0.27 due to better-than-expected Alumina segment performance. Headline net income of $159m (11c/sh) was impacted by $200m (17c/sh) in restructuring charges, tax items ($53m, 4c/sh) and acquisition related charges of $22m (2c/sh). Re-it Buy. |
| DB Paper & Packaging | Alcoa read-thru to bevcans – no significant change to outlook for pkg demand. Alcoa, one of the largest global aluminum producers, reported its Q4 earnings results after market close today. The company's outlook for global aluminum packaging demand growth for 2015 remained the same at +2 to 3% y/y. The outlook for each region remained the same vs. Alcoa's 3Q presentation. On a regional basis, management sees NA declining 1 to 2% y/y, while Europe and China are expected to grow 2 to 3% and 8 to 12% y/y, respectively. An estimated 80 to 90% of Alcoa's packaging segment is represented by bevcans. |

| TECHNOLOGY/MEDIA/TELECOM | |
|---|---|
| Cnova (CNV.OQ),USD8.30 Hold Price Target USD8.50 | The Key Take-Away. Cnova provided a preliminary update on 4Q14 with GMV and net revenue metrics today, posting 29% GMV growth (EUR 1,472m) and 20% revenue growth (EUR 1,099m). 4Q results were mostly in-line with DB estimates in France, and Brazil GMV was 7% better. Given that 4Q14 is the first quarter for Cnova as a public company since its IPO in mid-November, the results are largely in-line as expected and encouraging. The company will provide key profit KPI's (GP, EBITDA and EPS) when it reports full financials in Feb. |

Cont'd on next page



### TECHNOLOGY/MEDIA/TELECOM

**PC industry** — What happened?. This afternoon, IDC released its preliminary PC data estimating that PC shipments totaled 80.8M units in C4Q-14, a decline of 2.4% Y/Y. Results were better than IDC's expectation of down 4.8%. Once again, developed markets including the US and parts of Europe, remained stronger than other markets but growth slowed on a Y/Y basis while emerging market saw a slight increase in volume. IDC highlighted that while commercial demand for PC's has slowed, consumer demand is improving driven by products like Chromebooks, all-in-ones, Windows 8 with Bing, ultraslim, convertibles and touch screens. However, IDC remains cautious on the strength of demand in 2015 as recent gains have been relatively small and XP support transitions are expected to wane.

Detailed US Research: for further details, please view full research reports which can be found on our DB Research website. http://gm.db.com/equities


| GLOBAL RESEARCH | |
|---|---|
| UBS and Credit Suisse | **Matt Spick**: Q4 will be slow, will downgrades be the big theme for 2015?. We have a long shopping list of concerns for European banks heading into 2015: NIM disappointment, sluggish economic growth, the effectiveness (or not) of QE, and additional costs from the DGS / SRF. Swiss banks look better placed, given the strengthening in the USD versus the CHF and volume growth in Wealth Management via inflows. UBS is our top pick (rated BUY, target price CHF 21) and we expect the bank to return to meaningful dividend distribution with its FY results. |
| | | Companies | Currency | Rating | Closing Price | Target Price Old | Target Price New | Upside to tgt (%) | Mkt Cap | Reuters Code |
|---|---|---|---|---|---|---|---|
| Credit Suisse Group | CHF | Buy | 23.50 | 29.00 | 27.00 | 15% | 38bn | CSGN.VX |
| UBS | CHF | Buy | 16.67 | 21.00 | - | 26% | 65bn | UBSG.VX |

Source: Deutsche Bank |
| UK Mortgage Market Outlook 2015 | **Jason Napier**: Bad news sells but underlying data remains supportive. Festive period newspapers were full of headlines highlighting recent slowing in annual house price momentum and mortgage approval volumes. We provide a run-through of current property market indicators to consider whether our fairly constructive mortgage market stance remains justified. We come away convinced that a near term slowdown in volumes is likely but that the UK mortgage market will deliver 2-4% annual volume growth over the coming five years, including in 2015. We also found surprisingly strong de-risking of household finances and growing potential for meaningful upside to consumer spending power from mortgage refi. Barclays and LBG are our top picks |
| Adidas AG (ADSGn.DE),EUR56.59 Sell Price Target EUR51.00 | **Adrian Rott**: Tgt E57 to E51.Less contrarian than before but risk from RU still underappreciated; TP to E51. We haven't been counting on a Russia comeback for Adidas in 2015, but the Ruble tumbling lower since Dec brings another 8-10% cut to our numbers. We present a DBe Russia P&L (not disclosed by co.) and explain why we do not expect a positive FY15 profit contribution from Russia anymore. All-in we're again >5% below consensus; TP moves to E51. Upward catalysts are binary in nature (activism is one) while fundamentals remain challenged well into 2015 in our view. Being cautious on the name is less contrarian than it used to be in Q3s in Nov, but with significant risks from Russia looming (scenario analysis within) and no other area of positive surprise, we stick to Sell |
| Allianz (ALVG.DE),EUR136.60 Buy Price Target EUR160.00 | **Hadley Cohen**: Always room for improvement - reiterate Buy, SOTP-derived TP EUR160. Allianz is widely regarded as one of the highest quality global insurance franchises, and rightly so in our view. However, there is always room for improvement, particularly in free capital generation, which we estimate stands at <70% of IFRS earnings for '15e-16e versus Euro large cap peers on 80%+. The life division is the biggest culprit for this lower level, and improving this could be a focus for incoming CEO, Oliver Baete. We therefore look at where the opportunities lie by considering both new business strain and in-force generation, relative to peers, by geography |
| Tencent (0700.HK),HKD127.10 Buy Price Target HKD156.00 | **Alan Hellawell III**: Tgt HKD155.50 to HKD156.00. Peeking into the mobile ad playbooks of others. Reiterate Buy. We are very encouraged by recent discussions with brand owners and agencies around the progress of Tencent's mobile ad initiatives on Weixin. We believe a number of luxury brands have been invited to test new formats on the Moments tab through Chinese New Year. As the opportunity becomes more real, we look at the precedent of other mobile platforms in our attempt to model the Weixin Moments opp. We expect the market to re-evaluate Tencent's long-term Weixin/mobile QQ monetization prospects beyond games |
| Property - The Realty Singapore | **Joy Wang**: Initiation - Keppel DC REIT , tgt SGD1.02.. The trust is in its initial growth phase and should comfortably deliver a total return of 11%, one of the highest in our coverage universe. The long-awaited launch of Marine Blue has finally taken place; 31 units were sold during its preview over the weekend. We believe the S$1,800psf to S$2,000psf pricing is quite aggressive under the current environment and might result in a slower selling pace. In the news, GLP leases additional space, SPH kicks off the results season and MCT signs a new loan facility. |
| Fixed Income Macro Strategy | **Jim Reid**: The trend lower in crude is indeed continuing as yesterday saw fresh cycle lows again with Brent now following WTI below $50 for the first time since April 2009. Indeed both WTI (-4.74%) and Brent (-5.35%) closed the day at $46.07/bbl and $47.43/bbl – hitting fresh five and a half year lows (and have declined some 1.5%-2% further this morning). Downgraded 2015 broker forecasts appear to be the reason for yesterday's move with the result an all-too-similar sharp sell off for energy stocks. Yesterdays -0.81% close for the S&P 500 was not helped by a 2.80% decline in the energy sector. Credit markets also weakened with IG23 1.7bps wider on the day. US HY energy stocks fared little better with spreads closing 20bps wider whilst at the US's second largest oil producer, the latest count of the North Dakota oil rigs showed the number of operating rigs falling to the lowest level since November 2010. |

Case 1:16-cr-00371-RA   Document 418-1   Filed 04/20/18   Page 6 of 15



## DAILY REVISIONS

| Ticker | Company | Analyst Name | Sector | Change | | New | Previous | % Chg |
|---|---|---|---|---|---|---|---|---|
| **CONSUMER** | | | | | | | | |
| CHEF.OQ | Chefs' Warehouse (Hold, $21.40) | Karen Short | Food & Staples Retailing | Target Price | ▲ | 21 | 17 | 23.5 |
| | | | | EPS 2014 Q4 | ▼ | 0.22 | 0.24 | -4.7 |
| | | | | EPS 2014 FY | ▼ | 0.61 | 0.62 | -1.8 |
| | | | | EPS 2015 FY | ▼ | 0.75 | 0.76 | -2.3 |
| BGFV.OQ | Big 5 Sporting Goods (Hold, $12.97) | Michael Baker, CFA | Specialty Retail | EPS 2014 Q4 | ▼ | 0.16 | 0.21 | -23.8 |
| | | | | EPS 2014 FY | ▼ | 0.73 | 0.78 | -6.5 |
| **FINANCIALS** | | | | | | | | |
| AMP.N | Ameriprise Financial (Buy, $126.38) | Yaron Kinar | Insurance | Initiation | ▲ | Buy | NR | - |
| | | | | Target Price | ▲ | 143 | 0 | - |
| ALLY.N | Ally Financial (Buy, $22.57) | David Ho | Consumer Finance | EPS 2014 Q4 | ▼ | 0.39 | 0.4 | -1.1 |
| | | | | EPS 2015 FY | ▼ | 2.16 | 2.22 | -2.6 |
| **INDUSTRIALS** | | | | | | | | |
| BCEI.N | Bonanza Creek Energy | Josh Silverstein | Oil & Gas Exploration & Production | Initiation | ▲ | Hold | NR | - |
| | | | | Target Price | ▲ | 30 | 0 | - |
| PDCE.OQ | PDC Energy | Josh Silverstein | Oil & Gas Exploration & Production | Initiation | ▲ | Hold | NR | - |
| | | | | Target Price | ▲ | 52 | 0 | - |
| ALK.N | Alaska Air Group, Inc. (Hold, $60.61) | Michael Linenberg | Airlines | Recommendation | ▲ | Hold | Sell | - |
| | | | | Target Price | ▲ | 65 | 53 | 22.6 |
| | | | | EPS 2014 Q4 | ▲ | 0.92 | 0.82 | 12.7 |
| | | | | EPS 2014 FY | ▲ | 4.15 | 4.05 | 2.5 |
| | | | | EPS 2015 FY | ▲ | 5 | 4.7 | 6.3 |
| AA.N | Alcoa (Buy, $16.17) | Jorge Beristain | Metals & Mining | EPS 2015 Q1 | ▼ | 0.31 | 0.33 | -5.2 |
| | | | | EPS 2015 FY | ▲ | 1.44 | 1.37 | 4.9 |
| | | | | EPS 2016 FY | ▲ | 1.57 | 1.48 | 6.5 |
| ALGT.OQ | Allegiant Travel Co. (Buy, $154.36) | Michael Linenberg | Airlines | EPS 2014 FY | ▲ | 6.22 | 6.15 | 1 |
| SKYW.OQ | SkyWest, Inc. (Hold, $12.40) | Michael Linenberg | Airlines | EPS 2015 FY | ▲ | 0.8 | 0.75 | 6.2 |
| LUV.N | Southwest Airlines Co. (Buy, $40.25) | Michael Linenberg | Airlines | EPS 2014 FY | ▲ | 1.92 | 1.9 | 0.7 |

*Source: Deutsche Bank*



## US MACRO FORECASTS

|  | 2014 | | | | 2015 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Q1 | Q2 | Q3F | Q4F | Q1F | Q2F |
| Real GDP (% q/q) | -2.1 | 4.6 | 3.9 | 3.2 | 3.1 | 3.3 |
| Core CPI (%y/y) | 1.6 | 1.9 | 1.8 | 2.3 | 1.8 | 1.9 |
| Unemployment rate | 6.7 | 6.2 | 6.1 | 4.7 | 5.6 | 5.4 |
| Fed Funds | 0.09 | 0.09 | 0.09 | 1.0 | 0.13 | 0.50 |

S&P 500 EPS Forecasts & Targets

|  | S&P 500 Forecasts | P/E Multiple | S&P Target |
| --- | --- | --- | --- |
| 2014E | $117.50 | 17.7x | 2000-2050 |
| 2015E | $123 | 16.9x | 2150 |
| 2016E | $132 | 15.7x | 2300 |
| Joseph A. LaVorgna | Chief US Economist | (+1) 212 250-7329 | |
| David Bianco | US Equity Strategist | (+1) 212 250-8169 | |

*Source: Deutsche Bank * *Compiled by DB US Economics team; may differ from official 10Yr yield forecasts from DB Fixed Income Strategy*

## TODAY'S MARKET DATA ITEMS

| Time (ET) | Item | Forecast | Consensus |
| --- | --- | --- | --- |
| 9:00 am | NFIB small bus optimism (Dec): | 99.0 | 98.5 |
| 10:00 am | November JOLTS data are released | | |

*Source: Deutsche Bank, Bloomberg Finance LP*

## TODAY'S COMPANY MEETINGS AND INVESTOR FIELD TRIP

| Company Meetings | |
| --- | --- |
| Pershing Square Holding | London |
| REGULUS THERAPEUTICS INC | San Francisco |
| RETROPHIN INC | San Francisco |
| Investor Field Trips | |
| Silicon Valley Bus Tour | San Francisco |

## TODAY'S CONFERENCE CALL

| Date | Time | Event | Dial - in |
| --- | --- | --- | --- |
| Tuesday January 13, 2015 | 11:00am ET | Banks 4Q14 Preview | US: + 1 877-660-0990 |
| | | Hosted by Matt O'Connor | Conf Id: 61314872 |

## UPCOMING CONFERENCE CALL

| Date | Time | Event | Dial - in |
| --- | --- | --- | --- |
| Wednesday January 14, 2015 | 10AM ET | US Presidential Election Preview – Who are the candidates and what are the key topics? | US: (800) 309-8606 |
| | | Hosted by: | UK: 08000 288 438 |
| | | Frank Kelly, Global Coordinator, Public Affairs & Head of Government & Public Affairs – North America & Latin America | Intl: (706) 679-0645 |
| | | | Conf ID: 65736075 |
| | | Torsten Slok, | |
| | | Chief International Economist | |

## CORPORATE ACCESS

### UPCOMING CONFERENCES/TRIPS

| Date | Conferences |
| --- | --- |
| January 14, 2015 | 2015 Global Auto Industry Conference @ Detroit |
| January 14-16, 2015 | dbAccess China Conference 2015 @ Beijing |
| January 15, 2015 | dbAccess Small and Mid Cap Best Ideas Day@ London |
| January 15-16, 2015 | dbAccess Taiwan Conference 2015 @ Taipei |

*Source: Deutsche Bank For more details log on to www.conferences.db.com*



## DB DAILY - DB covered stocks only (12th January 2015)

### Yesterday's Top 15 Gainers

| Company Name | Mkt Cap (USDm) | 12-Jan Close | Price % Chg |
|---|---|---|---|
| Frontline Ltd. (FRO.N) | 395.0 | 4.63 | 17.5 |
| Silver Standard (SSO.TO) | 514.5 | 7.51 | 9.8 |
| Norcraft (NCFT.N) | 369.1 | 21.32 | 9.4 |
| Cliffs (CLF.N) | 1,228.4 | 7.70 | 7.7 |
| Roadrunner Transportation (RRTS.N) | 905.2 | 23.90 | 7.0 |
| Teekay Tankers Ltd. (TNK.N) | 560.9 | 6.71 | 6.8 |
| RadNet Inc. (RDNT.OQ) | 375.0 | 8.85 | 6.4 |
| FireEye (FEYE.OQ) | 4,949.9 | 35.29 | 4.8 |
| Coeur (CDE.N) | 624.6 | 6.10 | 4.5 |
| Neurocrine (NBIX.OQ) | 2,198.8 | 29.51 | 4.3 |
| Isle of Capri (ISLE.OQ) | 403.1 | 10.10 | 4.2 |
| Pan American Silver (PAAS.OQ) | 1,641.7 | 10.70 | 4.2 |
| CyberArk (CYBR.OQ) | 1,138.3 | 38.37 | 3.5 |
| Goldcorp (GG.N) | 17,450.6 | 21.46 | 3.4 |
| Orbitz Worldwide, Inc. (OWW.N) | 1,036.2 | 9.10 | 3.3 |

### Yesterday's Top 15 Losers

| Company Name | Mkt Cap (USDm) | 12-Jan Close | Price % Chg |
|---|---|---|---|
| Arrowhead Research (ARWR.OQ) | 320.4 | 6.90 | (23.8) |
| Sarepta (SRPT.OQ) | 468.7 | 11.91 | (14.6) |
| Tiffany & Co. (TIF.N) | 11,449.7 | 89.01 | (14.0) |
| AK Steel (AKS.N) | 688.4 | 4.65 | (13.9) |
| SanDisk (SNDK.OQ) | 18,652.6 | 83.57 | (13.9) |
| Oasis Petroleum (OAS.N) | 1,329.5 | 13.36 | (12.9) |
| Basic Energy Services Inc (BAS.N) | 221.5 | 5.44 | (10.8) |
| Hercules Offshore (HERO.OQ) | 121.8 | 0.76 | (9.3) |
| Tenet Healthcare (THC.N) | 4,687.4 | 47.00 | (9.0) |
| On Deck Capital, Inc. (ONDK.N) | 4,677.6 | 20.65 | (9.0) |
| Ryerson (RYI.N) | 187.5 | 7.40 | (8.9) |
| SM Energy (SM.N) | 2,194.8 | 32.65 | (8.7) |
| Thompson Creek (TC.N) | 316.6 | 1.48 | (8.6) |
| McDermott International (MDR.N) | 624.1 | 2.63 | (7.7) |
| Pioneer Energy Services (PES.N) | 289.0 | 4.58 | (7.7) |

### Yesterday's Top 15 Volume Increases (%) Above 10-Day Average

| Company Name | Mkt Cap (USDm) | 12-Jan Close | Price % Chg | 10-Day Average | Daily Volume | Volume % Chg |
|---|---|---|---|---|---|---|
| Albemarle (ALB.N) | 4,725.6 | 59.70 | 1.2 | 0.721 | 3.378 | 368.4 |
| Tiffany & Co. (TIF.N) | 11,449.7 | 89.01 | (14.0) | 0.401 | 1.539 | 283.6 |
| Avanir Pharmaceuticals (AVNR.OQ) | 486.7 | 16.96 | 0.0 | 1.333 | 4.977 | 273.3 |
| SanDisk (SNDK.OQ) | 18,652.6 | 83.57 | (13.9) | 1.941 | 6.896 | 255.3 |
| Motorola Solutions (MSI.N) | 15,927.0 | 64.35 | (1.2) | 0.486 | 1.500 | 208.8 |
| Sarepta (SRPT.OQ) | 468.7 | 11.91 | (14.6) | 0.354 | 0.939 | 165.2 |
| Ashford Hosp. Prime (AHP.N) | 592.4 | 17.61 | 0.2 | 0.035 | 0.091 | 159.9 |
| Express Scripts (ESRX.OQ) | 62,906.1 | 83.08 | (2.1) | 1.552 | 3.855 | 148.4 |
| Ellington Residential (EARN.N) | 147.7 | 16.14 | (1.0) | 0.020 | 0.049 | 141.6 |
| Frontline Ltd. (FRO.N) | 395.0 | 4.63 | 17.5 | 1.252 | 2.929 | 134.0 |
| Marriott Vacations (VAC.N) | 2,654.3 | 76.00 | 0.6 | 0.059 | 0.136 | 130.0 |
| Kroger Co. (KR.N) | 32,752.2 | 66.00 | 0.2 | 1.337 | 2.926 | 118.9 |
| Berry Plastics (BERY.N) | 3,812.5 | 32.62 | 2.9 | 0.218 | 0.473 | 116.4 |
| AK Steel (AKS.N) | 688.4 | 4.65 | (13.9) | 1.994 | 4.058 | 103.5 |
| Medley Management (MDLY.N) | 397.5 | 13.55 | (3.6) | 0.010 | 0.019 | 101.3 |

### Yesterday's New 52 Week Highs

| Company Name | Mkt Cap (USDm) | 12-Jan Close | YTD % Chg |
|---|---|---|---|
| Teekay Tankers Ltd. (TNK.N) | 560.9 | 6.71 | 33.9 |
| Norcraft (NCFT.N) | 369.1 | 21.32 | 11.9 |
| Neurocrine (NBIX.OQ) | 2,198.8 | 29.51 | 32.6 |
| NextEra Energy Partners (NEP.N) | 3,639.4 | 39.08 | 19.7 |
| BioMarin Pharmaceuticals (BMRN.OQ) | 14,106.7 | 96.58 | 6.9 |
| ADS Inc. (WMS.N) | 1,804.2 | 24.63 | 6.7 |
| SL Green Realty (SLG.N) | 12,671.8 | 127.72 | 5.1 |
| QTS Realty Trust (QTS.N) | 1,064.2 | 37.03 | 8.1 |
| ISIS Pharma (ISIS.OQ) | 8,632.8 | 73.34 | 18.8 |
| Bristol-Myers Squibb (BMY.N) | 103,395.1 | 62.18 | 4.7 |
| Edwards Lifesciences (EW.N) | 14,428.2 | 135.29 | 4.7 |
| Berry Plastics (BERY.N) | 3,812.5 | 32.62 | 2.7 |
| Genpact (G.N) | 4,483.0 | 19.95 | 3.9 |
| Boise Cascade Company (BCC.N) | - | 39.14 | 5.1 |
| Health Care REIT (HCN.N) | 24,688.8 | 80.69 | 5.2 |

### Yesterday's New 52 Week Lows

| Company Name | Mkt Cap (USDm) | 12-Jan Close | YTD % Chg |
|---|---|---|---|
| AK Steel (AKS.N) | 688.4 | 4.65 | (22.1) |
| Ryerson (RYI.N) | 187.5 | 7.40 | (24.6) |
| Hercules Offshore (HERO.OQ) | 121.8 | 0.76 | (25.6) |
| Ocean Rig UDW (ORIG.OQ) | 988.0 | 7.49 | (20.8) |
| Magnum Hunter Resources (MHR.N) | 498.3 | 2.68 | (15.5) |
| Home Loan Servicing (HLSS.OQ) | 1,142.7 | 16.09 | (18.9) |
| Sarepta (SRPT.OQ) | 468.7 | 11.91 | (18.0) |
| Exterran Holdings (EXH.N) | 1,955.5 | 29.15 | (9.7) |
| Seadrill (SDRL.N) | 4,517.2 | 9.52 | (20.2) |
| Marin Software (MRIN.N) | 248.3 | 7.26 | (13.7) |
| HollyFrontier (HFC.N) | 6,754.1 | 34.21 | (10.1) |
| Transocean (RIG.N) | 5,610.7 | 15.51 | (17.0) |
| Terex (TEX.N) | 2,767.7 | 23.86 | (16.6) |
| Newfield Exploration (NFX.N) | 3,102.6 | 22.73 | (16.7) |
| Oceaneering Int'l. (OII.N) | 5,747.8 | 53.67 | (9.2) |

### Yesterday's Global Indices Performance

| Index Name | Region | 12-Jan Close | Daily Pt. Chg | 1 wk | 3 mths | 6 mths | 9 mths | 12 mths | YTD |
|---|---|---|---|---|---|---|---|---|---|
| DOW JONES IND.AVER. (.DJI) | US | 17,640.8 | (96.5) | 0.8 | 8.1 | 3.4 | 9.1 | 7.3 | (1.9) |
| S & P 500 (SPSA) | US | 2,028.3 | (16.6) | 0.4 | 8.2 | 2.6 | 10.8 | 10.1 | (2.5) |
| NASDAQ 100 (.NDX) | US | 4,170.0 | (43.3) | 0.2 | 9.5 | 6.1 | 20.0 | 17.0 | (2.6) |
| MSCI WORLD INDEX (.MSCIWO) | US | 1,677.1 | (8.6) | 0.4 | 3.8 | (4.0) | 2.0 | 1.3 | (2.5) |
| TSE COMP INDEX (300) (.TSE) | CANADA | 14,265.0 | (119.9) | (0.9) | 0.3 | (6.0) | (0.1) | 3.8 | (2.6) |
| EURO STOXX PRICE (.SXXE) | INDICES | 315.6 | 3.4 | 2.0 | 5.3 | (1.7) | (0.9) | (0.0) | (1.0) |
| F.T. INDEX 100 (.FTSE) | UK | 6,501.4 | 0.3 | 1.3 | 2.1 | (3.6) | (1.3) | (3.5) | (0.7) |
| ALL ORDINARIES (.AORD) | AUSTRALIA | 5,359.9 | (58.7) | 0.1 | 3.7 | (2.5) | 0.1 | 1.0 | (0.8) |
| DAX XETRA (.GDAXI) | GERMANY | 9,781.9 | 133.4 | 3.3 | 11.0 | (0.0) | 4.7 | 3.3 | (0.2) |
| TOPIX (.TOPX) | JAPAN | 1,380.6 | 0.0 | (1.5) | 11.1 | 9.1 | 21.9 | 6.3 | (1.9) |
| HANG SENG INDEX (.HSI) | HONG KONG | 24,026.5 | 106.5 | 1.3 | 3.8 | 2.9 | 4.3 | 5.2 | 2.2 |
| JAKARTA COMP. INDEX (.JKSE) | INDONESIA | 5,187.9 | (28.7) | (0.6) | 5.6 | 3.3 | 6.6 | 21.9 | (0.7) |
| MOSCOW TIMES INDEX(USD) (.MTMU) | RUSSIA | NA | - | - | - | - | - | - | - |
| FTSE/JSE ALL SHARE (.JALSH) | SOUTH AFRICA | 48,468.4 | (482.1) | 1.3 | 2.3 | (6.0) | 0.5 | 6.4 | (2.6) |
| BOVESPA (.BVSP) | BRAZIL | 48,139.7 | (700.5) | 1.3 | (16.9) | (13.6) | (6.7) | (3.1) | (3.7) |

*Source: Deutsche Bank, Bloomberg Finance LP*



# Ameriprise Financial

## Initiating with a Buy

**Buy**

Reuters: AMP.N     Exchange: NYS     Ticker: AMP

| | | | |
|---|---|---|---|
| Price (USD) | | | 126.38 |
| Price target | | | 143.00 |
| 52-week range | | | 136.76 - 101.47 |
| Market Cap (USDm) | | | 24,223.3 |
| Shares outstanding (m) | | | 191.7 |
| Free float (%) | | | 100 |
| Volume (12 Jan 2015) | | | 221,599 |
| S&P 500 INDEX | | | 2,028.26 |

| FYE 12/31 | 2013A | 2014E | 2015E |
|---|---|---|---|
| 1Q EPS | 1.46 | 2.04A | 2.30 |
| 2Q EPS | 1.59 | 2.08A | 2.34 |
| 3Q EPS | 1.91 | 2.10A | 2.46 |
| 4Q EPS | 1.87 | 2.18 | 2.55 |
| FY EPS (USD) | 6.82 | 8.40 | 9.65 |
| P/E (x) | 12.4 | 15.0 | 13.1 |

### Initiating with Buy and $143 target price

Our Buy recommendation is predicated on further re-rating and earnings growth from continued productivity and utilization improvements in wealth advisory, which is currently in-line with peer average. This improvement should continue to support strong capital deployment, with over 100% of earnings deployed through buybacks and dividends. Finally, benchmarked to life insurers, AMP is better positioned to weather a weak 10Y environment and is uniquely positioned to benefit from a Fed rate hike later this year. We initiate with above-Consensus EPS estimates of $9.65 and $11.35 for '15-'16.

### Improvement in Advice & Wealth Management (AWM) segment

We expect a move up-market as well as hires of experienced financial advisors and attrition of poor performing advisors to continue to support productivity gains and earnings growth, boosting AWM's OPM by 300 bps, to 19% by '16. AWM's earnings should account for 37% of consolidated by '16, up from 31% currently. The improvement will lead to AWM's re-rating, and its re-rating will have a greater impact on overall results as the proportion of its earnings increases. We expect the Asset Management (AM) segment's improvement and re-rating to moderate, but believe group valuations offer support.

### Expect strong capital deployment to continue

Capital deployed since 2010 amounts to 115% of operating earnings, supported by AM and AWM earnings mix shifting from 10% in '09 to 60% in '14. We expect business mix to continue to shift to these non-capital intensive businesses – mostly AWM, where FCF conversion amounts to nearly 100% of earnings. Furthermore, AMP sits on $2.5 bil of excess capital, a portion of which will be deployed through buybacks, so we expect capital deployment to remain above 100% of earnings and boosting EPS by 3% this year.

### The interest rate play in a poorly-positioned group

Life insurers should suffer from spread compression this year, with 10Y yields remaining below 2.5%. While AMP can't escape this pressure, less than 40% of its earnings come from insurance, limiting its exposure to less than 2% of earnings per 100bps move in rates. Furthermore, $20 bil of brokerage cash assets in AWM currently yielding <20 bps will benefit from a rate hike. We assume a 25bps rate hike per quarter starting in 3Q15 and through YE16, which has a 1% and 5% positive impact on '15 &'16 results.

### Valuation and risks

We use a sum-of-the-parts valuation, using a blend of forward P/E valuations relative to the market and, for the insurance operations, forward P/B as well. Risks: (1) stalling of AWM productivity gains and (2) interest rate compression.

Yaron Kinar
(+1) 212 250-7927
yaron.kinar@db.com



# Oil & Gas Exploration & Production - Spinning Bits. Making Hits. DJ Basin

| Company Initiations | Currency | Rating | Closing Price | Target Price | Upside to tgt (%) | Mkt Cap | Reuters Code |
|---|---|---|---|---|---|---|---|
| Bonanza Creek Energy | USD | Hold | 21.17 | 30.00 | 42% | 849mn | BCEI.N |
| PDC Energy | USD | Hold | 38.34 | 52.00 | 36% | 1.4bn | PDCE.OQ |
| Company | Currency | Rating | Closing Price | Target Price | Upside to tgt (%) | Mkt Cap | Reuters Code |
| RSP Permian | USD | Hold | 22.92 | 25.00 | 9% | 1.7bn | RSPP.N |
| Bill Barrett Corp. | USD | Hold | 9.42 | 11.00 | 17% | 452mn | BBG.N |

Source: Deutsche Bank

### Initiating Coverage Of BCEI and PDCE at Hold
While a "Big 3" (Permian, Eagle Ford, Bakken) can get you to the NBA Finals, you can't win the title without a strong supporting cast and for US oil supply, the DJ Basin is playing the role of the up and coming star. While we see basin challenges (infrastructure), in our view, the DJ is relatively advantaged on the cost curve. We see producers in the basin supported by strong hedge positions, competitive and improving well economics, and upcoming catalysts to increase the resource base, a key differentiator in a lower commodity environment. Additionally, with a fragmented but resource rich basin, we see industry consolidation as a potential outcome.

### The Basin Track List For Success
While not of the size or scale of the Permian, the DJ Basin has a similar set up. Key similarities are the legacy nature of the basin, stacked pay, and existing infrastructure that in our view make the basin equally as attractive as the Big 3. Key to the growth to date has been the move towards horizontal drilling and the extension of the play into the Northeast oil window, transitioning the basin from ~30% oil in 2009 to ~60% in 2015. With the horizontal rig count now at 54 (up from 15 in 2011), we see volume growth continuing (albeit at a slower pace) despite lower prices due to supportive economics and declining costs.

### Not A One Hit Wonder
The emergence of the Northeast extension and stacked horizontal pay (3-5 formations) has significantly increased the resource potential of the DJ Basin over past two years; however we continue to see upside from the move to long laterals, tighter spacing, and improved completions, which have become standard in the more mature oil basins. With early tests proving successful and several upcoming catalysts that should provide upside support to well economics and resource, we see this as a key differentiator for the DJ Basin and provide cushion for basin producers to survive at $50/bbl oil. However, despite the relatively positive outlook for the basin and the stocks well below 52-week highs, we are HOLD weighted the equities on balanced risk/reward and individual concerns. PDCE is in the best position regarding balance sheet and hedge profile, although the limited inventory in the high return Inner Wattenberg (90 3P locations) remains a concern. At BCEI, we see the decline rate catching up in 2H15 at lower spend levels, which is necessary to support the balance sheet (>2x leverage), and BBG needs to execute a long-lateral program. See full details of what to look for within.

### Key Challenges – Infrastructure & Regulatory
As with other basins entering the development phase of the life cycle, volume growth has to be met by infrastructure capacity additions. For the DJ Basin, the stresses are most apparent on gas production with line pressure still elevated from new horizontal wells impacting legacy vertical volumes. While we anticipate line pressure to limit growth, relief is on the way with ~750MMcfpd of new processing and compression additions through 2016. Additionally, this past year saw political challenges to the industry with ballot initiatives that could have disrupted development by putting more control in local government hands and reduce inventory with further restrictions. Although the initiatives were eventually dropped, we see the potential for these issues to arise at some point in the future.

### Valuation and Risks
We value our small and mid cap E&P's at 1x NAV assuming LT prices of $90/bbl oil and $5/mmbtu natural gas. Key risks include growing infrastructure constraints, particularly natural gas, and regulatory issues that could slow development and/or reduce inventory.

Josh Silverstein
(+1) 212 250-7897
josh.silverstein@db.com



# Airlines - Positioning for 2015 — When will stocks discount record forecasts?

| Company | Currency | Rating Old | Rating New | Closing Price | Target Price Old | Target Price New | Upside to tgt (%) | Mkt Cap | Reuters Code |
|---|---|---|---|---|---|---|---|---|---|
| Alaska Air Group, Inc. | USD | Sell | Hold | 60.61 | 53.00 | 65.00 | 7% | 8.2bn | ALK.N |
| Southwest Airlines Co. | USD | Buy | - | 40.25 | 55.00 | - | 37% | 28bn | LUV.N |
| JetBlue Airways Corp. | USD | Buy | - | 14.55 | 21.00 | - | 44% | 4.3bn | JBLU.OQ |
| United Continental | USD | Buy | - | 65.92 | 80.00 | - | 21% | 24bn | UAL.N |
| Delta Air Lines, Inc. | USD | Buy | - | 46.06 | 60.00 | - | 30% | 39bn | DAL.N |
| American Airlines Group | USD | Buy | - | 49.58 | 67.00 | - | 35% | 36bn | AAL.OQ |

Source: Deutsche Bank

### 2015 industry pretax up 47% driven by lower fuel; what will engage investors?
We are projecting a 47% increase in industry pretax profit to $20.7 billion for 2015. While our forecast calls for a modest 2% increase in top-line, roughly 80% of the earnings gain is driven by lower fuel prices. As fuel prices plummeted and earnings forecasts were revised higher, airline multiples have contracted as investors are less willing to pay for cost-reduction earnings growth. How to engage investors? Airline management need to reiterate their financial objectives: capacity/CAPEX discipline and margin/ROIC-focus while expressing a willingness to share "windfall" profits with stakeholders.

### Closing out 2014 with a record December quarter
We see US airlines heading into 2015 with very strong earnings momentum following an anticipated record 2014 December quarter. We are projecting a December quarter industry (which we define as the six A4A air carriers) operating profit of $4.2 billion (up 62%) and a pretax profit of $3.4 billion (up 80%). Industry operating and pretax margins are estimated to expand 4.2 points and 4.0 points, respectively, to 11.5% and 9.3%. While bottom-line results are very strong, lower fuel expense is estimated to account for 85% of the improvement.

### Anticipating strong earnings results for 2015 and 2016
The 47% y-o-y increase in our 2015 pretax profit forecast of $20.7 billion is primarily a function of lower fuel prices and interest expense and modest non-fuel cost increases (and a PRASM forecast of -1%). The underlying margin expansion is significant: 3.4 points to 14.5% for operating margin and 4.0 points to 13.3% for pretax margin. We are also introducing our 2016 industry forecast which calls for a more modest 7% gain in pretax profit to $22.1 billion.

### Major airline stocks have de-rated; we like airlines most exposed to domestic
As a group, major airlines have de-rated approximately two multiple points from a year ago and are now trading at 10.7x our fully-taxed 2015 EPS and 10.0x our fully-taxed 2016 EPS estimates. We think investors are most concerned about exposure to int'l markets which account for about 35% - 40% of the Big 3's sales. In that regard, we are estimating a 5% decline in int'l PRASM for 2015 compared to a 2% gain in domestic PRASM. As such, we favor names most exposed to domestic markets. Our favorite domestic large cap stock is Southwest (LUV); our favorite domestic small cap is JetBlue (JBLU). However, we also continue to like major airline stocks given their attractive valuations and their material operating leverage to lower fuel prices (we are using a base jet fuel price of $2.20/gallon for 2015; spot prices are currently trading ~$1.50). Our order of preference is UAL, DAL and AAL.

### We are upgrading Alaska (ALK) shares from Sell to Hold
Following a 2-standard deviation move in jet fuel, it makes no sense to have a Sell rating on Alaska, which, also happens to be one of the best run airlines. Alaska has done a superb job in defending its Seattle hub and we believe that it will continue to be an industry leader in returning capital to shareholders.

### Key risk factor
A key risk for the industry is fuel price volatility; every $1/bbl move in jet fuel prices impacts industry pretax profits by $400 million. Oversupply is another major risk factor.

Michael Linenberg
(+1) 212 250-9254
michael.linenberg@db.com

13 January 2015
DB Today - US



# Hexcel Corporation                                   Buy

Reuters: HXL.N    Exchange: NYS    Ticker: HXL

## Investor Day Wrap-up; '14/'15 as expected but cash upside through '19

| | | | |
|---|---|---|---|
| Price (USD) | | | 40.38 |
| Price Target | | | 48.00 |
| 52-week range | | | 46.40 - 36.92 |
| Market cap (USD) | | | 3,989.5 |
| Shares outstanding (m) | | | 98.8 |
| Volume (12 Jan 2015) | | | 113,993 |
| S&P 500 INDEX | | | 2,028.26 |
| Free float (%) | | | 100 |

| FYE 12/31 | 2013A | 2014E | 2015E |
|---|---|---|---|
| 1Q EPS | 0.43 | 0.50A | – |
| 2Q EPS | 0.48 | 0.55A | – |
| 3Q EPS | 0.48 | 0.57A | – |
| 4Q EPS | 0.46 | 0.54 | – |
| FY EPS (USD)) | 1.84 | 2.16 | 2.36 |
| P/E (x) | 18.9 | 18.7 | 17.1 |

### Impressive facility shows off the fruits of HXL's labor
Management swung open the gates at their Salt Lake City composite facility in an effort to bring investors into the fold on how the investments the company has been making in capex are coming along. The tour was impressive in both what has been done and what the company still plans to accomplish (company will double both its fiber and prepreg capacity by 2020). The company's operating leverage target was also nicely raised from 23% to 25% over the next 5 years, which helps the company drive a mid-teens EPS CAGR on organic growth and cash generation without making a dent on the balance sheet. Maintain Buy given upside to PT.

### 2014/2015 in-line, consensus a bit high
Following today's plant tour, HXL gave investors a quick preview of Q4 and '14 results and initial '15 guidance. 2014 results were in line with our thinking on sales of $1.855B and EPS of $2.16. The 2015 guidance was also in line with our estimates; however, as we had previewed, a bit shy of the Street. 2015 sales of $1.9-$2.0B and EPS of $2.26-$2.38 compared to consensus of $2B and EPS of $2.42. Importantly, the company initiated its first dividend in 12 years as they will pay 10c a quarter (~1% yield). More importantly, we believe investors should be focused on the accelerating growth through '17 (a scarcity in industrials) and the company's confidence in medium term free cash generation ($1B '15-'19).

### 5 year plan update provides runway to mid-teen EPS growth through 2020
The company maintained a previously issued 2017 sales target of $2.5B and initiated new targets for 2020. Revenue for 2020 is targeted at $3B (8% CAGR from 2015) with Aero delivering 8-12% CAGR, Space & Defense MSD, and Industrial also up 8-12%. EPS is targeted at $4.50, a solid 14% CAGR from 2015 guidance.

### Valuation and Risks
We reiterate our Buy on HXL and our price target of $48, which reflects 18X our 2016 EPS and is in-line with the company's trading average. Risks to the downside include production rate reductions, new product development challenges, weaker than expected cash flow and faster-than-expected declines in the military portfolio.

Myles Walton
(+1) 617 217-6259
myles.walton@db.com



# Appendix 1

## Important Disclosures

Additional information available upon request

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/DisclosureDirectory.eqsr

## Analyst Certification

This report covers more than one security and was contributed to by more than one analyst. The views expressed in this report accurately reflect the views of each contributor to this compendium report. In addition, each contributor has not and will not receive any compensation for providing a specific recommendation or view in this compendium report.

### Equity rating key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.
Notes:

1. Newly issued research recommendations and target prices always supersede previously published research.
2. Ratings definitions prior to 27 January, 2007 were:

   Buy: Expected total return (including dividends) of 10% or more over a 12-month period
   Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
   Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

### Equity rating dispersion and banking relationships



North American Universe



## Regulatory Disclosures
### 1. Important Additional Conflict Disclosures
Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.
### 2. Short-Term Trade Ideas
Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.
### 3. Country-Specific Disclosures
Australia and New Zealand: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

Brazil: The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank. In cases where at least one Brazil based analyst (identified by a phone number starting with +55 country code) has taken part in the preparation of this research report, the Brazil based analyst whose name appears first assumes primary responsibility for its content from a Brazilian regulatory perspective and for its compliance with CVM Instruction # 483.

EU countries: Disclosures relating to our obligations under MiFID can be found at http://www.globalmarkets.db.com/riskdisclosures.

Japan: Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Investment Advisers Association. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of Deutsche Securities Inc. (DSI) are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI.

Malaysia: Deutsche Bank AG and/or its affiliate(s) may maintain positions in the securities referred to herein and may from time to time offer those securities for purchase or may have an interest to purchase such securities. Deutsche Bank may engage in transactions in a manner inconsistent with the views discussed herein.

Qatar: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may only undertake the financial services activities that fall within the scope of its existing QFCRA license. Principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

Russia: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

Kingdom of Saudi Arabia: Deutsche Securities Saudi Arabia LLC Company, (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may only undertake the financial services activities that fall within the scope of its existing CMA license. Principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

United Arab Emirates: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.



### David Folkerts-Landau
Group Chief Economist
Member of the Group Executive Committee

| Raj Hindocha | Marcel Cassard | Richard Smith and Steve Pollard |
|---|---|---|
| Global Chief Operating Officer | Global Head | Co-Global Heads |
| Research | FICC Research & Global Macro Economics | Equity Research |

| Michael Spencer | Ralf Hoffmann | Andreas Neubauer | Steve Pollard |
|---|---|---|---|
| Regional Head | Regional Head | Regional Head | Regional Head |
| Asia Pacific Research | Deutsche Bank Research, Germany | Equity Research, Germany | Americas Research |

## International locations

Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner inconsistent with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is inconsistent with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis. Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany, this report is approved and/or communicated by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorised under German Banking Law (competent authority: European Central Bank) and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority. In the United Kingdom, this report is approved and/or communicated by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2015 Deutsche Bank AG