USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall submit a letter by May 4, 2018 updating the Court as to the status of the stipulations.

SO ORDERED.

Dated:    April 26, 2018
          New York, New York

Ronnie Abrams
United States District Judge