SHER TREMONTE LLP

May 3, 2018

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Galanis et al.*, 16-cr-371 (RA)

Dear Judge Abrams:

Please find a request for an order allowing myself and my two associates, Noam Biale and Emma Spiro, to bring electronic devices into the courtroom starting today, May 3, 2018 and continuing through the end of trial.  As we continue preparation for trial, we are hoping to use our time in the courthouse to review the discovery and evidence relevant to Mr. Hirst's case.  The volume of the evidence in this matter makes electronic devices necessary to review it in an efficient and meaningful manner.

We appreciate the Court's consideration and are available to appear to discuss this matter at any time convenient for Your Honor.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
Emma Spiro
SHER TREMONTE LLP

cc:     All counsel (by ECF)