USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/7/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

If the government intends to file a responsive letter to Mr. Archer's submission of April 24 (ECF No. 424), it shall do so no later than May 11, 2018.

SO ORDERED.

Dated:   May 7, 2018
         New York, New York

Ronnie Abrams
United States District Judge