

**BSF** | BOIES SCHILLER FLEXNER



**MEMO ENDORSED**

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

May 7, 2018

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Court will not sit on Friday, June 1.

_____
Ronnie Abrams, U.S.D.J.
May 8, 2018

Re:   *United States v. Jason Galanis, et al.*, S1 16 Cr. 371 (RA)

Dear Judge Abrams:

I represent Devon Archer. I write to advise the Court of a potential scheduling conflict on Friday, June 1, 2018, and to seek advance notice of whether and how long the Court currently intends to sit that day. (At the last conference, Your Honor indicated that, while no final decisions have been made, trial would likely be in session for half-days on most Fridays).

I am lead counsel for plaintiffs in *City of Almaty, Kazakhstan and BTA Bank JSC v. Mukhtar Ablyazov, et al.*, 15 Civ. 5345, a case pending before Judge Nathan and Magistrate Judge Parker. On a teleconference this morning, Judge Parker scheduled a settlement conference for 10:00 AM on Friday, June 1, 2018. I raised the trial schedule before Your Honor with Judge Parker, but because the *City of Almaty* case involves parties from overseas in different time zones who will be participating remotely in the settlement conference, Judge Parker's preference was to schedule the settlement conference for the morning of June 1, rather than the afternoon.

In the event Your Honor determines that the Court will sit for trial on June 1st, I will notify Judge Parker immediately to determine whether the settlement conference can be moved to accommodate my availability. To be clear, on behalf of Mr. Archer, I have no application to Your Honor other than to understand the Court's trial plans for June 1, 2018.

Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/18

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com