UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/8/18
```

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than May 11, 2018, Ms. Morton shall provide the Court with an exhaustive list of her statements that she seeks to introduce at trial as non-hearsay or pursuant to FRE 803(3).

SO ORDERED.

Dated:   May 8, 2018
         New York, New York

Ronnie Abrams
United States District Judge