USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than May 11, 2018, the defendants shall submit their opposition papers, if any, to the motions *in limine* filed today by the government.

SO ORDERED.

Dated:   May 9, 2018
         New York, New York

Ronnie Abrams
United States District Judge