UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/18
```

UNITED STATES OF AMERICA,

v.

JASON GALANIS,
GARY HIRST,
JOHN GALANIS, a/k/a "Yanni,"
HUGH DUNKERLEY,
MICHELLE MORTON,
DEVON ARCHER, and
BEVAN COONEY,

              Defendants.

No. 16 Cr. 371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The production of certain materials over which Devon Archer originally asserted a claim of attorney work product and/or attorney-client privilege (on his own behalf, or on behalf of certain entities) and which either (a) Mr. Archer subsequently consented to the production thereof, or (b) the Court subsequently ordered the production thereof, does not constitute a waiver of the privilege from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

SO ORDERED

Dated:  May 10 2018
          New York, New York

_____
Ronnie Abrams
United States District Judge