# EXHIBIT 7

**To:** Sebastian Momtazi[smomtazi@rosemontcapital.com]
**From:** Devon Archer
**Sent:** Wed 11/5/2014 7:31:58 PM
**Subject:** Re: acct info

Something in that range. Yes

Devon Archer
646 436 3745

On Nov 5, 2014, at 11:31 AM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:

> Understood. Andrew said 85. I assume you're right on 50 being right number as minimum assuming rest of his credit is kosher.

**From:** Devon Archer <darcher@rosemontcapital.com>
**Date:** Wednesday, November 5, 2014 2:24 PM
**To:** Sebastian Momtazi <smomtazi@rosemontcapital.com>
**Subject:** Re: acct info

Thinking about.

Devon Archer
646 436 3745

On Nov 5, 2014, at 10:33 AM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:

>> How much and when?
>>
>> Seb Momtazi
>> 347 602 1160
>>
>> Begin forwarded message:
>>
>>> **From:** Andrew Godfrey <andrew.godfrey@gmail.com>
>>> **Date:** November 5, 2014 at 1:32:44 PM EST
>>> **To:** Sebastian Momtazi <smomtazi@rosemontcapital.com>
>>> **Subject: Re: acct info**
>>>
>>> Correct. Thx
>>>
>>>> On Nov 5, 2014, at 1:31 PM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:
>>>>
>>>> That's chase right and name just Andrew Godfrey?
>>>>
>>>> Seb Momtazi
>>>>
>>>> 347 602 1160

On Nov 5, 2014, at 1:30 PM, Andrew Godfrey <andrew.godfrey@gmail.com> wrote:

Acct #: █████████

Routing #: ██████