# EXHIBIT 8

| | |
|---|---|
| **From**: | Sebastian Momtazi [smomtazi@rosemontcapital.com] |
| **Sent**: | 11/10/2014 7:43:34 PM |
| **To**: | Driever, Catharine [catharine.driever@morganstanleypwm.com] |
| **CC**: | Devon Archer [darcher@rosemontcapital.com] |
| **Subject**: | Wire Request |

Hi Catharine,

Pls see attached for a wire request. It's a loan.
Andrew's address:

Andrew Godfrey



Thanks!

Sebastian Momtazi
Chief Operating Officer
Rosemont Capital, LLC
152 West 57th Street, 47th Floor
New York, NY 10019
212-933-9982 main
347-602-1160 mobile
smomtazi@rosemontcapital.com

The information contained in this email is confidential, may be privileged, may constitute inside information and is intended only for the use of the intended addressee and any others who have been specifically authorized to receive it. Rosemont Capital LLC does not provide legal, accounting or tax advice. Any statement in this email (including any attachments) regarding legal, accounting or tax matters was written in connection with the explanation of the matters described herein and was not intended or written to be relied upon by any person. Unauthorized dissemination, distribution, disclosure or other use of the contents of this email is strictly prohibited and may be unlawful. If you have received this email in error, please notify us immediately by return email or by calling (212) 933-9965 and destroy this message and all copies thereof, including any attachments.

10th November, 2014

To whom it may concern:

Please wire

$50,000.00

From Rosemont Seneca Bohai, LLC's account (█████████)

To:

Bank: Chase
Routing Number: █████████
Account Number: █████████
Beneficiary: Andrew Godfrey

Thank you,

*[signature]*

Devon Archer

MS-USAO-0010627