# EXHIBIT 10

From: JMG !jmg!sentinellawgroup.com>

Subject: WEC Montana

Date: April 10/ 2009 2:26:32 PM PDT

To: Jim Tagliaferri cj6395!aol.eom>

From: jason g !

Pate: April 10/ 2009 11:05:39AM PDT

To: John Atkinson !j!cjnsonwl�nCrCo.com>

Cc: Bevan Cooney <k!yg!coo!eao1.com>

John

in anticipation of your trip to North America/ i wanted to introduce you to my friend bevan cooney. lots of 'war stories' since we were in university (none that i will admit to). bevan is from missoula/ montana and is a friend of governor sweitzer. bevan has proposed that he and governor sweitzer host us in montana at the governor's mansion. the agenda is to discuss opportunities in montana/ consistent with our discussion to date. he has been working closely with the governor's office to thrther our aims in coal exploitation/ as i mentioned/ the governor is keen on this/ as he sees Wyoming at lOx the production levels with less reserves and can clearly see the future for the state of montana.

by way of this email/ i am introducing you to bevan.

let's set a time to head up there.

jason

JMG

!rou/cOm

separator.tiff

SENTINEL - 003627