# EXHIBIT 11

To: lucas mann <l.mann@me.com>

From: jason@holmbycompanies.com

Sent: 2010-01-17 04:57

Subject: Fw: IMG00025-20100110-1937.jpg

From: jason@holmbycompanies.com

Sent: Sunday, January 17, 2010 9:58 AM

To: Lucas Mann <l.mann@me.com>

Subject: Fw: IMG00025-20100110-1937.jpg

_____

From: jason@holmbycompanies.com

Date: Sun, 17 Jan 2010 17:42:31 +0000

To: Bevan Cooney<bevancooney@aol.com>; Matt Jennings<mjennings@equitiesmagazine.com>

Subject: Re: IMG00025-20100110-1937.jpg

He's like a retarded extra horny 14 year old

_____

From: bevancooney@aol.com

Date: Sun, 17 Jan 2010 17:26:06 +0000

To: Matt Jennings<mjennings@equitiesmagazine.com>; Jason Galanis<jason@holmbycompanies.com>

Subject: Fw: IMG00025-20100110-1937.jpg

I think wash has forgotten about the 100k for now!!!!!

Sent from my Verizon Wireless BlackBerry

_____

From: "Kevin Washington" <KLW@copperlioncapital.com>

Date: Sat, 16 Jan 2010 20:09:59 -0800

To: <Bevancooney@aol.com>

Subject: Fw: IMG00025-20100110-1937.jpg

Here's some more !!!! Headed to diego to see jb and chargers with 3 naughtys!!!

----- Original Message -----

From: Kevin Washington

Cc: Kyle Washington

Sent: Thu Jan 14 18:58:51 2010

Subject: IMG00025-20100110-1937.jpg

First look. Canucks are next