|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5/18/18 |

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the argument at the final pre-trial conference regarding the emails that reference Michael Milken, the Court is considering including Mr. Milken on the list of people whose names may be mentioned at trial. No later than 3 p.m. on May 21, the parties shall notify the Court whether they object to adding Mr. Milken to the juror questionnaire.

SO ORDERED.

Dated: May 18, 2018
New York, New York

Ronnie Abrams
United States District Judge