**<u>EXHIBIT A</u>**



GOVERNMENT
EXHIBIT
3600
16 Cr. 371 (RA)



**GOVERNMENT EXHIBIT**
**3601**
16 Cr. 371 (RA)



**GOVERNMENT EXHIBIT**
**3603**
16 Cr. 371 (RA)