**EXHIBIT A**

**Cc:** Jason Sugerman[Jsugarman@camdencap.com]; Andrew Godfrey[andrew.godfrey@gmail.com]
**To:** Devon Archer[darcher@rosemontcapital.com]
**From:** Bevan Cooney
**Sent:** Fri 9/25/2015 1:51:24 PM
**Subject:** Re: Immediate issues

Good prelim checklist Arch. Let's all conference this am. Let me know what time works for all.
Best,
Coon

Sent from my iPhone

> On Sep 25, 2015, at 4:39 AM, Devon Archer <darcher@rosemontcapital.com> wrote:
>
> As we all know our dear friend will be pre occupied for the foreseeable future; the following items are for immediate discussion relative to some of the immediate holes / liabilities / lose ends post yesterday's unfortunate events:
>
> - Indian bond due diligence & closing ???
> - Damage control...who are the main folks we need to pre empt with a call...what's our consistent messaging???
> - we have a $309k funding requirement for Sept 30 (excluding JB $45k Note)
> - we're left with an office in NYC that's far too expensive on a monthly run rate based on the core business.  It absolutely needs support from Valor for the near term and all the commitments for that were made by Greek but not necessarily agreed to by Sug.  What's the plan???
> - teneo final $100k payment (that was committed to be paid by Valor and which Sug and I have both paid $100k each) these guys are big boys and we need reputation damage control as I've already negotiated them out of another $150k in scope that we never signed up for technically but they conduced.
> - Harvest Term Sheet
> - Atlantic funding request???  Michelle mine as well be asking for $1 billion (are they solvent?)
>
> Andrew / Sug probably have 10 others for the immediate term. Please list and let's get on a call this morning.
>
> Devon D. Archer
> (+1) 646 436 3745

GOVERNMENT EXHIBIT 2102
16 Cr. 371 (RA)

Confidential Material