

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2018

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>United States v. Galanis, et al.</u>, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

  The Government respectfully submits this letter in advance of the anticipated cross-examination of Hugh Dunkerley to identify for the Court which exhibits we presently intend to object to if offered during defense cross-examinations of Mr. Dunkerley.

  The Government respectfully requests the Court address the admissibility of these exhibits either during the morning break or at the lunch recess.

| GX | **Objection** |
|---|---|
| 510 | Dunkerley is not a percipient witness for this since he is not a signer on the account |
| 522 | Dunkerley is not a percipient witness for this since he is not a signer on the account (see GX 521). |
| 525 | Dunkerley is not a percipient witness for this since he is not a signer on the account (see GX 521) |
| 856 | Hearsay |
| 1573-74 | Hearsay |
| **DX** | |
| 3320 | Hearsay |
| 1920 Bel Air video (unmarked) | Relevance, Hearsay, 403 |

| | |
|---|---|
| 3709-13 | Relevance |
| 4007M | Hearsay |
| 4020J | Hearsay |
| 4023A, C-F | Hearsay |
| 4049 | Hearsay |
| 4051 | Hearsay |
| 4061 | Hearsay |
| 4062 | Hearsay |
| 4065 | Hearsay |
| 4131 | Hearsay |
| 4716 | Hearsay |
| 4722 | Hearsay |
| 4754 | Hearsay |

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/ Negar Tekeei
Rebecca Mermelstein
Brendan F. Quigley
Negar Tekeei
Assistant United States Attorneys
(212) 637-2360/2190/2482

Enclosures

cc: Counsel of record (via ECF)