UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/11/18

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to remove entry number 500 from the docket.

SO ORDERED.

Dated:    June 11, 2018
          New York, New York

Ronnie Abrams
United States District Judge