```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The schedule for briefing any post-trial motions shall be as follows:

- Motions due no later than August 3, 2018;

- Opposition papers due August 17;

- Reply papers, if any, due August 24.

SO ORDERED.

Dated:   July 5, 2018
         New York, New York

Ronnie Abrams
United States District Judge