UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MICHELLE MORTON,<br><br>              Defendant. | 16-cr-00371 (RA) |

# NOTICE OF MOTION TO WITHDRAW GUILTY PLEA

Pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), and upon the Declaration of Michelle Morton, the Declaration of Gregory Morvillo, and the accompanying Memorandum of Law, Defendant Michelle Morton respectfully moves the Court for an order permitting her to withdraw her guilty plea entered before the Court on May 16, 2018.

Dated:  July 20, 2018
        New York, New York

                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By: /s/ Gregory Morvillo
                                              Gregory Morvillo

                                      Orrick, Herrington & Sutcliffe LLP
                                      51 West 52nd Street
                                      New York, New York 10019
                                      Tel: 212-506-5000

                                      *Attorneys for Defendant Michelle Morton*