UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JOHN GALANIS, a/k/a "Yanni,"<br>DEVON ARCHER, and<br>BEVAN COONEY,<br><br>                    Defendants. | No. S3 16 Cr. 371 (RA) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the record of the trial conducted in this matter, and the prior pleadings and docket entries in this matter, defendant Devon Archer respectfully moves this Court before the Honorable Ronnie Abrams, United States District Judge, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for a judgment of acquittal under Federal Rule of Criminal Procedure 29(a) and (c) and for a new trial under Rule 33.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by order dated July 6, 2018 [ECF No. 538], the government's opposition papers are due on September 7, 2018, and reply papers are due on September 14, 2018.

Dated:    August 17, 2018
                New York, New York

Respectfully submitted,

/s/   Matthew L. Schwartz
Matthew L. Schwartz
Laura C. Harris
Craig Wenner
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, 7th Floor New York,
New York 10022 Tel.: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com

*Attorneys for Devon Archer*