

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2018

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  <u>United States v. Gary Hirst</u>, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes in light of both the length of the defendants' post-trial motions and the pending holiday weekend to respectfully request a one-week extension in which to file its opposition to the defendant's post-trial motions. Such an adjournment would make the Government's brief due on September 14 and the defendants' reply briefs due on September 21, 2018. Defense counsel have each consented to this request.

                                  Respectfully submitted,

                                  ROBERT KHUZAMI
                                  Attorney for the United States, Acting Under
                                  Authority Conferred by 28 U.S.C. § 515

               By:  <u>/s/ Rebecca Mermelstein       </u>
                        Rebecca Mermelstein
                        Brendan F. Quigley
                        Negar Tekeei
                        Assistant United States Attorneys
                        (212) 637-2360/2190/2442