```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

                Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendants' post-trial motions. The deadline to submit a letter requesting oral argument shall be September 17, 2018. If the Court does not receive any such request, it will assume that the parties are content to rest on their papers.

SO ORDERED.

Dated:    September 10, 2018
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge