

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2018

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Gary Hirst</u>, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

    We attach a proposed preliminary order of forfeiture and money judgment for defendant Hirst.  The Court already orally included the $1.3 million money judgment when it sentenced Hirst last week, and the amount is also already reflected in the judgment of conviction.  We respectfully request that the Court enter the attached order.

                                Respectfully submitted,

                                ROBERT KHUZAMI
                                Attorney for the United States, Acting Under
                                Authority Conferred by 28 U.S.C. § 515

                          By:   /s/ Rebecca Mermelstein         
                                Rebecca Mermelstein
                                Brendan F. Quigley
                                Negar Tekeei
                                Assistant United States Attorneys
                                (212) 637-2360/2190/2442