

BOIES
SCHILLER
FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

September 20, 2018

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The deadline for the defendants' reply briefs is extended to September 27, 2018 at 5:00 p.m. The argument has also been adjourned to October 5 at 3:00 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> September 20, 2018

Re:   *United States v. Gary Hirst, et al.*, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

    I write on behalf of Devon Archer, Bevan Cooney, and John Galanis to respectfully request a one-week extension of the time to file reply briefs in further support of the defendants' post-trial motions and a one-week adjournment of the date for oral argument.

    The defendants request an extension of the reply brief deadline in light of the length of the government's opposition brief and the mid-week Jewish holiday from this past Tuesday evening to Wednesday. The Court granted an extension to the government for its opposition brief under similar circumstances. [*See* ECF No. 614.] Under the proposed schedule, the defendants' reply briefs would be due on September 28, 2018. The government consents to this request.

    The Court recently scheduled oral argument on the post-trial motions for October 3, 2018. [*See* ECF No. 627.] In connection with the defendants' request to adjourn their reply deadline, the government wants an adjournment of the oral argument to the following week or a date thereafter convenient to the Court because of their trial schedules and the Jewish holidays next week and October 1 and 2. The defendants have no objection to adjourning the oral argument date.

Respectfully submitted,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

cc: All counsel (via ECF)

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com