```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing set for today is adjourned until October 23, 2018 at 10:00 a.m.

SO ORDERED.

Dated:   October 5, 2018
         New York, New York

_____
Ronnie Abrams
United States District Judge