USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/18

**PELUSO & TOUGER, LLP**
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

MEMO ENDORSED

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

October 18, 2018

**By Email**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
    16 CR 371 (RA)

> Application granted. The sentence is adjourned to November 15, 2018 at 9:30 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 18, 2018

Your Honor,

The sentencing in the above matter is currently scheduled for Friday, November 2nd. I would most respectfully request a short adjournment of the sentencing date (one week) or if the Court can not accommodate that request allow defense counsel to file his sentencing submission on October 25th. The reason for this slight delay is multifaceted. First, due to flooding at the MDC yesterday I was not able to see Mr. Galanis and will not be able to see him until tomorrow to do a final review of the sentencing submission. Second, and more importantly because the Rule 29 and 33 motion arguments have been adjourned until next week I would most respectfully request to file my sentencing submission until that motion practice has been completed. Both of my co-defendants are receiving this advantage, as their sentencing memos are not due until after October 23rd. Finally, new information has just recently come to be known to counsel that has had a great impact on our sentencing submission. For all these reason I most respectfully request a short adjournment of Mr. Galanis' sentence. I have communicated my request to the government and they do not consent to my request. Their stated reason was only they see no reason for the adjournment. They did not state that it would cause them any hardship or negative ramifications.

Most Respectfully,

David Touger, Esq.

cc.: All counsel