```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/18
```

**PELUSO & TOUGER, LLP**
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013



TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

November 15, 2018

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
    16 CR 371 (RA)

---

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 16, 2018

---

Your Honor,

I have just received the Court's decision on the defendant's post trial motions. I have mailed a copy to John Galanis however, due to my Court schedule and the Thanksgiving holiday I will not be able to review it with him until the Monday after Thanksgiving. Currently the defendant's sentencing submission is due on Friday, November 23rd (the day after Thanksgiving), I would respectfully request that the date for the defendant's sentencing submission be adjourned to November 27th which would enable me to review the Court's decision with my client before filing the defendant's sentencing submission. This would still allow for a period of 10 days between the submission and sentence date. Counsel at the last Court conference raised the issue of having time to review the Court's decision with our clients and the Court adjourned the original sentence date accordingly. (See p. 63 of the conference record). Thus, I most respectfully request that the Court adjourn the filing date for Mr. Galanis' Sentencing submission to November 27th. The defense is not asking for an adjournment of his sentence date but if the Court deems it necessary due to this request the defense has no objections.

Thank you very much for your consideration.

Most Respectfully,

David Touger, Esq.