# PELUSO & TOUGER, LLP

*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

December 21, 2018

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
  16 CR 371 (RA)

Your Honor,

As the Court is well aware Mr. Galanis' sentencing is scheduled for January 16, 2019. Accordingly his sentence memorandum is due before the Court on January 2nd. I am most respectfully asking that the Court with the consent of the Government grant counsel to January 3rd to file his sentencing memorandum.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.