

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 26, 2018

**BY EMAIL AND ECF**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    **United States v. Devon Archer,**
             **16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government writes in response to the Court's Order of November 15, 2018, granting Archer's motion for a new trial (the "Order") and directing the parties to confer and propose next steps by December 30, 2018. As the Court is aware, on December 13, 2018, the Government filed its notice of appeal. The Government will apprise the Court of any additional developments.

                                  Respectfully submitted,

                                    ROBERT KHUZAMI
                                  Attorney for the United States, Acting Under
                                  Authority Conferred by 28 U.S.C. § 515

                By:   /s/ Rebecca Mermelstein
                       Rebecca Mermelstein/Brendan F. Quigley/
                       Negar Tekeei
                       Assistant United States Attorneys
                       (212) 637-2360/2190/2482