USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/19

**PELUSO & TOUGER, LLP**
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

MEMO ENDORSED

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

January 11, 2019

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. John Galanis</u>,
    16 CR 371 (RA)

> Application granted. The sentence is adjourned to March 8, 2019 at 11:30 a.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 14, 2019

Your Honor,

I write to respectfully request to adjourn Mr. Galanis' Sentencing Hearing, which is currently scheduled for January 16th at 4:00PM. The reason for my respectful request is that I am currently on trial in the Supreme Court of the State of New York and the trial is scheduled to last through February. Therefore I will not be able to appear on the date of the sentencing due to this conflict. Thus, I would respectfully request that Mr. Galanis' sentencing be adjourned to a date in March that is convenient for the Court. I apologize for any inconvenience this request may cause but it is unavoidable.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.