**Criminal Notice of Appeal - Form A**

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 11 2019

Caption:

USA v.

John Galanis

Docket No.: 16 CR 371

R. Abrams
(District Court Judge)

Notice is hereby given that __John Galanis__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____
(specify)

entered in this action on __March 8, 2019__
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| | N/A |

Offense occurred after November 1, 1987? Yes |✓| No | | N/A |

Date of sentence: __3/8/19__   N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? (Yes) | No | If yes, provide the following information:

Defendant's Counsel: __David Touger__

Counsel's Address: __70 Lafayette St__
__NY, NY 10013__

Counsel's Phone: __212-608-1234__

Assistant U.S. Attorney: __Rebecca Mermelstein__

AUSA's Address: __1 St. Andrews Plaza__
__NY, NY, 10007__

AUSA's Phone: __212-637-2000__

Signature