UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. John Galanis

**DOCKET NUMBER:** 16 CR 371 (RA)

**COUNSEL'S NAME:** David Touger

**COUNSEL'S ADDRESS:** 70 Lafayette Street, New York, New York 10013

**COUNSEL'S PHONE:** 212-608-1234

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAR 11 2019*

## QUESTIONNAIRE

[✔] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[✔] Trial: May 22, 2019 through June 28, 2019 (Description & Dates)

[✔] Sentencing: March 8, 2019 (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, David Touger (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✔] CJA Form 24

_____
Counsel's Signature

March 11, 2019
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____

Estimated Number of Pages: _____

Estimated completion date: _____

_____
Court Reporter's Signature

Date: _____

Attorney(s): Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
Court Reporter(s): Send completed acknowledgement to the Court of Appeals Clerk.