# PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

June 3, 2019

**BY EMAIL**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
    16 CR 371 (RA)



SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 3, 2019

Your Honor,

This Court graciously and with great empathy recently ordered that Mr. Galanis be returned to Terminal Island, California so that his health issues can be better treated. The Court also ordered that the US Marshal Service and the BOP transport him back to Terminal Island, California by airplane transport. Mr. Galanis has now been informed that the Order must include handicap accessible transport vehicles only. Thus, begging the Court's indulgence I would respectfully request that the Court Order the US Marshals Service and the BOP to transport Mr. Galanis back to Terminal Island by air travel and only in handicap accessible vehicles.

Again Mr. Galanis wanted me to thank the Court for all that the Court has done for him relative to his health conditions. This Court has truly over extended itself to make sure Mr. Galanis was as comfortable as possible and Mr. Galanis will always be eternally grateful to the Court for its patience with Mr. Galanis' various conditions and the care the Court showed to him.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.

cc.: AUSA Rebecca Mermelstein

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/19