UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>GARY HIRST, ET AL.,<br><br>            Defendants. | Case Nos. 16-cr-371 (RA)<br><br>**NOTICE OF WITHDRAWAL** |

TO:   Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that, effective June 13, 2019, EMMA SPIRO hereby withdraws her individual appearance as counsel for Defendant Gary Hirst in the above-captioned matter.  This notice does not affect Sher Tremonte LLP's status on this case.

Dated:  New York, New York
        June 13, 2019

                                                By: */s/ Emma Spiro*
                                                        Emma Spiro

---

Application granted.

SO ORDERED.

_/s/ Ronnie Abrams_
Ronnie Abrams
United States District Judge

June 14, 2019