USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN GALANIS,

Defendant.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant John Galanis has filed a "*Pro Se* Motion of Recusal," requesting that this Court "disqualify itself from having presided at [his] trial and vacate the jury's guilty verdict" pursuant to 28 U.S.C. §§ 144, 455(a), 455(b)(5)(iii). Even assuming this Court has jurisdiction to hear Defendant's motion—which it does not, see *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)—the request is both untimely, see *Apple v. Jewish Hosp. & Med. Ctr.*, 829 F.2d 326, 334 (2d Cir. 1987), and entirely without merit. Accordingly, Defendant's motion for recusal is denied.

SO ORDERED.

Dated: January 24, 2020
New York, New York

RONNIE ABRAMS
United States District Judge