Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
USA
v.

John Galanis

Docket No.: 16 CR 371
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that  John Galanis  appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓]  from the Order issued denying his motion for a new trial and recusal
(specify)
entered in this action on January 24, 2020
(date)

This appeal concerns: Conviction only |__|  Sentence only |__|  Conviction & Sentence |__|  Other [✓]
Defendant found guilty by plea |✓| trial | | N/A |
Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]
Date of sentence: _____ N/A [✓]
Bail/Jail Disposition: Committed [✓]  Not committed | |  | N/A |

Appellant is represented by counsel? Yes [✓] No | |   If yes, provide the following information:

Defendant's Counsel: David Touger
Counsel's Address: 70 Lafayette Street
New York, New York 10013
Counsel's Phone: (212)608-1234

Assistant U.S. Attorney: Negar Tekeei
AUSA's Address: One St. Andrews Plaza
New York, New York 10007
AUSA's Phone: (212) 637- 2200


Signature