UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. John Galanis

**DOCKET NUMBER:** 16 CR 371

**COUNSEL'S NAME:** David Touger

**COUNSEL'S ADDRESS:** 70 Lafayette Street, New York, New York 10013

**COUNSEL'S PHONE:** (212)608-1234

## QUESTIONNAIRE

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript.  Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [✓] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[ ] Sentencing: _____ (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:  [ ] Funds  [ ] CJA Form 24

Counsel's Signature  Date: 1/29/20

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature   Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

USA

v.
John Galanis

16CR371

Explanation

There are no transcripts relative to this motion.

