**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern _____ District of New York _____

Caption:
USA _____ v.

**John Galanis**

Docket No.: 16 CR 371 _____

Hon. Ronnie Abrams _____

(District Court Judge)

Notice is hereby given that John Galanis _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____, other ✔   from the Order issued denying his motion for a new trial and recusal

(specify)

entered in this action on January 24, 2020 _____.

(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other ✔

Defendant found guilty by plea |___| trial |___| | N/A |  .

Offense occurred after November 1, 1987? Yes |✔| No |___| N/A |___|

Date of sentence: _____ N/A ✔

Bail/Jail Disposition: Committed |✔| Not committed |___| | N/A |

Appellant is represented by counsel? Yes ✔ | No |   | If yes, provide the following information:

Defendant's Counsel: David Touger

Counsel's Address: 70 Lafayette Street

New York, New York 10013

Counsel's Phone: (212)608-1234

Assistant U.S. Attorney: Negar Tekeei

AUSA's Address: One St. Andrews Plaza

New York, New York 10007

AUSA's Phone: (212) 637- 2200

_____

Signature