# PELUSO & TOUGER, LLP
## ATTORNEYS AT LAW
## 70 LAFAYETTE STREET
## NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE : (212) 513-1989

April 27, 2020

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. John Galanis,</u>
     16 CR 371 (RA)

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
April 27, 2020

Your Honor,

I write to respectfully request that the Court reassign me to make a motion for compassionate release on Mr. Galanis' behalf. Mr. Galanis has already filed a request with the Warden of his jail at FCI Terminal Island and the 30 day waiting period is about to expire. Thus, due to the extremely dangerous situation Mr. Galanis is in due to his various medical situations (many of which put him into a precarious position according to the CDC) and the situation as it stands at FCI Terminal Island (2 inmates have died and dozens are known to be infected) I am applying to the Court now so I can file the appropriate motions on his behalf in a timely fashion.

Thank you very much for your speedy consideration of this issue.

Most Respectfully,

*[signature]*
David Touger