TRULINCS 14097054 - GALANIS, JOHN - Unit: TRM-F-A

------------------------------------------------------------------------------------------

FROM: 14097054
TO: Executive Staff
SUBJECT: ***Request to Staff*** GALANIS, JOHN, Reg# 14097054, TRM-F-A
DATE: 04/08/2020 06:12:02 PM

To: Warden Ponce
Inmate Work Assignment: Rec

This is a request for resentencing under 18 USC 3582(c). The extraordinary and compelling circumstance validating my request is made clear in the Attorney General's memorandum issued in response to the CARES act. Specificly the Covid-19 pandemic has reached the prison population and I am amongst the most vulnerable inmates. As a 77 year old hypertensive diabetic with severe spinal issue requiring a wheelchair for mobility if I contracted Covid-19 the outcome could be fatal. In addition to the aforementioned my prostate is extremely enlarged and there is a high probability of cancer.
If the court decided to reduce my sentence Chandra Galanis, my wife of 50 years and I would live with our son Jesse Galanis and his family. Jesse, his wife Alex & our 5 year old granddaughter Olivia have a four bedroom single family home in San Marcos California. In addition to be in his home all medical and living expense would be paid by him.