UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-13-20

UNITED STATES OF AMERICA,

v.

JOHN GALANIS,

Defendant.

No. 16-cr-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant John Galanis's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. No later than 5:00 p.m. on Friday, May 15, 2020, the Government shall advise the Court of (1) whether it has any objection to this request and, if so, provide the basis for that objection, and (2) when the Bureau of Prisons expects to make a determination on Mr. Galanis's internal request in light of COVID-19, including whether it intends to release him temporarily pursuant to 18 U.S.C. § 3622(a) and/or transfer him to home confinement pursuant to 18 U.S.C. § 3624(c).

SO ORDERED.

Dated:   May 13, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge