USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOHN GALANIS,

                Defendant.

No. 16-cr-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court is in receipt of Mr. Galanis's compassionate release motion, the Government's response, and Mr. Galanis's reply. The parties shall promptly notify the Court when Judge Castel rules on Mr. Galanis's compassionate release motion before him.

SO ORDERED.

Dated:    May 18, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge