

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. John Galanis*, **16 Cr. 371 (RA)**

Dear Judge Abrams:

    The Government writes pursuant to the Court's May 18, 2020 Order to notify the Court that earlier today Judge Castel denied the above referenced defendant's motion for compassionate release in 15 Cr. 643.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515

By:    /s/
    Rebecca Mermelstein
    Brian Blais
    Negar Tekeei
    Assistant United States Attorney
    (212) 637-2360/2251/2482