***PELUSO & TOUGER, LLP***
***70 LAFAYETTE STREET***
***NEW YORK, NEW YORK 10013***
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

May 26, 2020

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: <u>United States v. John Galanis</u>, 16 CR 371 (RA)**

Your Honors:

    Due to Judge Castel's denial of Mr. Galanis' compassionate release motion I hereby withdraw the similar motion before this Court.

    Thank you very much for your attention to this matter.

Dated:  New York, New York
        May 26, 2020

                                    Respectfully submitted,

                                    *David Touger*
                                    David Touger, Esq.