# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

August 19, 2020

**BY EMAIL**

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>United States v. John Galanis,</u>
       16 CR 371 (RA)

Your Honor,

I had previously written the Court asking the Court to clarify its sentencing terms to the Bureau of Prisons (BOP) because the BOP has severely miscalculated Mr. Galanis' prison term. The Court requested that Mr. Galanis first seek to have the BOP reconsider its position through the BOP's administrative policies. Mr. Galanis has now completed the appeal of his sentence calculation and the BOP has refused to change its original position. Thus, I am again writing the Court and most respectfully requesting that the Court clarify the sentence given to John Galanis so that he receives credit for everyday the Court had ordered at his sentencing.

To refresh the Court's memory Mr. Galanis was originally sentenced by the Hon. Kevin Castel under Indictment number 15 CR 643 to 72 months imprisonment on February 17, 2017. Judge Castel allowed him to remain free on bail until April 25, 2017. Mr. Galanis then voluntarily surrendered on April 25, 2017 and began serving his sentence. The above matter continued to be litigated with Mr. Galanis incarcerated. On March 8, 2019 this Court sentenced Mr. Galanis to 60 months on Count 1 and 120 months on Count 2, to run concurrently to one another and 48 of those months to be served consecutively to the sentence imposed by Judge Castel in 15 CR 643 and the remainder of the sentence to run concurrently to the sentence imposed by Judge Castel. Accordingly, Mr. Galanis should be serving a total of 120 months in jail. Thus, his release date should be 102 months from April 25, 2017 (this accounts for the good time credit), which would be October of 2025. However, the Bureau of Prisons has set Mr. Galanis' release date as August 20, 2027. This indicates that Bureau of Prisons is giving him no credit for the time he spent in jail from April 25, 2017 to March 8, 2019, which would be entirely adverse to this Court's Order issued at sentence.

It is obvious that the Bureau of Prisons is miscalculating Mr. Galanis' time because the time period from March 8, 2019 to August 20, 2027 is 96 months. Thus, it is clear that the Bureau of Prisons has made a calculation mistake. I would respectfully request that the

Honorable Ronnie Abrams
August 19, 2020
Page 2 of 2

Court issue an Order to the Bureau of Prisons requiring the Bureau of Prisons to give Mr. Galanis credit for each day he served in jail between April 25, 2017 and March 8, 2019 and restate that 72 months of Mr. Galanis' sentence on 16 CR 371 is to run current with his sentence on 15 CR 643 with only 48 months to run consecutively.

Thank you very much for your prompt attention to this matter.

Most Respectfully,

David Touger, Esq.

cc.: Rebecca Mermelstein, AUSA


No later than September 2, 2020, the Government shall respond to Mr. Galanis's letter.

SO ORDERED.

Hon. Ronnie Abrams
8/19/2020