## *PELUSO & TOUGER, LLP*
### *70 LAFAYETTE STREET*
### *NEW YORK, NEW YORK 10013*
### PelusoandTouger.com

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

February 19, 2021

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
    16 CR 371 (RA)

Your Honor,

In August of 2020 I had written the Court asking the Court to clarify its sentencing terms to the Bureau of Prisons (BOP) because the BOP has severely miscalculated Mr. Galanis' prison term. To refresh the Court's memory, I have attached the previous letters to the Court as Exhibits to this letter. Ultimately although the Government agreed that Mr. Galanis sentence language needed to be adjusted so that the BOP could properly calculate Mr. Galanis' sentence according to the Court's intentions at the time of sentencing, it was also agreed that the Court had no jurisdiction at that time because Mr. Galanis was prosecuting his appeal in the Second Circuit. The Second Circuit has now ruled on the appeal, so the appellate process is complete. Thus, this Court now has regained jurisdiction of this motion. Accordingly, and most respectfully, with the Government's approval, I would ask that the Court pursuant to 28 USC §2255 to resentence Mr. Galanis to a term of incarceration of 97 months 17 days with 48 of those months to be served consecutively to the sentence imposed by Judge Castel in case number 15 CR 643 and the remainder of the sentence to run concurrently to the sentence imposed by Judge Castel. This resentence will result in Mr. Galanis serving a total of 120 months in jail which was the Court's stated intention when it sentenced Mr. Galanis on March 8, 2019. Of course, the Court should also reimpose the same three year term of supervised release to which Mr. Galanis was originally sentenced too.

Thank you very much for your prompt consideration of this matter.

Most Respectfully,

David Touger