***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

February 19, 2021

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. John Galanis,
16 CR 371 (RA)

Your Honor,

Mr. Galanis is in receipt of the Court Memo #960 and after due consideration consents to the Court issuing its decision on Defendant's Motion for Resentencing on the papers and waives any in-person resentencing procedure.

Thank you very much for your prompt consideration of this matter.

Most Respectfully,

David Touger