| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 3-4-21 |

UNITED STATES OF AMERICA,

v.                       16-CV-371 (RA)

JOHN GALANIS, *et al.*,         ORDER

                Defendants.

RONNIE ABRAMS, United States District Judge:

    The Government is hereby ordered to submit a revised restitution order for Defendants John Galanis and Bevan Cooney consistent with the decision of Court of Appeals for the Second Circuit dated February 9, 2021. *See* Dkt. 963. The Government shall file the revised order no later than April 4, 2021.

SO ORDERED.

Dated:     March 4, 2021
               New York, New York

                                                     RONNIE ABRAMS
                                                     United States District Judge