

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2021

**By Email and ECF**

The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. John Galanis and Bevan Cooney*, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government respectfully submits revised restitution orders for defendants John Galanis and Bevan Cooney, pursuant to the February 9, 2021 orders of the Second Circuit Court of Appeals in *Unites States v. Galanis*, 19-619, 20-395 (Dkt. 135) and *United States v. Bevan Cooney*, 19-2522 (Dkt. 99), and this Court's March 4, 2021 Order in this case (Dkt. 964). The Government is submitting the corresponding Schedules of Victims under seal, consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:  /s/ Negar Tekeei
      Rebecca Mermelstein
      Negar Tekeei
      Assistant United States Attorneys
      (212) 637-2482/2360

Encl.

cc:   All counsel of record (via ECF)