UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN GALANIS,

Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-8-21

16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 19, 2021, Defendant John Galanis filed a letter requesting that the Court resentence him pursuant to 28 U.S.C. § 2255 in light of the Bureau of Prisons' calculation of his sentence, which is inconsistent with what the Court intended at the time of sentencing. Dkt. 959. The Government does not object to this request. *Id*. Galanis has consented to the Court issuing its decision on the papers and has waived any in-person appearance in connection with this resentencing. Dkt 961. The request is granted. Accordingly, as requested, it is hereby ORDERED that Defendant John Galanis is resentenced to a term of incarceration of 97 months and 17 days, with 48 of those months to be served consecutively to the sentence imposed by Judge Castel in case number 15 CR 643, and with the remainder of the sentence to run concurrently to the sentence imposed by Judge Castel.

SO ORDERED.

Dated:   April 8, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge