

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2021

**By ECF**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>**United States v. Hugh Dunkerley**</u>, **16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government writes, with the consent of defendant Hugh Dunkerley, to respectfully request an adjournment of the July 16, 2021 sentencing control date in this case. The parties respectfully request that the Court adjourn the sentencing control date by approximately six months.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      By:  /s/ Rebecca Mermelstein
           Rebecca Mermelstein
           Negar Tekeei
           Assistant United States Attorneys
           (212) 637-2360/2482

cc:      Avraham C. Moskowitz, Esq. (via ECF)