

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2021

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Devon Archer</u>, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes to bring to the Court's attention the denial of the above-referenced defendant's certiorari petition earlier this week. The parties are in the process of conferring with respect to proposed sentencing dates and will submit a request for a sentencing date in short order. Because the Presentence Investigation Report ("PSR") was last revised in August 2018, the defendant has requested than an updated PSR be ordered in advance of sentencing. Accordingly, in advance of sentencing, the Government respectfully requests that the Court order the preparation of an updated PSR.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      By:  /s/ Rebecca Mermelstein
           Rebecca Mermelstein
           Negar Tekeei
           Assistant United States Attorneys
           (212) 637-2360/2482

cc:    Matthew Schwartz, Esq. (via ECF)