

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2021

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   <u>United States v. Devon Archer</u>, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The parties jointly write to request that sentencing in the above referenced matter be set for January 13, 2022 at any time before 1:30 p.m.  The parties have consulted with Chambers and understand the Court is available at that time. The Government further requests that, consistent with the Court's individual rules, the defendant's sentencing submission be due by December 30, 2021 and the Government's sentencing submission be due by January 6, 2022.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: /s/ Rebecca Mermelstein
    Rebecca Mermelstein
    Negar Tekeei
    Assistant United States Attorneys
    (212) 637-2360/2482

cc:   Matthew Schwartz, Esq. (via ECF)