```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al,

              Defendants.

No. 16-CR-371

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 20, 2022, the Court received a letter from the ex-wife of Hugh Dunkerley in connection with his sentencing. The Court disclosed the letter to Mr. Dunkerley's counsel and the Government on an attorney's eyes-only basis for the time being, while seeking the parties' positions on further disclosure. The Government has since filed a letter indicating that it intends to disclose the letter to counsel for the trial defendants Devon Archer, Bevan Cooney and John Galanis,[1] also on an attorney's eyes-only basis. Consistent with this approach, the Court similarly intends to provide the same counsel e-mails that Mr. Dunkerley's ex-wife has sent subsequent to her initial letter.

    The Government has further suggested that this correspondence should not be publicly filed in light of the personally sensitive information contained therein.

    If there are any objections to the foregoing procedure, they shall be filed with the Court no later than February 3, 2022.

SO ORDERED.

Dated:    January 27, 2022
             New York, New York

                                    Ronnie Abrams
                                    United States District Judge

---

[1] The Court assumes that the Government's reference to Jason Galanis instead of John Galanis was an inadvertent error.