# PELUSO & TOUGER, LLP

ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

February 7, 2022
BY ECF

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: United States v. John Galanis,
    16 CR 371 (RA)

Your Honor,

On January 27, 2022 I received a letter from your chambers that may or may not have a serious impact on Mr. Galanis' case that was pending before your Honor. In order to judge the impact of the letter I must do some investigation into the matter including but not limited to speaking with my client. Thus, I would most respectfully request that the Court re-assign me to represent Mr. Galanis in this matter.

Thank you very much for your prompt attention to this request.

Most Respectfully,

David Touger, Esq.