# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

February 7, 2022
BY ECF

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 7, 2022

Re: <u>United States v. John Galanis,</u>
     16 CR 371 (RA)

Your Honor,

On January 27, 2022 I received a letter from your chambers that may or may not have a serious impact on Mr. Galanis' case that was pending before your Honor. In order to judge the impact of the letter I must do some investigation into the matter including but not limited to speaking with my client. Thus, I would most respectfully request that the Court re-assign me to represent Mr. Galanis in this matter.

Thank you very much for your prompt attention to this request.

Most Respectfully,

David Touger, Esq.