```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN GALANIS, DEVON ARCHER, BEVAN COONEY and HUGH DUNKERLEY,<br><br>　　　　　　　　Defendants. | No. 16-CR-371<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

By order of January 27, 2022, the Court sought the parties' positions on the disclosure of correspondence submitted by Hugh Dunkerley's ex-wife in advance of his sentencing. Counsel to whom that correspondence was disclosed may now share it with their clients. In light of the personally sensitive information contained therein, the correspondence will not be filed publicly.

SO ORDERED.

Dated:　February 9, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　United States District Judge