| | |
|---|---|
| THE UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Application granted. |
| UNITED STATES OF AMERICA<br><br>v.<br><br>Galanis, et al.,<br><br>Defendants. | SO ORDERED.<br><br>16 Cr. 371 (RA)<br><br>_/s/ Ronnie Abrams_<br>Ronnie Abrams, U.S.D.J.<br>March 21, 2022 |

### *EX PARTE*[1] **MOTION FOR APPROVAL TO FILE UNDER SEAL**

NOW COMES Hugh Dunkerley, by and through his attorney, Avraham C. Moskowitz, and respectfully moves, *ex parte*, for approval from the Court to file under seal a letter on behalf of defendant, requesting the use of an Associate.

WHEREFORE counsel respectfully request that the relief sought be granted.

On this 18h day of March 2022, it is

                                          Respectfully submitted,
                                          MOSKOWITZ & BOOK, LLP

                                          By: /s/Avraham C. Moskowitz
                                               Avraham C. Moskowitz
                                          345 Seventh Avenue, 21st Floor
                                          New York, NY 10001
                                          212-221-7999
                                          212-398-8835 (Fax)
                                          amoskowitz@mb-llp.com

                                          Counsel to Defendant Hugh Dunkerley

Dated:  New York, New York
            March 18, 2022

---

[1] This application is filed *ex parte* and under seal pursuant to LCrR 12.2 because it concerns information related to defense strategy that should not be made available to the other parties to this litigation. *See* Administrative Office of the United States Courts, GUIDELINES FOR THE ADMINISTRATION OF THE CRIMINAL JUSTICE ACT, Section 640.20.