# PELUSO & TOUGER, LLP
## 70 LAFAYETTE STREET
## NEW YORK, NEW YORK 10013
*PelusoandTouger.com*

*Ph. No. (212) 608-1234*
*Fax No. (212) 513-1989*

July 22, 2025

**By ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. John Galanis</u>,
    16 CR 371 (RA)

Your Honor,

On March 8, 2019, this Court sentenced Mr. Galanis to a term of imprisonment. Mr. Galanis has now completed his term of imprisonment both on this case and under Ind. No. 15 CR 643 (PKC). Mr. Galanis has also successfully completed his full term of Supervised Release. I write now to respectfully request that the Court order the United States Attorney's Office to return his passport which he turned in upon his release on bail.

Thank you very much for your prompt consideration of this issue.

Most Respectfully,

David Touger, Esq.

---

Application denied without prejudice. The Probation Department has indicated that Mr. Galanis has not completed his term of supervised release and is still under active supervision until October 23, 2027.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 1, 2025